Christopher M. Mason (#019891)
cmmason@polsinelli.com
Adam B. Merrill (#029000)
abmerrill@polsinelli.com
**POLSINELLI PC**
CityScape
One East Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 650-2000 │ Fax: (602) 264-7033

Michael L. Schwartz
schwartz@schwartzlawfirmaz.com
**MICHAEL L. SCHWARTZ, PLLC**
7702 East Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Phone: (480) 902-3055 │ Fax: (480) 471-8147

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOANNE ZUNIGA,<br><br>  Plaintiff,<br><br>vs.<br><br>FIESTA PEDIATRIC THERAPY, INC., an Arizona corporation; BETH WILLIAMSON, an individual, and RANDY WILLIAMSON, her husband.<br><br>  Defendants. | Case No. _____<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Pursuant to Local Rule of Civil Procedure ("Local Rule") 3.6 and 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Fiesta Pediatric Therapy, Inc. ("FPT"), Beth Williamson, and Randy Williamson (collectively, "Defendants") hereby remove Case No. CV2015-005027 from the Maricopa County Superior Court of the State of Arizona, to the United States District Court for the District of Arizona, and as grounds for its removal states and alleges as follows:

### STATEMENT OF THE CASE

1.  On August 12, 2015, Joanne Zuniga ("Plaintiff") filed a Complaint in the Maricopa County Superior Court of the State of Arizona, captioned *Zuniga v. FPT et al.*, Case No. CV2015-005027 ("State Court Action"). A copy of the Complaint is attached as **Exhibit 1**.

2. On September 2, 2015, Michael L. Schwartz, counsel for Defendants, accepted and waived service of process on behalf of all three Defendants. Defendant Randy Williamson received notice of the State Court Action on that same date. A true and correct copy of the Acceptance and Waiver of Service of Process is attached as **Exhibit 2**.

3. True and correct copies of the remaining documents filed in the State Court Action—including the Coversheet, a Certificate of Compulsory Arbitration, a Notice of Filing Consent, and two Affidavits of Attempted Service—are attached as **Exhibits 3, 4, 5, 6 and 7**.

4. True and correct copies of the Summonses issued and signed by the Clerk of the Superior Court for each of the three Defendants are attached as **Exhibits 8, 9, and 10**.

5. There have been no further proceedings and no additional pleadings or documents filed or served upon Defendants in the State Court Action.

### FEDERAL QUESTION JURISDICTION

6. Plaintiff's Complaint alleges claims under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 et seq.

7. Accordingly, this case is one over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 because resolution of Plaintiff's claims will require adjudication of disputed questions of federal law.

### PROCEDURAL REQUIREMENTS

8. This Notice of Removal has been timely filed within 30 days of the date that the latest-served defendant, Randy Williamson, accepted and waived service in this matter, in accordance with 28 U.S.C. § 1446(b) and *Destfino v. Restwig*, 630 F.3d 952, 955–56 (9th Cir. 2011) (adopting the "later-served rule").

9. Pursuant to 28 U.S.C. § 1446(d) and Local Rule 3.6(a), a true and correct copy of this Notice of Removal has been sent to the clerk of the court from which the action has been removed—Maricopa County Superior Court of the State of Arizona—and written notice has been sent to Plaintiff's counsel.

10. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.6(b), true and correct copies of all pleadings and other documents that were previously filed in the State Court Action, as well as a

verification that they are true and complete copies, are being filed with this Notice of Removal. The verification is attached as **Exhibit 11**.

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the District of Arizona is the federal judicial district embracing the Maricopa County Superior Court of the State of Arizona, where the State Court Action was originally filed.

## CONCLUSION

12. The requirements for removal under U.S.C. § 1441(a) have been met and this civil action is removable to the United States District Court for the District of Arizona.

13. By filing this Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses they may have to this action. Defendants intend no admission of fact, law or liability by this Notice of Removal, and expressly reserve all defenses and motions.

**WHEREFORE**, Defendants, through the filing of this Notice of Removal, the giving of written notice to Plaintiff, and the filing of a copy of this Notice of Removal in state court, effect the removal of the State Court Action to this Court.

Dated this 2nd day of October, 2015.

**POLSINELLI PC**

By:/s/*Adam B. Merrill*

Christopher M. Mason
Adam B. Merrill
One E. Washington Street, Suite 1200
Phoenix, AZ 85004

**MICHAEL L. SCHWARTZ, PLLC**

Michael L. Schwartz
7702 East Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258

*Attorneys for Defendants*

3

51426720.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2015, I transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System, which transmitted a Notice of Electronic Filing to:

Kraig J. Marton
kjm@jaburgwilk.com
Jeffrey A. Silence
jxs@jaburgwilk.com
JABURG & WILK, P.C.
3200 N. Central Ave., 20th Floor
Phoenix, AZ 85012
*Attorneys for Plaintiff*


/s/D. Serakoff
*An Employee of Polsinelli PC*

4

51426720.1