# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Zuniga, et al.,<br>           Plaintiffs,<br>v.<br>Fiesta Pediatric Therapy Inc., et al.,<br>           Defendants.<br>Fiesta Pediatric Therapy, Inc., et al.,<br>           Counterclaimants,<br>v.<br>Joanne Zuniga, et al.,<br>           Counterdefendants. | No. CV-15-1978-PHX-DKD<br><br>**FINAL JUDGMENT RESOLVING ALL CLAIMS AGAINST ALL PARTIES** |

This action came for consideration before the Court through a four-day bench trial held on April 2, 3, 4, and 5, 2018 to address Plaintiff, Joanne Zuniga's ("Joanne") claim for failure to pay overtime wages under the Fair Labor Standards Act. Prior to the bench trial, this Court had issued an Order (Doc. 150) summarily dismissing Defendants' claims against Joanne for violation of the Computer Fraud and Abuse Act, breach of her duty of loyalty, and misappropriation. This Court had also ordered that the Trustee in Bankruptcy was dismissed from this matter (Doc. 150 based in part on Docs. 127 and 128 at 2).

The Court has considered the post-trial briefing regarding whether Beth Williamson is deemed to be an employer under the Fair Labor Standard Act. Applying the four part test set forth in *Bonnette v. Cal. Health and Welfare Agency*, 704 F.2d 1465, 1470 (9th Cir. 1983), the Court concludes based on the trial testimony that Beth Williamson as the ultimate decision maker of Fiesta Pediatric Therapy, Inc. had the power to hire and fire employees, to supervise and control employee work schedules, set conditions of employment, and determine the rate and method of payment. In addition, as the undisputed leader of the enterprise Williamson had ultimate responsibility for the employee records. Randy Williamson's role in the enterprise however did not satisfy these elements of employer liability under the Fair Labor Standard Act. Nevertheless. he remains a judgment debtor pursuant to his membership in the marital community with Beth Williamson during the relevant time period.

Having considered the issues at the bench trial,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Joanne Zuniga and against Defendants Fiesta Pediatric Therapy, Inc., Beth Williamson individually, and Beth Williamson and Randy Williamson, as then husband and wife, for damages in the principal amount of $15,450.016, which represents payment of overtime wages in the amount of $7,725.08, plus liquidated damages thereon. Interest will accrue at the federal legal rate 2.08% per annum from the date of this Judgment until paid in full, which represents the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, as of April 11, 2018. *See* 28 U.S.C. § 1961.

Defendants' counter claims against Plaintiff Zuniga for violation of the Computer Fraud and Abuse Act, breach of her duty of loyalty, and misappropriation are dismissed.

This Final Judgment resolves all claims against all parties.

. . .

. . .

. . .

1	Joanne Zuniga is directed to file a motion for an award of attorney fees and
2	nontaxable expenses pursuant to LRCiv 54.2 and a bill of taxable costs pursuant to
3	LRCiv 54.1 within 14 days from entry of this Final Judgment.
4	Dated this 27th day of April, 2018.

_____
David K. Duncan
United States Magistrate Judge