Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Zuniga, an individual, and David M. Reaves, Chapter 7 Bankruptcy Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>Defendants.<br><br>Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>Counterclaimants,<br><br>vs.<br><br>Joanne Zuniga, an individual, and David Mr. Reaves, Chapter 7 Bankruptcy Trustee,<br><br>Counterdefendants. | Case No. CV-15-1978-PHX-DKD<br><br>**PLAINTIFF JOANNE ZUNIGA'S NOTICE OF LATE FILING OF MOTION FOR FEES AND NON-TAXABLE COSTS** |

18262-18262-00001\JXS\JXS\3103954.1

Counsel for Plaintiff, Joanne Zuniga ("Joanne"), hereby provides notice to the Court that we are filing Joanne's Motion for Attorney Fees and Non-Taxable Costs one business day late.

Our law firm was unable to file the Motion on the due date (May 11, 2018) due to technical difficulties. Specifically, the Court's ECR's website rejected the Motion for reasons that we could not figure out. We then tried for over two hours to figure out a work around to the problem, but we were unsuccessful. Kraig Marton, Jeffrey Silence, and Kim Rogers (their assistant) stayed at the office until 6:47pm trying to figure out what was causing the error for over two hours, but our efforts failed. Ms. Rogers then emailed Michael Schwartz a copy of the Motion at 6:47pm on May 11, 2018, and Jeff Silence explained to Mr. Schwartz that technical difficulties prevented us from timely filing the motion.

The issue has now been addressed. The Motion for Fees and Non-Taxable Costs is now being submitted concurrently herewith. We apologize to the Court and Mr. Schwartz for the delay.

DATED this 14th day of May, 2018.

**JABURG & WILK, P.C.**

s/ Jeffrey A. Silence
Kraig J. Marton
Jeffrey A. Silence
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Plaintiff Zuniga

*Certificate of Service*

I hereby certify that on 14th day of May, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael L. Schwartz
Schwartz@schwartzlawfirmaz.com
MICHAEL L. SCHWARTZ, PLLC
7702 East Doubletree Ranch Road, Suite 300
Scottsdale, AZ  85258
*Attorneys for Defendants*

s/ Kim Rogers

2

Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Zuniga

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Zuniga, an individual, and David M. Reaves, Chapter 7 Bankruptcy Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>Defendants.<br><br>Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>Counterclaimants,<br><br>vs.<br><br>Joanne Zuniga, an individual, and David Mr. Reaves, Chapter 7 Bankruptcy Trustee,<br><br>Counterdefendants. | Case No. CV-15-1978-PHX-DKD<br><br>**DECLARATION OF KIMBERLY ROGERS IN SUPPORT OF NOTICE OF LATE FILING OF MOTION FOR FEES AND NON-TAXABLE COSTS** |

18262-18262-00001\JXS\KMR\3104023.1

I, Kimberly Rogers, declare as follows:

1. This Declaration is made of my own personal knowledge and if called as a witness could competently testify to the matters set forth herein.

2. I have been as a legal assistant at the law firm of Jaburg & Wilk, P.C. ("Jaburg Wilk") since March 2012.

3. I have read Plaintiff's Notice of Late Filing of Application for Fees and Non-Taxable Costs, and I confirm that the facts in that Notice are accurately set forth.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of May, 2018

                        s/ Kimberly Rogers
                        Kimberly Rogers

2