Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Zuniga, an individual, and David M. Reaves, Chapter 7 Bankruptcy Trustee, | Case No. CV-15-1978-PHX-DKD |
| Plaintiffs, | **PLAINTIFF JOANNE ZUNIGA'S REPLY IN SUPPORT OF MOTION FOR FEES AND NON-TAXABLE COSTS** |
| v. | |
| Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband, | |
| Defendants. | |
| Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband, | |
| Counterclaimants, | |
| vs. | |
| Joanne Zuniga, an individual, and David Mr. Reaves, Chapter 7 Bankruptcy Trustee, | |
| Counterdefendants. | |

For the reasons set forth below and in Joanne Zuniga's ("Joanne") Motion for Fees and Non-Taxable Costs (Doc. 193), Joanne requests that the Court award her a

1  total of **$328,562.36** in fees and non-taxable costs, which includes the fees she incurred

2  since filing the Motion for Fees and Non-Taxable Costs.

3  **I.      Defendants' Excuses**

4  Defendants assert many excuses for why we should not be awarded the fees we

5  seek. Each of these excuses is addressed in the attached declaration of Jeffrey A.

6  Silence.

7  **II.     Fees Preparing Reply**

8  We seek fees for the time we have spent on this matter since filing our Motion

9  for Fees and Non-Taxable Costs, the majority of which include time spent preparing the

10 Silence declaration and this Reply. *See Rosenfeld v. Southern Pacific Co.*, 519 F.2d 527,

11 530-31 (9th Cir. 1975). *Harris v. Marhoefer*, 24 F.3d 16, 19 (9th Cir. 1994) (District

12 court should make an additional award of attorneys' fees for preparing fee application).

13 As explained in the Silence declaration, the total amount of these fees is

14 $8,162.59.

15 **III.    Conclusion**

16 As set forth in detail in the attached Silence declaration, we request that the

17 Court award Joanne her reasonable attorney fees in the amount of $326,198.59 and non-

18 taxable costs in the amount of $2,363.77. Thus, the total amount sought in fees and non-

19 taxable costs is **$328,562.36.**

20 Joanne was awarded her taxable costs on May 31, 2018 in the amount of

21 $3,512.10. (Doc. 197).

22 DATED this 8th day of June, 2018.

23

24                              **JABURG & WILK, P.C.**

25                              s/ Jeffrey A Silence
                                Kraig J. Marton
26                              Jeffrey A. Silence
                                3200 N. Central Avenue, 20th Floor
27                              Phoenix, AZ 85012
                                Attorneys for Plaintiff Zuniga
28

JABURG|WILK
Attorneys at Law

1

### *Certificate of Service*

2

I hereby certify that on 8th day of June, 2018, I electronically transmitted the attached
3   document to the Clerk's Office using the CM/ECF System for filing, and for transmittal
of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5   Michael L. Schwartz
Schwartz@schwartzlawfirmaz.com
6   MICHAEL L. SCHWARTZ, PLLC
7702 East Doubletree Ranch Road, Suite 300
7   Scottsdale, AZ  85258
*Attorneys for Defendants*

8

s/ Kim Rogers
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jaburg & Wilk, P.C.

3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Kraig J. Marton (003816)
kjm@jaburgwilk.com
Jeffrey A. Silence (029143)
jxs@jaburgwilk.com

Attorneys for Plaintiff Zuniga

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joanne Zuniga, an individual, and David M. Reaves, Chapter 7 Bankruptcy Trustee,<br><br>          Plaintiffs,<br><br>          v.<br><br>Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>          Defendants. | Case No. CV-15-1978-PHX-DKD<br><br>**DECLARATION OF JEFFREY A. SILENCE IN SUPPORT OF MOTION FOR ATTORNEY FEES AND NON-TAXABLE COSTS** |
| Fiesta Pediatric Therapy, Inc., an Arizona corporation; Beth Williamson, an individual, and Randy Williamson, her husband,<br><br>          Counterclaimants,<br><br>          vs.<br><br>Joanne Zuniga, an individual, and David Mr. Reaves, Chapter 7 Bankruptcy Trustee,<br><br>          Counterdefendants. | |

JABURG|WILK
Attorneys at Law

1    I, Jeffrey A. Silence, declare as follows:

2    1.    This Declaration is made of my own personal knowledge and if called as a

3    witness could competently testify to the matters set forth herein.

4    2.    This Declaration is intended to address the issues raised in Defendants'

5    Response in Opposition to Plaintiff's Motion for Fees and Non-Taxable Costs including

6    Michael Schwartz's declaration attached to that Response.

7    **Defendants Failed to Pay Joanne What they Knew She Was Owed From the**

8    **Outset of This Lawsuit.**

9    3.    Defendants attached a letter from a paralegal (Mark Dawson) that worked

10   at Christopher Mason's former firm, Polsinelli, directed to Mr. Mason dated September

11   20, 2015 (about one month after the lawsuit was filed on August 12, 2015). (Doc. 1).

12   4.    In that letter, Mr. Dawson states, "In total, the overtime wages, based on

13   my calculations, should be $5,105.24 + $1,942. 75 = $7,048.00." This letter is attached

14   as Exhibit 6 to Defendants' Response.

15   5.    Defendants' admission that they knew Joanne was owed $7,048 at the

16   outset of this lawsuit is disappointing because it was not until ten months later (July 26,

17   2016) that Defendants offered to pay approximately the same amount they knew she

18   was owed – they offered to pay a total of $7,805.73. (See Ex. O to Motion for Fees).

19   6.    Defendants' previous settlement offers were as follows:

20   A.    payment of $5,000 to Joanne in June 2015 (Ex. G to Motion for

21   Fees); and

22   B.    payment of $2,000 to the Bankruptcy Trustee in November 2015

23   and $0.00 to Joanne (Ex. K to Motion for Fees).

24   7.    Defendants did not ever offer to pay anything toward fees, even though

25   they knew fees are mandatory under the FLSA.

26

2

8.     In my experience, defendants in an overtime case immediately offer to pay at least the full amount owed because they know fees are mandatory to the prevailing employee under the FLSA, and an early offer can reduce or eliminate the fees they ultimately might otherwise owe.

9.     This is true even when the defendants believe they have strong defenses because it is impossible for a defendant to ever truly "win" an overtime case. Even if they "win," they cannot seek fees, except as a rare sanction if they can somehow establish the claim was frivolous.

10.     That is why defendants usually agree to pay the full amount owed, plus whatever fees were incurred in drafting the complaint. This is especially true when, as here, the amount in controversy was less than $8,000, according to Defendants' own calculations performed at the outset of litigation.

11.     Instead of simply offering to pay Joanne what they had calculated she was owed, they refused to make any settlement offer after the lawsuit was filed.

12.     It was only ten months after the lawsuit was filed (during which they engaged in active litigation), that defendants finally offered to pay Joanne about what she was owed (a total of $7,805.73) on July 26, 2016. (See Ex. O to Motion for Fees).

13.     They, however, did not offer to pay a single penny for any of the fees and costs Joanne had incurred between the filing of the lawsuit in August 2015 (Doc. 1) and July 2016 when they offered to pay $7,805.73.

14.     Nor did they offer to pay liquidated damages, even though this Court made clear in its oral ruling that it was not too impressed with Defendants' excuses and awarded liquidated damages and applied the longer three-year statute of limitations.

15.     It is disappointing that Defendants forced our firm and the Court to incur so much time and money on this matter when they could have simply paid Joanne what they knew she was owed at the outset.

3

**Mr. Schwartz Did Not Controvert Anything in Our Declarations.**

16.     I went to great lengths in the "Settlement Efforts" section of my declaration to summarize all of the efforts we made to settle including discussing the above facts. *See* ¶¶29-68 of my declaration.

17.     Kraig Marton also discussed our settlement efforts in his declaration. See ¶¶ 14-19 of the Marton Declaration.

18.     Mr. Schwartz did not controvert <u>any</u> of the information we provided in our declarations, whether in the "Settlement Efforts" section or otherwise.

19.     He did not deny that we offered to settle in our December 31, 2015 letter for a total of just $30,000, including fees. See Silence Declaration ¶¶ 49-50.

20.     He did not deny our efforts to try and talk settlement early on. (See ¶¶ 42-44 of my declaration).

21.     He did not deny failing to make an offer when we sought one. (Id.).

22.     He admitted that the most Defendants ever offered to pay Joanne was a total of $20,000. This offer was made on December 7, 2016. (Ex. 14 to Schwartz declaration).

23.     Defendants' $20,000 offer was not made until <u>fifteen months</u> after the lawsuit was filed. By that time, there were <u>80 entries</u> on the docket.

24.     He did not deny receiving the numerous and repeated settlement offers we sent via email and letter.

25.     Mr. Schwartz instead spent a lot of time complaining about my mistake in calculating Joanne's overtime wages in the initial complaint. As explained in ¶52 of my previous declaration, there are many reasons why I believe that is disingenuous, including that we immediately revised our calculation after receiving Defendants' November 25, 2015 letter to the Trustee (Ex. K to Motion for Fees) explaining that our calculation was wrong. See our December 31, 2015 letter attached as Ex. L to the

4

Motion for Fees, which states, "Our calculations show that the estate could recover $8,028.27 if the three-year statute of limitations applies and $5,156.89 if the two-year statute applies." (p. 2).

26.    Joanne ultimately recovered $7,725.08 plus liquidated damages, which is about the same exact amount we alleged she was owed in our December 2015 letter. (Doc. 186).

27.    I believe this miscalculation excuse is especially disingenuous given that Defendants knew Joanne was owed $7,048 at the very outset of this lawsuit and could have simply offered to pay that amount. Mr. Schwartz admits they did not pay that amount after being sued and instead asserted counter claims that were summarily dismissed.

28.    I believe that Beth Williamson gave directions to Mr. Mason and Mr. Schwartz to do anything and everything they could to avoid paying Joanne any money under any circumstances because she was upset that Joanne had blown the whistle on what she believed was billing fraud, and she filed this lawsuit seeking her overtime pay.

**Joanne Obtained All of the Relief Sought.**

29.    Defendants complain that Joanne seeks fees that equate to 21 times the amount of overtime wages she was awarded.

30.    They also claim that Joanne sought $17,610.21 in her complaint, plus liquidated damages, and that she only recovered 44% of what she originally sought in her complaint. They claim that we "should not be awarded for [my] mistake" in calculating the amount owed in the initial complaint. (Response p. 2:5).

31.    As explained, this was a good-faith mistake on my part, and we immediately revised our calculation after receiving Defendants' November 25, 2015 letter to the Trustee (Ex. K to Motion for Fees) explaining that our calculation was wrong. See our December 31, 2015 letter attached as Ex. L to the Motion for Fees,

5

which states, "Our calculations show that the estate could recover $8,028.27 if the three-year statute of limitations applies and $5,156.89 if the two-year statute applies." (p. 2).

32.    Joanne ultimately recovered $7,725.08 plus liquidated damages. (Doc. 186). Thus, Joanne recovered at trial nearly the same amount we claimed she was owed in our December 2015 letter ($8,028.27). She also prevailed on all of the counter claims against her.

33.    Accordingly, she obtained a 100% "degree of success" on all issues. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983) ("The most critical factor" in awarding fees "is the degree of success obtained.").

**Defendants' Fees Are Significantly Greater than Joanne's.**

34.    On May 25, 2018, Mr. Schwartz emailed us a copy of the billing reports for him and Mr. Mason pursuant to our *Motion for Production of Defendants' Billing Reports*. (Doc. 192). Copies of the billing reports for the law firms of Jennings Strouss (Mr. Mason's current firm), Polsinelli (Mr. Mason's previous firm), and Michael Schwartz, PLLC are attached to this Declaration as **Exhibits 1 through 3**.

35.    The billing reports reflect what we presume is the total amount of fees and costs billed and paid on a monthly basis.

36.    The reports do not include the total amount of fees and costs for the entire period at issue.

37.    After receiving these reports, I asked an individual in the accounting department of our law firm to prepare a spreadsheet reflecting the total amount of fees billed and paid during the entirety of the lawsuit.

38.    After receiving that report from our accounting department, I emailed a copy of it to Mr. Schwartz on May 30, 2018. In my email, I requested that he confirm the information in the spreadsheet was correct. I also told him that the fees billed for certain months could not be seen because the entire bill for certain months was redacted.

6

I asked him to provide the missing information as to those fees. A copy of that email is attached as **Exhibit 4**.

39.    The individual in our accounting department then made some revisions to the spreadsheet by including additional information. A copy of this final report is attached as **Exhibit 5**.

40.    We seek $125 for her time in preparing Exhibit 5.

41.    I then sent a second email to Mr. Schwartz on June 5, 2018, again asking him to confirm the information was correct and to request that he provide the missing information about his fees that had been redacted. This email is also included in Exhibit 4.

42.    I sent another email to Mr. Schwartz on June 7 that states, "The most important thing we want to know is whether the total amount of fees and costs is billed and paid by each of the three firms is accurate." Ex. 4.

43.    Later that day, Mr. Schwartz stated in response that his brother is ill and that he would be traveling out of state. He then said, "It seems to me you have what you need to make your arguments." Ex. 4.

44.    Based on the billing reports we provided, Mr. Schwartz and Mr. Mason billed Defendants a total of $458,769.00 in fees and $15,977.98 in costs.

45.    The chart reflects that Defendants paid Mr. Schwartz and Mr. Mason a total of $358,733.13.

46.    The total amount of fees that we sought in the Motion for Fees and Non-Taxable Costs is $321,681.00 plus $2,363.77 in non-taxable costs (a total of $324,044.77).

47.    Thus, the total amount of fees and costs for which we sought recovery ($324,044.77) is about $37,000 less than the $358,733.13 that Defendants actually paid in fees alone.

48.     The total amount of fees and costs for which we seek recovery is about $137,000 less than the amount Defendants' counsel billed in fees.

49.     And as discussed, some of the billing reports we received have been completely redacted for certain months, so the actual amount of fees billed and paid is likely greater than is reflected in our spreadsheet.

50.     Defendants' various complaints about our fees fall flat when measured against the amount of their un-redacted fees.

51.     That Ms. Williamson chose to pay $358,733.13 (and incur $458,769.00) to avoid paying less than $10,000 in overtime wages is shocking and disappointing.

**ER 4.2**

52.     In their Response, Defendants claim they incurred $54,154.20 in fees addressing the ER 4.2 issue.

53.     Defendants, however, do not request that our fees be reduced by that amount.

54.     Nor do they attach any supporting documents showing that they incurred that amount in fees.

55.     It would be a violation of 29 U.S. Code § 216(b) to award any fees to defendants when they did not prevail.

56.     For these reasons, it would be improper for the Court to reduce our fees.

**Defendants Failed to Comply with Local Rule 54.2.**

57.     Defendants failed to comply with Local Rule 54.2 because they failed to identify the specific time entries at issue for many of the issues they complain about.

58.     Defendants complain about the following categories of time entries, but they did not identify the specific time entries at issue: (i) time entries related to responding to Defendants' injunction against harassment against Joanne, which they eventually dismissed, (ii) time entries for fees incurred in service of process, (iii) time

8

spent drafting the complaint, and (iv) "duplicative entries." These objections should not be considered because of their failure to comply with Local Rule 54.2.

59.     Assuming the Court is willing to entertain these objections, my response to each excuse is below:

**(i)      Injunction Against Harassment**

60.     After filing this lawsuit, Defendants chose to seek injunctions against harassment against Joanne in which they asserted what I consider to be baseless accusations. A copy of the injunction against harassment is attached as **Exhibit 6**.

61.     They now complain that we should not be compensated for our time in responding to the accusations in their injunctions.

62.     We should be compensated for our time responding to their accusations because many of the allegations in their injunction were identical (or similar to) the allegations in their counterclaims.

63.     I believe Defendants would never have had filed an injunction or any legal claims against Joanne if she had not filed this lawsuit. I believe that everything Defendants did in this lawsuit was an act of retaliation for Joanne blowing the whistle and filing this overtime lawsuit.

64.     The fees we were forced to incur defending against their many accusations were all related to our pursuit of the FLSA claim. We had no choice but to respond to their false accusations.

**(ii)     Service of Process**

65.     Defendants complain in their Response that Joanne incurred $1,780.50 for service of process and that "these fees were completely unnecessary" because "the defendants waived service." (Response p. 4:2-5).

9

66.     Actually, I was forced to draft a motion for alternative service because we were unable to serve Ms. Williamson or Fiesta after many attempts. A copy of that motion is attached as **Exhibit 7**.

67.     It was only after we drafted the motion for alternative service, but just before we filed it, that Mr. Schwartz agreed to accept service.

68.     It is disappointing that Defendants play so fast and loose with the "facts" when they can see (from the same time entries that they complain about) that I drafted a motion for alternative service after we were unable to serve them.

**(iii)     Drafting the Complaint**

69.     Defendants complain that we incurred $2,833.50 in fees drafting the complaint.

70.     I think our fees reasonable given that I had to review years of paystubs and perform manual calculations to determine the amount of overtime owed.

71.     Joanne's pay changed during the relevant time, so I needed to multiply the hours by each hourly rate.

72.     I also had to determine what would be owed if the Court applied a two-year statute of limitations and a three-year statute of limitations, which required me to take into account that her pay rate changed during this time and make calculations accordingly. It was not easy.

73.     Had Defendants maintained the timesheets as required by the FLSA, I would not have had to perform any of these calculations.

**(iv)     "Duplicative Entries"**

74.     Defendants complain that on May 18 (in an unidentified year), Mr. Marton and me "attended the same hearing." (Response p. 4:17).

75.     They seek a $312 reduction for me fees in attending that hearing.

10

76.     Defendants also seek a reduction of $1,200 for Mr. Marton's time in attending the pretrial conference. They claim this time should not be awarded because I handled the trial on my own.

77.     Setting aside the issue of whether it makes sense for Defendants to object to a $312 and $1,200 time entry when they incurred over $450,000 in fees, there is nothing improper about two attorneys attending a court hearing.

78.     To the best of my memory, both Mr. Mason and Schwartz attended all (or nearly all) of the court hearings including the entirety of the four-day trial.

79.     When Mr. Marton attended the pretrial conference, he intended at that time to co-counsel the trial with me.

80.     The Court expressed concerns at the conference about the parties' fees, so Mr. Marton chose to let me handle the trial on my own. This was a risky decision because I had not tried a case on my own, either in state or federal court.

81.     It is ironic that Defendants complain about our efforts to reduce fees by having me handle the trial on my own when Mr. both Mr. Mason and Mr. Schwartz attended all (or nearly all) of the court hearings including the entirety of the trial.

**Defendants' Other Excuses**

82.     Defendants also complain that we engaged in some block billing and that we should not be awarded any of our fees in drafting the 12(b)(b) motion or our motion for summary judgment because they claim we did not prevail on those motions.

83.     Defendants complied with Local Rule 54.2 with respect to these objections by identifying the specific time entries at issue, but their objections are unsupported.

84.     Each of their complaints is addressed below.

**(i)     Block Billing**

11

85.     Defendants assert, "Block billing is not acceptable. By and large, plaintiff followed these rules. However, at the outset of the case, some block billing occurred." (Response p. 4:23-24).

86.     They then identify 4 time entries that total only $1,093.00.

87.     I disagree that these time entries constitute block billing. I believe each is sufficiently detailed. Also, the longest of the four time entries is only 1.30 hours.

88.     I am proud that defendants reviewed all of 35 pages of our time entries and were only able to identify four alleged instances of block billing totaling a mere $1,093.00 in fees.

**(ii)     12(b)(6) motion**

89.     Defendants claim that we should not be awarded the $4,017 in fees (13.10 hours) that we incurred drafting a 12(b)(6) motion to dismiss because we did not prevail on that motion. (Response p. 4:13-14). The time entries they claim should not be awarded are attached as Exhibit 2 to their Response.

90.     The argument in our 12(b)(6) motion – that counterclaims are antithetical to the purpose and intent of the FLSA and should not be permitted – was well supported by other federal court decisions. (Doc. 58). That the Court exercised its discretion to allow their counter claims to proceed does not mean we should not be awarded our fees.

91.     More importantly, we ultimately prevailed in obtaining all of the relief sought, including obtaining a summary dismissal of the counter claims that we sought to be dismissed in our 12(b)(6) motion to dismiss. (Doc. 150). *Hensley v. Eckerhart,* 461 U.S. 424, 433 (1983) ("Although appellees did not prevail on their original complaint, they are entitled to attorneys' fees for time spent on it because the amended complaint on which they did prevail was closely related to the original complaint and resulted in complete relief."), *disapproved on other grounds by Garcia v. San Antonio Metro. Transit Auth.*, 469 U.S. 528 (1985).

12

**(iii)   Motion for Summary Judgment**

92.   Defendants claim that we should not be awarded the $10,487.50 in fees that we incurred drafting the motion for summary judgment because we were "unsuccessful." (Doc. 124).

93.   Actually, the Court's order resolving the parties' cross motion for summary judgment (Doc. 150) dismissed <u>all</u> three of Defendants' counter claims (violation of the Computer Fraud and Abuse Act, misappropriation, and breach of the duty of loyalty). (Doc. 150 pages 4-5).

94.   The Court also declined to award fees to defendants for the time spent deposing the bankruptcy trustee, which was an issue that the parties had briefed in their motions. (p. 6:1-4).

95.   The Court declined to issue a ruling addressing our arguments that the Fluctuating Work Week Method and administrative exemption defenses should also be dismissed as a matter of law. It instead said this in the first footnote: "Because the Court concludes that Zuniga has not met her prima facie case, the Court will not address arguments about the fluctuating work week." (Doc. 150 p. 2). The administrative exemption issue was mentioned, at all.

96.   Our motion for summary judgment was successful in many important ways.

**Inadvertent Mistake**

97.   Defendants point out that there is a mistake in our time entry dated May 19, 2018. It reflects that Mr. Marton billed .90 hours and that his fees were $4,050.00.

98.   This was clearly a mistake. His fees should have been $405 ($450/hour x .90 hours). The time entry was billed as a 9.0 rather than a .90. We apologize to the Court for this error.

13

99.    The amount we sought in fees in our Motion for Fees and Non-Taxable Costs should be reduced by $3,645.00 ($4,050 - $405).

100.    Thus, the fees we sought in our Motion for Fees should be reduced from $321,681.00 to $318,036.00 (a reduction of $3,645.00).

**"Untimely" Filing of Motion for Fees and Costs**

101.    Defendants claim that the Court should not award any fees or costs because we filed our Motion for Fees on a Monday when it was due the previous Friday.

102.    We explained in our Notice of Late Filing that myself, Mr. Marton, and our assistant (Kim Rogers) all stayed at work until 6:47 pm on Friday trying to file the pleading.

103.    As explained in that Notice and the supporting declaration from Ms. Rogers attached thereto, it was ready to file before 5pm on the due date (May 11, 2018), but we were unable to file it for technological reasons that we collectively could not figure out.

104.    We explained in that Notice that after trying for about 2.5 hours to address the issue, Kim ultimately emailed Mr. Schwartz a copy of the Motion for Fees. I then sent him an email explaining that we were unable to file it due to technical difficulties.

105.    In its order denying our 12(b)(6) motion, the Court said this: "The parties are . . . reminded that the Arizona State Bar expects lawyers to act honorably not zealously. Ariz. St. Supreme Ct. R. 42 Preamble at [9]." (Doc. 65 p. 2:28 – 3:2).

106.    Defendants' argument that the Court should not consider our Motion for Fees and Costs when we emailed them the Motion on the due date and explained that we had technical difficulties is a disregard of the Court's admonition to act honorably.

107.    I should not have to incur time addressing these kinds of frivolous arguments.

14

**Fees Incurred Since Drafting Motion for Fees and Costs**

108.    We have incurred a total of $8,162.590 in fees since filing our Motion for Fees and Costs.

109.    A copy of our time entries reflecting these additional fees is attached as **Exhibit 8**.

110.    As reflected in Exhibit 8, I incurred fees drafting the Motion for Production of Defendants' Billing Reports, reviewing Defendants' Response in Opposition to our Motion for Fees, and drafting this declaration and the Reply to which it is attached. Kraig Marton also incurred some fees reviewing my work.

111.    We charged the same hourly fees for our time as was described in my declaration attached to the Motion for Fees and Costs.

112.    These additional fees were reasonable and necessary in light of the many excuses that Defendants raised in their Response in Opposition to our Motion for Fees and Costs to avoid paying the fees they forced Joanne to incur.

**Total Amount of Fees and Costs Sought**

113.    An award of taxable costs was granted on May 31, 2018 in the amount of $3,512.10. (Doc. 197).

114.    In our Motion for Fees and Non-Taxable Costs, we sought a total of $321,681.00 in attorney fees and $2,363.77 in non-taxable costs. We therefore sought a total of $324,044.77. The amount of attorney fees we sought should be subtracted by $3,645.00 to account for the error that Defendants identified in our billing report. Thus, the total amount of fees sought should have been $318,036.00.

115.    We now seek an additional $8,162.59 for the fees we incurred after drafting our Motion for Fees. This brings the total amount of fees sought to $326,198.59.

15

116.    The total fees sought ($326,198.59) plus the total non-taxable costs sought ($2,363.77) is **$328,562.36.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2018

_____
Jeffrey A. Silence

16

# Exhibit 1



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

January 13, 2016
Invoice # 517789

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/21/15 | C. Mason | Confer with opposing counsel regarding extension of time for response to Complaint (.2); review bankruptcy estoppel issues for defense (.4); legal research regarding fluctuating workweek legal elements and use of same for motions to dismiss, and concerning related legal standard for 12(b)(6) motion based on FWW premise in pleadings (1.8); legal research concerning "clear and mutual understanding" requirement for FWW and DOL interpretive opinions and letters and case law concerning same (3.4). | 5.80 | 2,030.00 |
| 12/22/15 | C. Mason | Telephone conference with J. McKussick (.2); communications with and update to B. Williamson re status and substitution (.4); draft, revise, and edit substitution of counsel documentation (.4); continue drafting of Motion to Dismiss (5.8). | 6.80 | 2,380.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86−0108229
State of Arizona 07−31159

065361-000001    Zuniga v. Fiesta Pediatric Therapy, et al.

January 13, 2016

Invoice # 517789

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/23/15 | C. Mason | ████████████████████████ | 0.70 | 245.00 |
| 12/27/15 | C. Mason | ████████████████████████ | 0.20 | 70.00 |
| 12/28/15 | C. Mason | ████████████████████████ | 0.40 | 140.00 |
| 12/29/15 | C. Mason | Continue drafting, revising and editing Motion to Dismiss (4.7); communications with B. Williamson and M. Schwartz regarding Motion and forward draft (.3); begin evaluating jurisdictional issues (.2). | 5.20 | 1,820.00 |
| 12/30/15 | C. Mason | Continue revising and editing Motion to Dismiss and finalize same. | 3.50 | 1,225.00 |
| 12/31/15 | C. Mason | Review and evaluate correspondence from opposing counsel and communications with M. Schwartz regarding same. | 0.20 | 70.00 |
| | | **Total** | **22.80** | **$7,980.00** |

*Thank You*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**January 13, 2016**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 517789**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

### Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 22.80 | 350.00 | 7,980.00 |
| **Total Hours** | **22.80** | | **$7,980.00** |

### Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 7,980.00 |
| **Total This Invoice** | **$** | **7,980.00** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**       Zuniga v. Fiesta Pediatric Therapy, et al.

**January 13, 2016**

Invoice # 517789

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through January 7, 2016*

Total Professional Fees                                   $         7,980.00

**Total Amount Due**                                      $         7,980.00

Thank you.



**Jennings Strouss**
LAW FIRM

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979
**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

February 19, 2016
Invoice # 519575

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/21/15 | K. Hoskins | Analyze bankruptcy procedural issues. | 1.60 | 560.00 |
| 01/03/16 | C. Mason | ▮▮▮▮▮▮▮▮ (.2); communication with K. Rogers concerning proposal and concerning motion to dismiss (.2) | 0.40 | 140.00 |
| 01/04/16 | C. Mason | ▮▮▮▮▮▮▮▮ | 0.30 | 105.00 |
| 01/07/16 | C. Mason | Draft, revise, and edit correspondence to J. Silence regarding settlement proposal and communications with M. Schwartz regarding same. | 1.20 | 420.00 |
| 01/08/16 | C. Mason | Finalize and send letter to J. Silence. | 0.20 | 70.00 |
| 01/19/16 | C. Mason | Conduct preliminary update research re potential jurisdictional argument (.8); communications with B. Williamson re status (.2); confer with opposing counsel re extension request (.1); evaluate and calendar response deadline (.2). | 1.30 | 455.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

February 19, 2016

Invoice # 519575

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 01/20/16 | C. Mason | Coordinations re extension of time. | 0.20 | 70.00 |
| 01/26/16 | C. Mason | Review and assess Response to Motion to Dismiss and Motion for Summary Judgment, Separate Statement of Facts, and supporting documents and affidavits and factual allegations (1.2); draft communications to K. Marton and J. Silence re Rule 4.2 violation (.3); coordination with T. Roa re support work relative to Rule 4.2 violation (.3). | 1.80 | 630.00 |
| 01/26/16 | T. Roa | Research and review related to disqualification issues and pending deadlines. | 0.80 | 164.00 |
| 01/27/16 | C. Mason | Coordination with T. Roa re federal court research relative to Motion for Protective Order (.2); brainstorm potential helpful evidence relating to Motion for Protective Order and assessment re Rule 4.2 violation and prepare summary of requests for B. Williamson (1.0); communications with K. Marton re Motion for Protective Order and request for stipulation (.3). | 1.50 | 525.00 |
| 01/28/16 | C. Mason | Prepare for and participate in telephone conference with B. Williamson re authority of M. Singh relative to disqualification issue (.7); coordination with B. Williamson and M. Schwartz re D. Blommel files relative to protective order issue (.2). | 0.90 | 315.00 |

Thank You.



**Jennings Strouss** LAW FIRM

**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

**February 19, 2016**

Invoice # 519575

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/29/16 | C. Mason | Review emails relative to Zuniga authority and evaluate same (.3); legal research re motion for protective order and Rule 4.2 violation (2.4); telephone conference with M. Schwartz re response to ethical violation and evidence gathering re same (.4); begin drafting, revising, and editing Motion for Protective Order (5.3). | 8.40 | 2,940.00 |
| 01/31/16 | C. Mason | Continue drafting, revising, and editing Motion for Protective Order and communication with M. Schwartz re same (5.6); draft, revise, and edit affidavit for B. Williamson and communications with B. Williamson re same (1.5). | 7.10 | 2,485.00 |
|  |  | **Total** | **25.70** | **$8,879.00** |

*Thank You.*

**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**February 19, 2016**

**Invoice # 519575**

## Timekeeper Summary

| | | | |
|---|---|---|---|
| K. Hoskins | 1.60 | 350.00 | 560.00 |
| C. Mason | 23.30 | 350.00 | 8,155.00 |
| T. Roa | 0.80 | 205.00 | 164.00 |
| **Total Hours** | **25.70** | | **$8,879.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| L.D. Telephone | 1.00 | 1.97 |
| Computer Research - Westlaw | 1.00 | 227.48 |
| Computer Research - Westlaw | 1.00 | 128.21 |
| **Total Costs** | | **$357.66** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001

February 19, 2016

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 519575

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 8,879.00 |
| Total Costs | $ | 357.66 |
| **Total This Invoice** | **$** | **9,236.66** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 7,980.00 |
| **Total Amount Due** | **$** | **17,216.66** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86−0108229
State of Arizona 07−31159

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**February 19, 2016**

**Invoice # 519575**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through January 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 8,879.00 |
| Total Disbursements | $ | 357.66 |
| Previous Balance Due | $ | 7,980.00 |
| **Total Amount Due** | $ | 17,216.66 |

Thank You.



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC 28211

March 14, 2016
Invoice # 520531

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/01/16 | S. Rhodes | Review draft Motion for interim order regarding ER 4.2 violation and provide comments to Chris Mason regarding same (0.2). | 0.20 | 96.00 |
| 02/01/16 | C. Mason | Finalize Motion protective order (1.8); telephone conference with M. Schwartz re Motion (.1); telephone conference with B. Williamson (.1); preliminary coordination re discovery initiation re Rule 4.2 violation (.2). | 2.20 | 770.00 |
| 02/05/16 | C. Mason | Draft, revise, and edit stipulation re consolidation of deadlines for motion to dismiss and motion for summary judgment and confer with K. Marton re same (.5); revise and edit stipulation into a motion for consolidation and prepare form of order re same (.4). | 0.90 | 315.00 |
| 02/08/16 | C. Mason | Telephone conference with M. Schwartz (.2); review proposed order re motion to conduct expedited discovery (.1); draft, revise, and edit Motion to Conduct Expedited Discovery concerning Rule 4.2 issue (3.2). | 3.50 | 1,225.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

March 14, 2016

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 520531

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/17/16 | C. Mason | Review and evaluate response to Motion for Protective Order and strategize reply in support of motion (.8); review and evaluate response to Motion to Consolidate (.2); review and evaluate Response to Motion for Expedited Discovery (.2); review case background pleadings for context and evaluation for Reply in Support of Motion for Protective Order (.5). | 1.70 | 595.00 |
| 02/18/16 | C. Mason | Confer with M. Schwartz re pay data and additional supporting records sought for reply in support of motion for protective order (.5); communications with B. Williamson re payroll records for M. Singh (.2); confer with L. Leavitt re fact gathering for reply in support of motion for protective order, legal and factual background of case, and strategy for reply brief (1.5); brainstorm and outline legal arguments and factual development needed for reply in support of motion for protective order (2.8); review records re timing of independent contractor agreement relative to the new pay structure for J. Zuniga and assess same and implications for independent contractor argument in response to motion for protective order (.5). | 5.50 | 1,925.00 |
| 02/18/16 | L. Leavitt | Review/analyze file re: Reply in support of Motion for Protective Order. | 0.30 | 78.00 |
| 02/19/16 | C. Mason | Review additional records from M. Schwartz relating to the independent contractor and employee dichotomy issue for evidence for reply in support of motion for protective order. | 0.50 | 175.00 |

*Thank you.*



**Jennings Strouss**
LAW FIRM

065361-000001

March 14, 2016

Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 520531

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/20/16 | C. Mason | Review and evaluate records from personnel file of M. Singh for factual support related to employee and independent contractor dichotomy for reply arguments in support of motion for protective order (1.2); review investigation report from D. Jarrett (.5); review workers compensation claim for Cureton (.2). | 1.90 | 665.00 |
| 02/21/16 | C. Mason | Review and evaluate email communications between M. Singh and B. Williamson concerning M. Singh's scope of authority for purposes of providing supporting evidence and argument in replies supporting Motion for Protective Order (.8); review and evaluate payroll records relating to M. Singh's attempt to hide income through her daughter for arguments for replies in support of Motion for Protective Order (.4). | 1.20 | 420.00 |
| 02/23/16 | C. Mason | Further coordination re preparation of reply briefing and supporting documents for motion for protective order. | 0.30 | 105.00 |
| 02/24/16 | C. Mason | Review and evaluate background information gathered and supplied by D. Jarrett (1.0); coordination re preparation of supporting and foundational declarations for pleadings relating to motion for protective order (.2); review M. Singh workers' compensation application (.2). | 1.40 | 490.00 |
| 02/24/16 | L. Leavitt | Review documents provided by client in preparation for Ethical Rule 4.2 Reply in support of Motion for Protective Order; begin drafting Reply brief. | 4.30 | 1,118.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

March 14, 2016

Invoice # 520531

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/25/16 | L. Leavitt | Continue to draft Reply in support of Motion for Emergency Protective Order for violation of ER 4.2. | 3.50 | 910.00 |
| 02/25/16 | C. Mason | Review and evaluate supporting pleading materials in the Kaiser v. AT&T case for examples and legal authority supporting Motion for Protective Order. | 1.50 | 525.00 |
| 02/26/16 | C. Mason | Further coordination re potentially securing employee statements (.2); communications with B. Williamson re motion for a protective order pleadings and status (.2); discuss additional factual background information concerning M. Singh's roll in wage and payroll determinations with L. Leavitt for reply in support of motion for protective order (.3). | 0.70 | 245.00 |
| 02/26/16 | L. Leavitt | Draft Reply in support of Motion for Protective Order re: ER 4.2 issue. | 7.20 | 1,872.00 |
| 02/28/16 | L. Leavitt | Conduct additional research into ER 4.2 issue and draft Rule 56(d) motion requesting additional time to conduct discovery into fluctuating work week methodology before responding to Plaintiff's motion for summary judgment. | 4.30 | 1,118.00 |
| 02/28/16 | C. Mason | Begin revising and editing Reply in Support of Motion for Protective Order (4.5); assess bases for Rule 56(d) Motion (.5); communications and assessment for B. Williamson concerning positional conflict between independent contractor and employee designation and potential estoppel issues (.8). | 5.80 | 2,030.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

March 14, 2016

Invoice # 520531

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/29/16 | C. Mason | Draft, revise, and edit Reply in Support of Motion for Limited Expedited Discovery (1.2); revise and edit Rule 56(d) Motion (1.0); revise and edit declaration of M. Singh in support of Rule 56(d) Motion (.6); continue revising and editing Reply in Support of Motion for Protective Order (2.3); revise and edit declaration of M. Singh in support of Reply Concerning Protective Order (1.3); coordinate final documents, exhibits, and pleadings for filing (.4); telephone conference with B. Williamson re positional conflict between independent contractor and employee designation, potential estoppel issues, and facts cited in supporting declarations (.2). | 7.00 | 2,450.00 |
| 02/29/16 | L. Leavitt | Draft/revise Rule 56(d) Motion and accompanying declaration and exhibits; draft/revise Reply iso Motion for Emergency Motion for Protective Order and accompanying declaration and exhibits; conduct legal research into ER 4.2 and case law interpretations; conduct legal research into independent contractor actions imputed to principal. | 7.30 | 1,898.00 |
| 02/29/16 | T. Roa | Research related to case law cited in previous litigation matters regarding communication with witnesses; email communications with Attorney Mason regarding the same. | 1.20 | 246.00 |
| | | **Total** | **62.40** | **$19,271.00** |

*Thank you.*



**Jennings Strouss**
LAW FIRM

**065361-000001**          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**March 14, 2016**

Invoice # 520531

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P  602.262.5911 | F  602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

## Timekeeper Summary

| | | | |
|---|---|---|---|
| S. Rhodes | 0.20 | 480.00 | 96.00 |
| C. Mason | 34.10 | 350.00 | 11,935.00 |
| L. Leavitt | 26.90 | 260.00 | 6,994.00 |
| T. Roa | 1.20 | 205.00 | 246.00 |
| **Total Hours** | **62.40** | | **$19,271.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| L.D. Telephone | 1.00 | 1.34 |
| Filing Fees - - VENDOR: US District Court of Arizona Copies of document from Case No. CV-00-00724-PHX-JWS | 1.00 | 267.00 |
| **Total Costs** | | **$268.34** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**

**March 14, 2016**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 520531

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 19,271.00 |
| Total Costs | $ | 268.34 |
| **Total This Invoice** | **$** | **19,539.34** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 9,716.66 |
| **Total Amount Due** | **$** | **29,256.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**March 14, 2016**

**Invoice # 520531**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through February 29, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 19,271.00 |
| Total Disbursements | $ | 268.34 |
| Previous Balance Due | $ | 9,716.66 |
| **Total Amount Due** | $ | **29,256.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

April 29, 2016
Invoice # 522165

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/01/16 | C. Mason | Review pleadings and consider additional steps to secure protective order and to secure discovery of Rule 4.2 violation(.6); contact M. Schwartz (.1); review and calendar deadlines for responsive briefing from opposing counsel (.2); confer with M. Schwartz re settlement prospects and prospect of resolution with Rule 4.2 issue pending (.3). | 1.20 | 420.00 |
| 03/04/16 | C. Mason | Review witness summaries concerning employee duties for Rule 4.2 analysis and briefing. | 2.20 | 770.00 |
| 03/18/16 | C. Mason | Coordination and communication concerning Maria Singh civil lawsuit related to accident. | 0.30 | 105.00 |
| 03/19/16 | C. Mason | ███████████████████████ | 0.30 | 105.00 |
| 03/22/16 | C. Mason | Conduct legal research re grant of Rule 56(d) Motion before onset of discovery (2.2); communications with D. Jarrett (.2). | 2.40 | 840.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

April 29, 2016

Invoice # 522165

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/23/16 | C. Mason | Conduct legal research re split of authority concerning fluctuation of workweeks and need for hours below 40 to meet FWW Rate requirements (3.8); begin drafting, revising and editing Reply in Support of Rule 56(d) Motion (1.8). | 5.60 | 1,960.00 |
| 03/24/16 | C. Mason | Continue drafting, revising, and editing Reply in Support of Rule 56(d) Motion for Additional Time (6.4); conduct legal research re employer's right to produce evidence of time worked absent formal time records (.8). | 7.20 | 2,520.00 |
| 03/28/16 | C. Mason | Select exhibits for Reply brief (.4); prepare summary of paycheck stubs concerning proof of absences exceeding 40 hours of leave time (2.4); prepare redacted version of demand letter from opposing counsel for inclusion as exhibit (.8). | 3.60 | 1,260.00 |
| 03/30/16 | C. Mason | Prepare notice of errata. | 0.10 | 35.00 |
| | | **Total** | **22.90** | **$8,015.00** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**April 29, 2016**

Invoice # 522165

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

## Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 22.90 | 350.00 | 8,015.00 |
| **Total Hours** | **22.90** | | **$8,015.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Computer Research - Westlaw | 1.00 | 195.38 |
| Messenger/Courier Service - - VENDOR: Hot Shot Delivery, Inc. 3/1/16 District Court | 1.00 | 11.66 |
| Black & White Copies | 5.00 | 1.00 |
| **Total Costs** | | **$208.04** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

April 29, 2016

Invoice # 522165

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 8,015.00 |
| Total Costs | $ | 208.04 |
| **Total This Invoice** | **$** | **8,223.04** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 24,256.00 |
| **Total Amount Due** | **$** | **32,479.04** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**April 29, 2016**

**Invoice # 522165**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through March 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 8,015.00 |
| Total Disbursements | $ | 208.04 |
| Previous Balance Due | $ | 24,256.00 |
| **Total Amount Due** | $ | 32,479.04 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 I F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC 28211

May 16, 2016
Invoice # 522888

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/04/16 | C. Mason | Review and evaluate o?er letter from opposing counsel and communications with B Williamson and M. Schwartz re same; evaluate potential response strategy. | 0.60 | 210.00 |
| 04/05/16 | C. Mason | ███████████████████████████ | 0.20 | 70.00 |
| 04/08/16 | C. Mason | Draft, revise and edit correspondence to opposing counsel re proposed settlement. | 1.20 | 420.00 |
| 04/11/16 | C. Mason | Review and assess correspondence from opposing counsel re settlement discussions. | 0.20 | 70.00 |
| 04/28/16 | C. Mason | Update to and communication with B. Williamson. | 0.20 | 70.00 |
| | | **Total** | **2.40** | **$840.00** |

*Thank You*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**May 16, 2016**

Invoice # 522888

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

## Timekeeper Summary

| C. Mason | | 2.40 | 350.00 | 840.00 |
|---|---|---|---|---|
| | **Total Hours** | **2.40** | | **$840.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Messenger/Courier Service - - VENDOR: Hot Shot Delivery, Inc. 3/29/16 Delivery to District Court | 1.00 | 9.32 |
| **Total Costs** | | **$9.32** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**May 16, 2016**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 522888

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

### Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 840.00 |
| Total Costs | $ | 9.32 |
| **Total This Invoice** | **$** | **849.32** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 29,479.04 |
| **Total Amount Due** | **$** | **30,328.36** |

*Thank You*



**Jennings**
**Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**May 16, 2016**

**Invoice # 522888**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through April 30, 2016*

| | | |
|---|---|---|
| Total Professional Fees | $ | 840.00 |
| Total Disbursements | $ | 9.32 |
| Previous Balance Due | $ | 29,479.04 |
| **Total Amount Due** | $ | 30,328.36 |

*Thank You.*


**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

June 8, 2016
Invoice # 523827

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/01/16 | C. Mason | Communication with B. Williamson re M. Singh lawsuit and attorney contact. | 0.10 | 35.00 |
| 05/06/16 | C. Mason | Coordination re hearing scheduling (.2); communication with M. Schwartz (.1). | 0.30 | 105.00 |
| 05/09/16 | C. Mason | Hearing coordination. | 0.20 | 70.00 |
| 05/10/16 | C. Mason | Background search re legal claim status for M. Singh (.6); prepare summary of issues and prospects for M. Singh deposition and summary judgment with pending hearing (1.2). | 1.80 | 630.00 |
| 05/12/16 | C. Mason | Discussions re strategy. | 0.10 | 35.00 |
| 05/17/16 | C. Mason | Prepare for oral argument (1.5); conduct legal research re Belo plan requirement for fluctuation below 40 hours (.4); conduct preliminary legal research re use of vacation pools and effect on FWW methodology (.8); prepare power point presentation for oral argument (3.3). | 6.00 | 2,100.00 |
| 05/18/16 | C. Mason | Prepare for and participate in oral argument. | 3.70 | 1,295.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

**June 8, 2016**

Invoice # 523827

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/19/16 | C. Mason | Communications with B. Williamson and M. Schwartz re hearing and re prospects for resolution. | 0.60 | 210.00 |
| 05/24/16 | C. Mason | Additional legal research re effect of vacation deduction on FWW methodology. | 1.40 | 490.00 |
| 05/25/16 | C. Mason | Conduct additional legal research re mutual understanding requirement for application of the FWW method of pay (1.1); conduct legal research re circuit split on burden of proof (.8); conduct additional legal research re payroll designation of hourly pay despite salary status (1.6); draft, revise, and edit Supplemental Brief (2.8); communications with B. Williamson re final briefing and timing on decision (.2); review and evaluate opposing counsel's Supplemental Brief (.3); communications with M. Schwartz re opposing counsel's Supplemental Brief (.1). | 6.90 | 2,415.00 |
| 05/26/16 | C. Mason | Draft, revise, and edit Motion to Strike. | 0.30 | 105.00 |
| | | **Total** | **21.40** | **$7,490.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**June 8, 2016**

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

Invoice # 523827

## Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 21.40 | 350.00 | 7,490.00 |
| **Total Hours** | **21.40** | | **$7,490.00** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 7,490.00 |
| **Total This Invoice** | **$** | **7,490.00** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 27,328.36 |
| **Total Amount Due** | **$** | **34,818.36** |

*Thank You.*



**Jennings Strouss** LAW FIRM

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**June 8, 2016**

**Invoice # 523827**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

*For Professional Services Rendered Through May 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 7,490.00 |
| Previous Balance Due | $ | 27,328.36 |
| **Total Amount Due** | $ | 34,818.36 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

July 19, 2016
Invoice # 525339

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/08/16 | C. Mason | Review and assess rulings and communications with client re same. | 0.30 | 105.00 |
| 06/09/16 | C. Mason | ███████████████████████ | 0.20 | 70.00 |
| 06/10/16 | C. Mason | Prepare for and participate in telephone conference with M Schwartz and B. Williamson. | 0.50 | 175.00 |
| 06/13/16 | C. Mason | Prepare for and participate in meeting with M. Schwartz (1.5); assessment re jury demand (.3). | 1.80 | 630.00 |
| 06/20/16 | C. Mason | Evaluation of possible affirmative defenses for Answer (1.0); draft, revise, and edit Answer and Counterclaims and communications with M. Schwartz re same (3.7). | 4.70 | 1,645.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

July 19, 2016

Invoice # 525339

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/21/16 | C. Mason | Communication with M. Schwartz re Answer to First Amended Complaint and revise and edit Answer and Counterclaim, including to add additional claim (2.4); ████████ ████████████████████████); review and assess proposed case management plan from Plaintiff (.5); review email re potential buyer (.1). | 3.40 | 1,190.00 |
| 06/22/16 | C. Mason | Draft, revise, and edit Motion for Reconsideration and Renewed Motion for Protective Order (1.2); communication with transcriptionist re case citation during hearing (.2); revise and edit Answer and Counterclaim (.3). | 1.70 | 595.00 |
| 06/23/16 | C. Mason | Confer with M. Schwartz re case management report and strategy (.4); prepare for and participate in telephone conference re case management report and plans with M. Schwartz, K. Marton and J. Silence (.5). | 0.90 | 315.00 |
| 06/25/16 | C. Mason | Communications with K. Marton and M. Schwartz. | 0.30 | 105.00 |
| 06/27/16 | C. Mason | Prepare for and participate in conference with M. Schwartz to review counterclaims and discovery needs (1.5); work with M. Schwartz re preparation of initial disclosures (.2); review order denying motion for reconsideration and communications with M. Schwartz re same (.2). | 1.90 | 665.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**065361-000001**       **Zuniga v. Fiesta Pediatric Therapy, et al.**

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**July 19, 2016**

**Invoice # 525339**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/28/16 | C. Mason | Communications with M. Schwartz (.3); prepare for and participate in follow up telephone conference with K. Marton and J. Silence (.6); draft summary of revisions to case management plan and create case schedule for same (1.6). | 2.50 | 875.00 |
| 06/29/16 | C. Mason | Coordination with M. Schwartz re case pleadings (.1); revise and edit joint case management plan (2.0); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ communications with J. Silence and K. Marton re revisions to case management plan and amendment of pleadings (.4). | 3.50 | 1,225.00 |
| 06/30/16 | C. Mason | ▮▮▮▮▮▮▮▮▮▮▮▮ approaches (.5); review and assess revisions to case management plan from opposing counsel (.2); review and assess case law cited by opposing counsel concerning supplemental jurisdiction relative to FLSA claims (1.0); conduct legal research re supplemental jurisdiction and court willingness to extend jurisdiction to state law counterclaims in FLSA cases (1.8); revise and edit case management plan and communication with opposing counsel re revisions and filing (1.3); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 6.30 | 2,205.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**July 19, 2016**

**Invoice # 525339**

|  | Total | 28.00 | $9,800.00 |
|---|---|---|---|

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| C. Mason | 28.00 | 350.00 | 9,800.00 |
| **Total Hours** | **28.00** | | **$9,800.00** |

**Disbursements**

| Description | Quantity | Amount |
|---|---|---|
| L.D. Telephone | 1.00 | 15.41 |
| Court Reporter Fees - - VENDOR: Elaine M. Cropper, RDR, CRR, CCP | 1.00 | 164.25 |
| Transcript of proceedings dated 5/18/16, before Magistrate Judge Duncan | | |
| **Total Costs** | | **$179.66** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**July 19, 2016**

Invoice # 525339

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 9,800.00 |
| Total Costs | $ | 179.66 |
| **Total This Invoice** | **$** | **9,979.66** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 34,818.36 |
| **Total Amount Due** | **$** | **44,798.02** |

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**July 19, 2016**

Invoice # 525339

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through June 30, 2016.*

| | | |
|---|---|---:|
| Total Professional Fees | $ | 9,800.00 |
| Total Disbursements | $ | 179.66 |
| Previous Balance Due | $ | 34,818.36 |
| **Total Amount Due** | $ | 44,798.02 |

*Thank You.*


**Jennings
Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

August 12, 2016
Invoice # 526260

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/01/16 | C. Mason | Communications with K. Marton re assessment of counterclaims and amendment to Answer and Counterclaims. | 0.30 | 105.00 |
| 07/05/16 | C. Mason | Coordination re disclosure of documents (.2); review and assess documents to use for evidence and disclosure (3.9); assess prospective witnesses (1.2); prepare initial disclosures (1.4); review and assess Plaintiff's Disclosures (.6); review and assess documents disclosed by opposing counsel (1.3); communications with M. Schwartz re data systems (.2); communication with M. Schwartz re disclosure of confidential records (.2); | 9.00 | 3,150.00 |
| 07/05/16 | J. Ford | Review documents and prepare for production. Produce FIESTA 0000001-FIESTA0000645 for Fiesta Initial Disclosure Statement. | 0.70 | 105.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

August 12, 2016

Invoice # 526260

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/16 | J. Ford | Review and evaluate documents received from Chris Mason and prepare same for review in Eclipse Database Platform. Evaluate metadata and map fields accordingly for accurate preservation and analysis, accurately inventory same for preservation and eDiscovery compliance and update production tracking spreadsheet with detailed description of same. Produce FIESTA 0000001-FIESTA 0000645 for Fiesta Initial Disclosure Statement. Prepare same for transmittal via Sharefile. | 2.70 | 405.00 |
| 07/06/16 | C. Mason | Follow up and preparation for document bates-labeling (.3); redact documents for disclosures (1.5); communication with K. Marton re receipt of disclosures (.1); communication and planning with M. Schwartz re attempted search for Zuniga email remnants (.7); review timesheets and pay records relative to five day workday theory and evaluate additional evidence re same (.5); follow up communications with M. Schwartz re employee interviews for general work hour purposes (.3). | 3.40 | 1,190.00 |
| 07/07/16 | C. Mason | Prepare for and participate in scheduling conference and confer with M. Schwartz (1.5); ███████████████████ party (.2); communication with M. Schwartz re electronic data (.5). | 2.20 | 770.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**August 12, 2016**

Invoice # 526260

**INVOICE**
PAYMENT DUE UPON RECEIPT
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F 602.495.2979
NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/11/16 | C. Mason | Coordination re opposing counsel's inquires re disclosures (.2); confer with M Schwartz re electronic data (.2); coordinations re disclosure of witness declarations (.2). | 0.60 | 210.00 |
| 07/11/16 | T. Roa | Edit first supplemental disclosure statement. | 0.20 | 41.00 |
| 07/12/16 | C. Mason | Conduct legal research re assertion of equitable defenses, including tolling, in FLSA action (.6); conduct legal research re application of judicial estoppel for non-disclosure of claim in bankruptcy (.7); conduct legal research re Computer Fraud and Abuse Act and standard for access relative to such claims (3.5). | 4.80 | 1,680.00 |
| 07/13/16 | C. Mason | Draft of First Amended Answer and Counterclaim and file same (5.7); communication with B. Williamson (.1). | 5.80 | 2,030.00 |
| 07/21/16 | C. Mason | Confer with M. Schwartz. | 0.50 | 175.00 |
| 07/22/16 | C. Mason | Prepare and coordinate first supplemental disclosure (.2); follow up communication with M. Schwartz re IT professional and access to computer systems (.2); draft, revise, and edit settlement proposal (1.3). | 1.70 | 595.00 |
| 07/25/16 | C. Mason | Revise and edit settlement proposal (.5); ▮▮▮▮▮▮▮▮▮▮▮▮ modification to terms (.4); brainstorm discovery needs (1.2). | 2.10 | 735.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**August 12, 2016**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 526260

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/26/16 | C. Mason | Draft, revise, and edit First Set of Requests for Production of Documents (2.3); assess electronic discovery concerns and prepare description and communication for B. Williamson re same (2.3). | 4.60 | 1,610.00 |
| 07/27/16 | C. Mason | Draft, revise, and edit First Set of Non-Uniform Interrogatories (1.2); prepare for and participate in meeting with M. Schwartz to discuss witnesses, evidentiary needs, and dividing responsibilities for efficiency (2.7); begin assessment re third-party pay agreement (.4). | 4.30 | 1,505.00 |
| 07/28/16 | C. Mason | Follow up communication with Damien re investigation. | 0.20 | 70.00 |
| | | **Total** | **43.10** | **$14,376.00** |

*Thank You.*

# Jennings Strouss
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**August 12, 2016**

**Invoice # 526260**

## Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 39.50 | 350.00 | 13,825.00 |
| T. Roa | 0.20 | 205.00 | 41.00 |
| J. Ford | 3.40 | 150.00 | 510.00 |
| **Total Hours** | **43.10** | | **$14,376.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| L.D. Telephone | 1.00 | 5.54 |
| Messenger/Courier Service - - VENDOR: PT Investigations 2/23/16 For ordering copies from US District Court | 1.00 | 64.00 |
| **Total Costs** | | **$69.54** |

*Thank You.*

## Jennings Strouss
### LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**August 12, 2016**

Invoice # 526260

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 14,376.00 |
| Total Costs | $ | 69.54 |
| **Total This Invoice** | **$** | **14,445.54** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 34,798.02 |
| **Total Amount Due** | **$** | **49,243.56** |

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**August 12, 2016**

Invoice # 526260

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through July 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 14,376.00 |
| Total Disbursements | $ | 69.54 |
| Previous Balance Due | $ | 34,798.02 |
| **Total Amount Due** | $ | 49,243.56 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

September 14, 2016
Invoice # 527564

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/16 | C. Mason | Review jury demand (.1); preliminary review of Motion to Dismiss Counterclaims (.2); confer with M. Schwartz re possibility for Rule 11 Letter (.2). | 0.50 | 175.00 |
| 08/02/16 | C. Mason | Legal research re applicable ethical rules re opposing counsel's scorched-earth approach ▮▮▮▮▮▮▮▮▮▮▮son re ▮▮▮▮▮▮on with ▮▮▮▮; begin drafting introduction to response (.5); conference with C. Bales re factual background, legal principals and response to motion (.4); assessment re potential for Rule 11 letter (.2); assessment re needed pressing tasks and prepare summary of same for B. Williamson (.7). | 2.50 | 875.00 |
| 08/02/16 | C. Bales | Review motion to dismiss counterclaims. | 0.40 | 108.00 |
| 08/02/16 | S. Rhodes | Telephone conference with Chris Mason regarding Rule 11 letter (0.2). | 0.20 | 100.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

**NOTICE OF IDENTIFYING NUMBER**
Federal 86−0108229
State of Arizona 07−31159

September 14,
2016

Invoice # 527564

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/07/16 | C. Mason | Communication with M. Schwartz re retention of payroll records. | 0.10 | 35.00 |
| 08/08/16 | C. Mason | Communication with D. Jarrett (.1); ███████████████████ | 0.20 | 70.00 |
| 08/09/16 | C. Mason | ████████████████ (.1); pull records for M. Schwartz (.2). | 0.30 | 105.00 |
| 08/10/16 | C. Mason | Communication with forensic consultant. | 0.20 | 70.00 |
| 08/11/16 | C. Mason | ████████████████████████ | 3.10 | 1,085.00 |
| 08/12/16 | C. Mason | Legal research re compulsory counterclaims. | 1.30 | 455.00 |
| 08/14/16 | C. Bales | Analyze and evaluate authorities pertaining to the propriety of bringing counterclaim in a case involving an FLSA claim. | 2.40 | 648.00 |
| 08/14/16 | C. Bales | Prepare draft of response to motion to dismiss. | 1.80 | 486.00 |
| 08/14/16 | C. Bales | Review and analyze authorities pertaining to the appropriateness of an action under the CFAA. | 0.80 | 216.00 |
| 08/15/16 | C. Bales | Revise draft of response to motion to dismiss. | 1.70 | 459.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

September 14,
2016

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**Zuniga v. Fiesta Pediatric Therapy, et al.**

NOTICE OF IDENTIFYING NUMBER
Federal 86−0108229
State of Arizona 07−31159

Invoice # 527564

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/15/16 | C. Mason | Review proposed protective order from opposing counsel, and communication concerning deposition scheduling and related documentation (.2); review voluminous discovery requests from opposing counsel (.4); confer with M. Schwartz (.2). | 0.80 | 280.00 |
| 08/16/16 | C. Mason | Calendar response deadlines (.1); telephone conference with M. Schwartz re discovery needs and coordination of gathering (.4); review records from M. Schwartz (.3); pull cases re limitations period for emotional distress claims and communications with M. Schwartz re same (.2). | 1.00 | 350.00 |
| 08/17/16 | C. Mason | Prepare areas of inquiry for Damien's investigative interviews (2.1); ███ ████ ███████████ revise finalize First Set of NOIs and First Set of RFPs (.4); communication with D. Jarrett re forensic imaging arrangements (.2); ████████████████████████ | 3.10 | 1,085.00 |
| 08/18/16 | C. Mason | Revise and edit Response to Motion to Dismiss Counterclaims (8.5); ███████████ | 8.70 | 3,045.00 |
| 08/18/16 | C. Bales | Conduct further research concerning more recent applications of cases discussing the distinction between mandatory and permissive counterclaims for purposes of exercising supplemental jurisdiction. | 1.40 | 378.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

September 14,
2016

Invoice # 527564

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/21/16 | C. Mason | Communication and telephone conference with M. Schwartz re state court claims and lawsuit (.5) ██████████████; calendar reply deadline (.1). | 0.70 | 245.00 |
| 08/22/16 | C. Mason | Finalize discovery requests and prepare for disclosure. | 0.50 | 175.00 |
| 08/25/16 | C. Mason | Confer with M. Schwartz regarding sale status and state court complaint. | 0.30 | 105.00 |
| 08/30/16 | C. Mason | Review and analyze Reply in Support of Motion to Dismiss (.2); assess arguments for motion to strike and assess factual misrepresentations by Plaintiff (1.0); confer with C Bales re preparation of Motion to Strike (.2); ███████████ (.1); communication with M. Schwartz re Reply brief (.1). | 1.60 | 560.00 |
| 08/30/16 | C. Bales | Review reply in support of motion to dismiss to determine whether any issues are improperly raised in that context. | 0.30 | 81.00 |
| 08/30/16 | C. Bales | Confer with C. Mason re motion to strike improper portions of the reply in support of the motion to dismiss. | 0.20 | 54.00 |
| 08/31/16 | C. Mason | Review and assess PI agreement. | 0.20 | 70.00 |
| | | **Total** | **34.40** | **$11,350.00** |

*Thank You.*

# Jennings Strouss
## LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**September 14, 2016**

**Invoice # 527564**

## Timekeeper Summary

| | | | |
|---|---|---|---|
| S. Rhodes | 0.20 | 500.00 | 100.00 |
| C. Mason | 25.20 | 350.00 | 8,820.00 |
| C. Bales | 9.00 | 270.00 | 2,430.00 |
| **Total Hours** | **34.40** | | **$11,350.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Legal Support Services - 07/05/16 - 645pgs - eDiscovery per GB | 1.00 | 19.35 |
| Computer Research - Westlaw | 1.00 | 153.83 |
| Computer Research - Westlaw | 1.00 | 153.83 |
| **Total Costs** | | **$327.01** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**September 14,**
**2016**

**Invoice # 527564**


## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 11,350.00 |
| Total Costs | $ | 327.01 |
| **Total This Invoice** | **$** | **11,677.01** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 29,243.56 |
| **Total Amount Due** | **$** | **40,920.57** |

*Thank You.*



**Jennings Strouss** LAW FIRM

INVOICE

PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86−0108229
State of Arizona 07−31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**September 14, 2016**

**Invoice # 527564**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
2823 Providence Road, Unit 314
Charlotte, NC  28211

*For Professional Services Rendered Through August 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 11,350.00 |
| Total Disbursements | $ | 327.01 |
| Previous Balance Due | $ | 29,243.56 |
| **Total Amount Due** | $ | **40,920.57** |

*Thank You.*


**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn
Chicago, IL   60614

October 19, 2016
Invoice # 528934

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/01/16 | C. Mason | Conference with M. Schwartz regarding case review. | 1.30 | 455.00 |
| 09/01/16 | C. Bales | Prepare draft of motion to strike. | 0.40 | 108.00 |
| 09/02/16 | C. Mason | Begin gathering documents and information for responses to discovery requests. | 1.50 | 525.00 |
| 09/12/16 | C. Mason | Revise and edit motion to strike (5.5); draft proposed order for Motion to Strike (.2). | 5.70 | 1,995.00 |
| 09/16/16 | C. Mason | Review and assess Order denying motion to dismiss counterclaims and communication with M. Schwartz re same. | 0.50 | 175.00 |
| 09/19/16 | C. Mason | Multiple communications with opposing counsel re extending deadline for discovery responses and regarding schedule for 30(b)(6) depositions (.5). | 0.50 | 175.00 |
| 09/19/16 | C. Bales | Draft stipulation to extend deadlines for filing responses to discovery requests. | 0.30 | 81.00 |
| 09/19/16 | C. Bales | Coordinate filing of stipulation to extend discovery response deadline. | 0.30 | 81.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001         **Zuniga v. Fiesta Pediatric Therapy, et al.**

October 19, 2016

Invoice # 528934

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/20/16 | C. Mason | Assess needed information and records for depositions and discovery responses (.7); draft, revise, and edit communication and outline of needed records and information for discovery responses and deposition (.8); prepare for and ███████████████████████ communication with K. Marton and J. Silence re rescheduling of Rule 30(b)(6) depositions and regarding stipulation for extension of discovery response deadline (.4); coordination with B. Williamson, L. Bugarin, and G. Mundin regarding scheduling and availability for Rule 30(b)(6) depositions (.4); follow up communication with K. Marton and J. Silence regarding deposition schedule (.2). | 3.50 | 1,225.00 |
| 09/21/16 | C. Mason | Telephone conference with M. Schwartz. | 0.30 | 105.00 |
| 09/22/16 | C. Mason | Telephone conference with M. Schwartz. | 0.20 | 70.00 |
| 09/23/16 | C. Mason | Prepare outline of topics and needed information for interviews with L. Bugarin and G. Muneton (1.5); interviews and office conference with M. Schwartz, L. Bugarin, and G. Muneton (3.3); follow up communication with G. Muneton re request for network map (.1); follow up communication with G. Muneton re GoDaddy network access (.1); assess status of opposing counsel's discovery deadline and draft, revise, and edit correspondence to opposing counsel regarding delayed discovery responses (.3). | 5.30 | 1,855.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

October 19, 2016

Invoice # 528934

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/24/16 | C. Mason | Draft, revise, and edit responses to voluminous discovery requests. | 8.50 | 2,975.00 |
| 09/25/16 | C. Mason | ████████████████████████████ | 1.40 | 490.00 |
| 09/26/16 | C. Mason | Telephone conference with M. Schwartz re revisions to complaint (.2); revise, edit, and finalize responses to voluminous discovery responses (3.7); communications with opposing counsel re same (.2). | 4.10 | 1,435.00 |
| 09/27/16 | C. Mason | Coordination re documents to M. Schwartz (.2); communication with M. Schwartz re extension request, next steps, and related matters (.4). | 0.60 | 210.00 |
| 09/28/16 | C. Mason | Telephone conference with M. Schwartz. | 0.30 | 105.00 |
| 09/30/16 | C. Mason | Review supplemental disclosure, assess documents to add to same, and finalize same for submission (.2); assess next steps for discovery (.2); review schedule and timing for 30(b)(6) deposition preparations and needs (.2); communication with L. Bugarin and G. Muneton re deposition preparation schedule (.3); review communication from J. Silence, examine records for response, and respond concerning copies of disclosed documents and submission of additional records (.2); begin preparing documents and information for deposition preparation sessions with L. Bugarin and G. Muneton (2.0). | 3.10 | 1,085.00 |

*Thank You.*



**Jennings
Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

October 19, 2016

Invoice # 528934

| | | Total | | 37.80 | $13,150.00 |
|---|---|---|---|---|---|

## Timekeeper Summary

| | | | | |
|---|---|---|---|---|
| C. Mason | | 36.80 | 350.00 | 12,880.00 |
| C. Bales | | 1.00 | 270.00 | 270.00 |
| | **Total Hours** | **37.80** | | **$13,150.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Computer Research - Westlaw | 1.00 | 145.88 |
| Messenger/Courier Service - - VENDOR: Hot Shot Delivery, Inc. 8/17/16 delivery to Michael Schwartz | 1.00 | 19.21 |
| L.D. Telephone | 1.00 | 14.36 |
| CD Duplication | 1.00 | 7.50 |
| **Total Costs** | | **$186.95** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**October 19, 2016**

Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 528934

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 13,150.00 |
| Total Costs | $ | 186.95 |
| **Total This Invoice** | **$** | **13,336.95** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 19,920.57 |
| **Total Amount Due** | **$** | **33,257.52** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

October 19, 2016

Invoice # 528934

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn
Chicago, IL  60614

*For Professional Services Rendered Through September 30, 2016*

| | | |
|---|---|---|
| Total Professional Fees | $ | 13,150.00 |
| Total Disbursements | $ | 186.95 |
| Previous Balance Due | $ | 19,920.57 |
| **Total Amount Due** | $ | 33,257.52 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn
Chicago, IL  60614

November 18, 2016
Invoice # 530250

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/16/16 | C. Bales | Review order denying motion to dismiss counterclaims. | 0.10 | 27.00 |
| 10/03/16 | C. Mason | Communication with M. Schwartz regarding contact from B. Williamson (.1); telephone conference with M. Schwartz re deposition preparations with L. Bugarin and G. Muneton and re continued steps pending potential withdrawal (.3); communication with L. Bugarin and G. Muneton regarding deposition preparations (.1); summary to B. Williamson concerning depositions and deposition prep sessions with L. Bugarin and G. Muneton (.2); coordination re deposition prep sessions (.2); preliminary review of discovery responses from opposing counsel (.3); ██████████ ██████████ (.2); ███████ ███ | 1.60 | 560.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

November 18, 2016

Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 530250

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/04/16 | C. Mason | Continue preparing outlines and material for deposition preparation meeting with L. Bugarin and G. Muneton (1.5); communication to J. Silence re discovery dispute conference and regarding pending deposition (.2); follow up communication with J. Silence regarding same (.1); deposition preparation meeting with L. Bugarin, G. Muneton, and M. Schwartz (4.0). | 5.80 | 2,030.00 |
| 10/04/16 | T. Roa | Conduct research related to land and business as requested by Attorney Mason. | 0.40 | 82.00 |
| 10/05/16 | C. Mason | Communication with M. Schwartz regarding deposition (.1); communication with L. Bugarin and G. Muneton regarding deposition schedule, location and time (.1); revise, edit, and finalize First Supplemental Disclosure Statement (.2); review and assess discovery responses and documentation from opposing counsel (1.3). | 1.70 | 595.00 |
| 10/06/16 | C. Mason | Attend depositions of L. Bugarin and G. Muneton (5.5); ███████████████ | 5.80 | 2,030.00 |
| 10/07/16 | C. Mason | Communications with opposing counsel regarding discovery dispute conference. | 0.10 | 35.00 |
| 10/08/16 | C. Mason | Communications with M. Schwartz regarding client conference. | 0.10 | 35.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

November 18, 2016

Invoice # 530250

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/10/16 | C. Mason | Email communication with M. Schwartz regarding genesis of email search and email identification (.1); follow up communication with M. Schwartz regarding email search and discovery dispute conference (.2); multiple communications with J. Silence regarding coordination of discovery dispute conference (.2); telephone conference with M. Schwartz regarding email accounts and discovery dispute handling (.8). | 1.30 | 455.00 |
| 10/11/16 | C. Mason | Outline additional needed documentation from L. Bugarin and G. Muneton following depositions and prepare communication to same (1.2); multiple telephone communications with L. Bugarin re needed documents for disclosure, including new time reports, personnel file, and related materials (.3); review and assess payroll report, pull additional witness statements, review employee printouts from BenefitOnline system, and redact Labor Distribution Report for disclosure statement (1.4); review and finalize Second Supplemental Disclosure Statement (.2). | 3.10 | 1,085.00 |
| 10/11/16 | L. Body | Converting of documents into production format. Endorsing of pages with bates numbers. Exporting and QCing of production documents. | 0.80 | 160.00 |

*Thank you.*



**Jennings Strouss**
LAW FIRM

065361-000001    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**November 18, 2016**

Invoice # 530250

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/12/16 | C. Mason | Prepare for and participate in discovery dispute telephone conference with opposing counsel (1.6); ▮▮▮▮▮▮ prepare summary of issues concerning needed discovery and conference with J. Silence (.4). | 2.20 | 770.00 |
| 10/13/16 | C. Mason | ▮▮▮▮▮▮▮▮▮▮ | 1.10 | 385.00 |
| 10/15/16 | C. Mason | Communication with G. Muneton concerning MacPractice data and potential access to Zuniga's former email account. | 0.20 | 70.00 |
| 10/17/16 | C. Mason | Review proposed protective order and confer with K. Marton and J. Silence regarding same. | 1.00 | 350.00 |
| 10/19/16 | C. Mason | ▮▮▮▮▮▮▮▮▮▮ | 0.60 | 210.00 |
| 10/19/16 | C. Bales | Review Motion for Reconsideration filed by Plaintiff. | 0.20 | 54.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

November 18, 2016

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 530250

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/20/16 | C. Mason | ███████████████████ | 0.40 | 140.00 |
| 10/23/16 | C. Mason | ███████████████████ | 0.70 | 245.00 |
| 10/24/16 | C. Mason | Further communications regarding conference call (.1); telephone conference with M. Schwartz (.2); ███████████████ | 1.30 | 455.00 |
| 10/27/16 | C. Mason | Review, revise and edit non-disclosure agreement for M. Schwartz to secure documentation from the Arizona Board of Occupational Therapy (.4); communication with K. Marton regarding settlement negotiation prospects and preparation of joint settlement negotiation notice to the Court (.8). | 1.20 | 420.00 |
| 10/27/16 | C. Mason | Review and evaluate deposition transcripts for challenges, revisions, and follow up. | 2.30 | 805.00 |



**Jennings Strouss**
LAW FIRM

**065361-000001**

**November 18, 2016**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 530250

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | f 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/28/16 | C. Mason | Review communication from K. Marton concerning settlement discussion notice and coordination of conference call with M. Schwartz (.2); telephone conference with K. Marton, M. Schwartz, and J. Silence concerning settlement conference notice and prospect of mediation (.3); ███████ Schwartz (1.1); review, revise, and edit settlement discussion notice (.2). | 1.80 | 630.00 |

|  |  | **Total** | **33.80** | **$11,628.00** |

**Timekeeper Summary**

| C. Mason | 32.30 | 350.00 | 11,305.00 |
|----------|-------|--------|-----------|
| C. Bales | 0.30 | 270.00 | 81.00 |
| T. Roa | 0.40 | 205.00 | 82.00 |

*Thank You.*



## Jennings Strouss
### LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**November 18, 2016**

**Invoice # 530250**

| | | | |
|---|---|---|---|
| L. Body | 0.80 | 200.00 | 160.00 |
| **Total Hours** | **33.80** | | **$11,628.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| L.D. Telephone | 1.00 | 2.18 |
| Legal Support Services - 09/27/2016 - 87pgs - Convert PDF/TIFF for Eclipse | 1.00 | 1.74 |
| Legal Support Services - 10/11/16 - 173pgs - Production Export/Process to Eclipse | 1.00 | 20.76 |
| **Total Costs** | | **$24.68** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 11,628.00 |
| Total Costs | $ | 24.68 |
| **Total This Invoice** | **$** | **11,652.68** |
| Remaining Trust Balance | $ | 5,000.00 |

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

| | | |
|---|---|---|
| Total Outstanding A/R | $ | 10,202.52 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | f 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**       **Zuniga v. Fiesta Pediatric Therapy, et al.**

**November 18, 2016**

Invoice # 530250

**Total Amount Due**                                    $     **21,855.20**

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001     Zuniga v. Fiesta Pediatric Therapy, et al.

November 18, 2016

Invoice # 530250

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn
Chicago, IL   60614

*For Professional Services Rendered Through October 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 11,628.00 |
| Total Disbursements | $ | 24.68 |
| Previous Balance Due | $ | 10,202.52 |
| **Total Amount Due** | $ | 21,855.20 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

December 22, 2016
Invoice # 531849

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/01/16 | C. Mason | Confer with M. Schwartz concerning contact by opposing counsel's firm, preparation of additional documents for case and disclosure, and related issues. | 0.50 | 175.00 |
| 11/02/16 | L. Body | Processing of case matter documents. Converting and endorsing of case responsive documents for discovery. | 0.70 | 140.00 |
| 11/04/16 | C. Mason | ██████████████████████████████ | 0.20 | 70.00 |
| 11/07/16 | C. Mason | Review communication from opposing counsel regarding discovery responses. | 0.20 | 70.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**December 22, 2016**

Invoice # 531849

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/08/16 | C. Mason | Contact M. Schwartz (.1); review email communication from D. Kresin concerning representation of M. Singh and scheduling of deposition (.1); draft, revise, and edit subpoena duces tecum to D. Kresin (.5); review proposed changes to protective order from J. Silence and communication with same (.2); review and prepare comprehensive response to J. Silence concerning discovery dispute issues and concerns (1.1); ██████████████ ████████████████ telephone conference with M. Schwartz regarding mediation or settlement efforts, discovery in state case, and related issues (.3); draft, revise, and edit second set of requests for production of documents (.4); review state court answer to Complaint (.2); confer with J. Beckwith regarding case background and community property research issue (.5); ████████████ ███████████████; review Gomez v. Faulkner decision regarding community property issue (.2); review case deadlines and assess additional needs (.8); ████████ ██████████████ assess potential for expert witnesses and prepare summary of assessment and communication with M. Schwartz regarding same (.5). | 5.30 | 1,855.00 |

*Thank You.*



**Jennings
Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**December 22, 2016**

**Invoice # 531849**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 11/08/16 | J. Beckwith | Conference with C. Mason regarding research on community property intersection with FLSA (.4); Research on Westlaw on community property intersection with FLSA (.3). | 0.70 | 210.00 |
| 11/09/16 | C. Mason | Further communications with M. Schwartz regarding expert witnesses (.3); communications with J. Silence regarding withheld discovery and discovery dispute (.8). | 1.10 | 385.00 |
| 11/10/16 | C. Mason | Communications with opposing counsel regarding discovery dispute conference (.3); communication with Court regarding discovery dispute conference (.4); review and evaluate second supplemental disclosure statement from opposing counsel and additional damages computation (.5). | 1.20 | 420.00 |
| 11/11/16 | C. Mason | Further communications with J. Beckwith regarding potential risks of obligations of community property and assess early findings and review Garrett decision. | 0.70 | 245.00 |
| 11/11/16 | J. Beckwith | Research on Westlaw re community property joinder of spouse and motion for summary judgment. | 1.20 | 360.00 |
| 11/13/16 | C. Mason | Review emails from K. Marton regarding deposition scheduling. | 0.20 | 70.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

065361-000001    **Zuniga v. Fiesta Pediatric Therapy, et al.**

December 22, 2016

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Invoice # 531849

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/14/16 | C. Mason | Coordination regarding discovery dispute conference (.2); ████████████ conference with ████████████ Schwartz and co████████ regarding poten████████████ ████████████████ (.2); review disputed discovery materials, assess and outline arguments, and prepare for and participate in discovery dispute settlement conference with the court (1.3); review communication from J. Silence regarding payroll online forms (.2); review minute entry regarding discovery dispute conference (.1). | 2.30 | 805.00 |
| 11/15/16 | C. Mason | ████████████████████████ | 0.50 | 175.00 |
| 11/16/16 | C. Mason | ████████████████████████ | 0.10 | 35.00 |
| 11/17/16 | S. Orlich | Consult with Ms. Beckwith and perform research on community property liability for divorced spouse | 0.30 | 96.00 |
| 11/17/16 | J. Beckwith | Research re community property principles to argue for dismissal of spouse from suit. | 0.80 | 240.00 |
| 11/18/16 | J. Beckwith | Conference with C. Mason re enforcement of judgment against community (.3); research re enforcement of judgment against community (.4). | 0.70 | 210.00 |

*Thank You.*



# Jennings Strouss
## LAW FIRM

**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

**December 22, 2016**

Invoice # 531849

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/18/16 | J. Ford | Review documents and file, communications with Chris Mason regarding same. Identify documents received and accurately inventory same for preservation and eDiscovery compliance and log production tracking spreadsheet with detailed description of same. Analyze electronic discovery and prepare same for review as well as production as Fiesta 3rd Supplemental Disclosure Statement. Add to review platform. Zip and sharefile documents. | 1.20 | 180.00 |
| 11/18/16 | C. Mason | Review response from D. Kresin regarding subpoena request (.2); meeting with J. Beckwith regarding community property liability (.4); prepare third supplemental disclosure statement (.3). | 0.90 | 315.00 |
| 11/21/16 | C. Mason | Review and evaluate additional disclosures from opposing counsel. | 2.80 | 980.00 |
| 11/21/16 | J. Beckwith | Research on collecting judgment against community (.8); Draft argument to dismiss husband (.3). | 1.10 | 330.00 |
| 11/22/16 | C. Mason | ███████████████████████; begin evaluating scope of the joint interest privilege (2.4). | 2.60 | 910.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**December 22, 2016**

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**Invoice # 531849**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/23/16 | C. Mason | ███████████ follow up communication with B. Williamson concerning need for meeting and coordination, and follow up regarding deposition scheduling (.2); review protective order entered by Court (.2); review additional emails from K. Marton regarding deposition scheduling (.2). | 1.30 | 455.00 |
| 11/23/16 | J. Beckwith | Draft argument re community property issues. | 0.90 | 270.00 |
| 11/24/16 | C. Mason | Communication with B. Williamson regarding conference call and deposition dates. | 0.10 | 35.00 |
| 11/25/16 | C. Mason | Review additional emails from B. Williamson regarding deposition dates. | 0.10 | 35.00 |
| 11/28/16 | C. Mason | Telephone conference with M. Schwartz regarding deposition schedule and regarding plan for responses (.2); review and Evaluate community property research and memorandum, coordinate for further follow up, and brainstorm needed evidence to exclude Mr. Williamson from case (.8); communication with B. Williamson concerning her deposition (.1); communication with K. Martin regarding deposition schedule and continued violation of Ethics Rule 4.2 (.3). | 1.40 | 490.00 |
| 11/28/16 | J. Beckwith | Research on Westlaw re separate property implications from judgment (.8); edit memo re community property issues (.7). | 1.50 | 450.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**065361-000001**  **Zuniga v. Fiesta Pediatric Therapy, et al.**

December 22, 2016

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

Invoice # 531849

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/29/16 | C. Mason | Communications and coordinate regarding telephone conference (.1); review and prepare outline of issues for conference call with B. Williamson and M. Schwartz (.4); conference with B. Williamson an̶ Schwartz regarding mediation, set̶ offer, deposition schedule, Rule 4.̶ ▮▮▮▮▮▮ (1.0); prepare summary of follow up needed for additional records and tasks (.2); review communication from D. Kresin regarding scheduling of M. Singh deposition (.1). | 1.80 | 630.00 |
| | **Total** | | **32.40** | **$10,641.00** |

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| C. Mason | 23.30 | 350.00 | 8,155.00 |
| S. Orlich | 0.30 | 320.00 | 96.00 |
| J. Beckwith | 6.90 | 300.00 | 2,070.00 |
| L. Body | 0.70 | 200.00 | 140.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

065361-000001    **Zuniga v. Fiesta Pediatric Therapy, et al.**

December 22, 2016

Invoice # 531849

| | | | |
|---|---|---|---|
| J. Ford | 1.20 | 150.00 | 180.00 |
| **Total Hours** | **32.40** | | **$10,641.00** |

**Disbursements**

| Description | Quantity | Amount |
|---|---|---|
| Computer Research - Westlaw | 1.00 | 53.58 |
| Services/Subpoena Expense - - VENDOR: First Legal Network, LLC 11/8/16 Service to Robaina & Kresin PLLC | 1.00 | 133.37 |
| Legal Support Services - 11/18/16 - 600pgs - Production Export/Process to Eclipse - Process Load, Produce | 1.00 | 72.00 |
| **Total Costs** | | **$258.95** |

### Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 10,641.00 |
| Total Costs | $ | 258.95 |
| **Total This Invoice** | **$** | **10,899.95** |
| Total Outstanding A/R | $ | 202.52 |
| **Total Amount Due** | **$** | **11,102.47** |

Remaining Trust Balance  $5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001     **Zuniga v. Fiesta Pediatric Therapy, et al.**

December 22, 2016

Invoice # 531849

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through November 30, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 10,641.00 |
| Total Disbursements | $ | 258.95 |
| Previous Balance Due | $ | 202.52 |
| **Total Amount Due** | $ | 11,102.47 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P  602.262.5911 | F  602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

January 18, 2017
Invoice # 532891

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/02/16 | C. Mason | Prepare and finalize notice of deposition for J. Zuniga (.1); communications with B. Williamson regarding depositions schedule (.2); telephone conference with M. Schwartz regarding deposition schedule, preparation of B. Williamson and discovery requests (.1). | 0.40 | 140.00 |
| 12/04/16 | C. Mason | Communications with B. Williamson regarding deposition J. Zuniga. | 0.10 | 35.00 |
| 12/08/16 | C. Mason | Communications with B. Williamson and M. Schwartz regarding deposition preparations (.2); follow up communication with B. Williamson regarding deposition prep and scheduling (.1). | 0.30 | 105.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

January 18, 2017

                    Invoice # 532891

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/09/16 | C. Mason | Prepare email to opposing counsel regarding privilege log (.1); deposition confirmation (.1); review and evaluate email communication from M. Schwartz regarding application of privilege and communication with M. Schwartz regarding same (.2); communications with M. Schwartz regarding additional documents for case (.1); and participate in telephone confer███████████████████████████████████████████; communication with M. Schwartz regarding missing documents, billing statements, and related documentation (.1). | 1.10 | 385.00 |
| 12/10/16 | C. Mason | Review case materials and prepare outline and exhibits for deposition of J. Zuniga (6.4); communication with M. Schwartz and B. Williamson regarding deposition preparations (.2); pull and forward deposition transcripts for M. Schwartz (.3); prepare next disclosure statement and information and documents for same (1.2). | 8.10 | 2,835.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**January 18, 2017**

Invoice # 532891

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/11/16 | C. Mason | Coordinate records to M. Schwartz (.1); review communication from K. Marton regarding disputed discovery requests and draft comprehensive response (1.2); respond to additional request from J. Silence regarding payroll online forms (.1); draft, revise, and edit settlement offer to opposing counsel (.3); continue reviewing case materials and preparing outline and exhibits for deposition of J. Zuniga (5.3); meetings with M. Schwartz and B. Williamson (2.0). | 9.00 | 3,150.00 |
| 12/12/16 | C. Mason | Continue preparing for and conduct deposition of J. Zuniga. | 8.00 | 2,800.00 |
| 12/12/16 | J. Ford | Review documents, physical file and database. Review previous discovery and disclosures. | 0.60 | 90.00 |
| 12/13/16 | J. Ford | Review analyze electronic discovery received from client and prepare same for review in Eclipse platform. Evaluate electronic data received from client and format same accordingly to make available to litigation team. Map metadata fields as necessary for accurate preservation and analysis.  Review documents and disclosures.  Add new documents to 4th Supplemental disclosure statement. | 1.00 | 150.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

January 18, 2017

Invoice # 532891

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/13/16 | C. Mason | Evaluate metadata issue associated with screenshot disclosure (.2); communication with M. Schwartz regarding deposition prep session with B. Williamson and regarding Zuniga deposition (.2); communications with B. Williamson regarding deposition prep session (.1); coordination of deposition prep session (.1); review verifications of disclosed documents (.2); coordination regarding B. Williamson's interrogatory verifications (.1); communication with M. Schwartz regarding final discovery requests to Zuniga (.1); communication with K. Marton and J. Silence regarding written discovery response (.1); review communications concerning transfer of electronic records and invoices (.1); contact Judge Duncan regarding discovery dispute conference (.1); prepare for and participate in deposition preparation meeting with B. Williamson and M. Schwartz (4.2); communication with K. Marton and J. Silence regarding deposition of M. Singh (.2); draft, revise, and edit correspondence to D. Kresin regarding refusal to produce records (1.0); draft, revise, and edit motion for protective order (2.7); draft, revise, and edit additional requests for production of documents (1.3); draft, revise, and edit additional interrogatory request (.5). | 11.20 | 3,920.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

January 18, 2017

Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 532891

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/14/16 | C. Mason | Review request regarding revision to RFP question 10 and review documents for response (.3); continue preparing B. Williamson for deposition (3.5); communication to K. Marton regarding privilege log, undisclosed documents in response to RFPs, and non-responsiveness to interrogatory requests (.8); follow up communication with K. Marton regarding same (.1); prepare for and participate in discovery dispute conference call (.5); follow up communication to K. Marton regarding privilege objections and privilege log (.4); continue review of emails for responsiveness to email search request (1.3). | 6.90 | 2,415.00 |
| 12/15/16 | C. Mason | Complete review of emails for responsiveness to email search request (2.2); communication with opposing counsel regarding scope of search and findings (.5); review and finalize fourth supplemental disclosure statement (.3); follow up communication with K. Marton regarding scope of search (.5); communication to opposing counsel to schedule attorney depositions (.2); communication to opposing counsel regarding delayed discovery responses and request for expediting responses (.4). | 4.10 | 1,435.00 |
| 12/15/16 | J. Ford | Review tagged documents, apply privilege redactions, run production, produce document in 4th Supplemental Disclosure Statement. | 0.90 | 135.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

January 18, 2017

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 532891

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 12/16/16 | T. Roa | Contact witnesses D'nessa Fermaint and Rafael Bojorquez to arrange depositions (.4); communications with Attorney Mason regarding the same (.2) | 0.60 | 123.00 |
| 12/16/16 | C. Mason | Coordination regarding depositions of D. Fermaint and R. Bojorquez (.3); prepare communication to K. Marton regarding depositions of D. Reeves, D. Fermaint and R. Bojorquez (.2); communication with M. Schwartz regarding state investigator identity and disclosure (.1); prepare communication to K. Marton regarding details of Ms. Singh's deposition (.2); coordination regarding deposition transcript of J. Zuniga (.1); follow up communication with M. Schwartz regarding financial records and purchase agreement for Fiesta (.1); prepare for and attend deposition of B. Williamson and debriefing with M. Schwartz (8.0); communication to D. Kresin regarding requested attorney depositions, violation of E.R. 4.2 and related matters (1.2). | 10.20 | 3,570.00 |
| 12/18/16 | C. Mason | ███████████████████████ coordination with T. Roa regarding depositions of D'Nessa and Rafael (.2); communication with M. Schwartz and B. Williamson regarding deposition transcript (.1). | 0.60 | 210.00 |

*Thank You.*



## Jennings Strouss
### LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

January 18, 2017

Invoice # 532891

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/19/16 | C. Mason | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; confer with T. Roa re case needs (.2); confer with S. Rhodes regarding B. Williamson deposition (.2); communication with D. Kresin regarding scheduling of his deposition (.2); coordination of discovery dispute conference with the Court (.3); communication with opposing counsel regarding discovery dispute conference (.3); additional communication with J. Silence regarding discovery dispute conference and witness scheduling (.2); communication with J. Silence regarding proposed deposition date for D'Nessa Fermaint and R. Bojorquez (.2); further communication with D. Kresin (.5); review communication regarding delayed Rule 26.1 disclosure statement (.1); review communication from the Court regarding decision relating to scheduling of opposing counsel's depositions (.1). | 2.60 | 910.00 |
| 12/19/16 | J. Brandon | Coordinate preparation of documents for disclosure | 0.50 | 102.50 |
| 12/19/16 | S. Rhodes | Conference with Chris Mason regarding ethical obligations in respect to possible changes to deposition testimony (0.2). | 0.20 | 100.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**January 18, 2017**

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Invoice # 532891

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/20/16 | C. Mason | Detailed communications with K. Marton regarding M. Singh deposition, D. Reaves deposition, deposition of Plaintiff's witnesses, and related matters (1.3); contact and communicate with court regarding discovery dispute telephone conference (.1). | 1.40 | 490.00 |
| 12/22/16 | C. Mason | Communication with opposing counsel regarding discovery dispute telephone conference, details of M. Singh's deposition, deposition of D. Reeves, and related matters (.8); further email exchanges with opposing counsel regarding same (.6); prepare supplemental deposition notice for M. Singh deposition (.2); communications with D. Kresin regarding deposition timing for M. Singh and issues for telephone conference (.2); prepare notice of deposition for D. Reaves (.1); prepare for and participate in discovery dispute conference (.4). | 2.30 | 805.00 |
| 12/24/16 | C. Mason | Forward transcript to M. Schwartz. | 0.10 | 35.00 |
| 12/26/16 | C. Mason | Communications with M. Schwartz regarding deposition transcript (.1); review transcript regarding past employment and earnings, evaluate potential options, and prepare assessment and written communication to B. Williamson and M. Schwartz regarding same (1.5); further coordination regarding depositions of D'Nessa and Rafael (.1). | 1.70 | 595.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001       Zuniga v. Fiesta Pediatric Therapy, et al.

January 18, 2017

Invoice # 532891

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/27/16 | C. Mason | Review communication from opposing counsel regarding discovery response relative to email search and related topics, research prior communications regarding these issues, and prepare response (.4); review prior communications and deadlines regarding privilege log requirement and prior discovery responses regarding assertion of privilege and prepare communication to K. Marton regarding privilege log requirement (.7); further coordination regarding depositions of D'Nessa and Rafael (.1); assess discovery deadline issue and communication to opposing counsel regarding requested extension (.5); coordination regarding transcript of last discovery dispute conference (.1); further communication with J. Silence regarding privilege log (.4); contact Court regarding discovery dispute conference and follow up communication to J. Silence regarding same (.1); review communication from J. Silence regarding case management deadlines and calendar follow-up (.1); communication with M. Schwartz regarding additional evidence review (.1). | 2.50 | 875.00 |
| 12/28/16 | C. Mason | Review and evaluate privilege log from opposing counsel. | 1.00 | 350.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**January 18, 2017**

Invoice # 532891

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/29/16 | C. Mason | Prepare for and participate in conference with M. Schwartz regarding remaining case needs in preparation for close of discovery (1.0); review communication from J. Silence regarding attempt to reopen issue of email searches and request for deposition and draft, revise, and edit response (.6); review communication from J. Silence regarding request to extend case management deadlines and draft, revise, and edit response (.6); draft, revise, and edit communication to J. Silence regarding privilege log inadequacies (.4); contact court to request discovery dispute telephone conference (.1); multiple follow up communications with J. Silence regarding request to extend remaining case management deadlines (.3); follow up communications with J. Silence regarding incomplete privilege log and request for discovery dispute telephone conference (.5); review third supplemental disclosure statement and accompanying documents (.1). | 3.60 | 1,260.00 |
| | | **Total** | **79.00** | **$27,020.50** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**January 18, 2017**

Invoice # 532891

## Timekeeper Summary

| | | | |
|---|---|---|---|
| S. Rhodes | 0.20 | 500.00 | 100.00 |
| C. Mason | 75.20 | 350.00 | 26,320.00 |
| T. Roa | 0.60 | 205.00 | 123.00 |
| J. Brandon | 0.50 | 205.00 | 102.50 |
| J. Ford | 2.50 | 150.00 | 375.00 |
| **Total Hours** | **79.00** | | **$27,020.50** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| CD Duplication | 1.00 | 7.50 |
| CD Duplication | 2.00 | 15.00 |
| **Total Costs** | | **$22.50** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 27,020.50 |
| Total Costs | $ | 22.50 |
| **Total This Invoice** | **$** | **27,043.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**January 18, 2017**

**Invoice # 532891**

Remaining Trust Balance                                     $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
℗ 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**January 18, 2017**

**Invoice # 532891**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

*For Professional Services Rendered Through December 31, 2016.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 27,020.50 |
| Total Disbursements | $ | 22.50 |
| **Total Amount Due** | **$** | **27,043.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979
NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

February 14, 2017
Invoice # 533681

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/03/17 | C. Mason | Assess status of fourth supplemental disclosure statement. | 0.10 | 37.50 |
| 01/05/17 | C. Mason | Further coordination regarding depositions of D. Fermaint and R. Bojorquez. | 0.20 | 75.00 |
| 01/05/17 | T. Roa | Draft notice of deposition and subpoena for depositions of D'Nessa Fermaint and Rafael Bojorquez. | 1.00 | 205.00 |
| 01/06/17 | C. Mason | Review documentation concerning service on D. Fermaint (.1); review transcript of discovery dispute telephone conference (.1). | 0.20 | 75.00 |
| 01/08/17 | C. Mason | Conduct legal research regarding joint litigation privilege requirements (2.4); conduct legal research regarding waiver of privilege (.5); conduct legal research regarding crime-fraud exception (.8); begin drafting, revising, and editing Response regarding Application of the Joint Litigation privilege (2.7). | 6.40 | 2,400.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 533681

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**February 14, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/09/17 | C. Mason | ███████████████████████; review and assess Memorandum Regarding Common Interest Privilege (.4); communication with M. Schwartz regarding common interest memorandum (.2). | 1.10 | 412.50 |
| 01/09/17 | J. Ford | Review documents, depositions and e-mail, communications with court reporters, search file and database, pull supportive documents for Defendants Response concerning the Scope filing. | 0.80 | 120.00 |
| 01/10/17 | C. Mason | Telephone conference with M. Schwartz. | 0.30 | 112.50 |
| 01/10/17 | C. Mason | Review materials and prepare deposition outline. | 4.20 | 1,575.00 |
| 01/11/17 | C. Mason | Review communication from M. Schwartz regarding transcript review (.1); continue drafting, revising, and editing Response regarding Application of the Joint Litigation privilege (8.6); review communication from opposing counsel regarding deposition exhibits (.1). | 8.80 | 3,300.00 |
| 01/12/17 | C. Mason | Prepare deposition outline and materials for deposition of M. Singh (3.5); attend deposition of M. Singh (8.0). | 11.50 | 4,312.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 533681

February 14, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/12/17 | J. Ford | Identify media received from Plaintiff's Third SDS and accurately inventory same for preservation and eDiscovery compliance. Update production tracking spreadsheet with detailed description of same. Review analyze electronic discovery received and prepare same for review in Eclipse platform. | 0.50 | 75.00 |
| 01/13/17 | C. Mason | Communications with counsel and the Court regarding scheduling of discovery dispute conference (.1); communication with opposing counsel and the court regarding availability for discovery dispute conference call (.1); coordination transcript ordering and expediting (.1). | 0.30 | 112.50 |
| 01/14/17 | C. Mason | Communication to B. Williamson and M. Schwartz regarding conference to review facts for M. Singh deposition (.1); review arguments regarding application of the joint litigation privilege (.2). | 0.30 | 112.50 |
| 01/15/17 | C. Mason | Review needed tasks for coming week, prepare summary for B. Williamson and M. Schwartz (.5); assessment regarding evidence needed to rebut M. Singh's 86.67 hour assumption and communication with B. Williamson and M. Schwartz regarding same (.5); telephone conference with B. Williamson (.2); telephone conference with M. Schwartz regarding evidence gathering for rebuttal purposes (.5); review and finalize Notice of Continued Deposition of Maria Singh (.1). | 1.80 | 675.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**February 14, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/16/17 | C. Mason | Communication with M. Schwartz regarding removal and regarding payroll record gathering (.1); coordination of removal (.1); communication with M. Davis, court reporter, regarding exhibits (.1); draft, revise, and edit response to Second Set of Non-Uniform Interrogatories (.7); draft, revise and edit response to Third Set of Requests for Production of Documents and coordinate document gathering for same (.8); preliminary conference call with M. Schwartz regarding removal and gathering of pay records (.4); prepare for and participate in telephone conference with M. Schwartz and B. Williamson regarding status, deposition of M. Singh, factual history with M. Singh, A. Rodriguez, and related matters (1.4); review payroll online comparator documentation and communication with M. Schwartz regarding same (.4); coordinate for disclosure of payroll oneline documents (.1). | 4.10 | 1,537.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

February 14, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/17/17 | C. Mason | Coordination with T. Roa and J. Ford regarding document selection and preparation for discovery response (.5); communication with M. Schwartz regarding gathering of time records and payroll manager's separation date (.1); communication with B. Williamson regarding rebuttal document search (.2); review civil lawsuit background findings regarding M. Singh (.1); telephone conference with B. Williamson regarding additional documents (.2); coordinate document gathering for disclosure with rfp responses (.4); revise, edit, and finalize discovery responses (.5); evaluate status of discovery needs and communication with opposing counsel regarding issues for discovery dispute conference call (.3); preparations for upcoming depositions and preparation of portions of deposition outlines (1.8). | 4.10 | 1,537.50 |

*Thank You.*



## Jennings Strouss
LAW FIRM

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**February 14, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/17/17 | J. Ford | Communications with litigation team. Identify and process media received from client. Accurately inventory same for preservation and eDiscovery compliance and update production tracking spreadsheet with detailed description of same. Review analyze electronic discovery received and prepare same for review in Eclipse platform. Review e-mail and documents regarding upcoming productions. (Response to 3rd RFP and Next disclosure statement) Prepare 3rd RFP documents for production. BATES label FIESTA 0001701-1733.  Add descriptions and BATES numbers to Discovery documents. | 2.40 | 360.00 |
| 01/17/17 | T. Roa | Research and identify items responsive to 3rd set of RFP's and 2nd set of NUI's. | 3.00 | 615.00 |
| 01/18/17 | J. Ford | Review documents and file.  Communications with Chris Mason, prepare documents for deposition. | 0.20 | 30.00 |
| 01/18/17 | T. Roa | Research litigation history related to Maria Singh. | 0.40 | 82.00 |
| 01/18/17 | C. Mason | Finish preparing for and take depositions of D. Reeves, D'Nessa Fermaint, and R. Bourquez (9.8); prepare summary of depositions to B. Williamson and M. Schwartz (.4); communications with B. Williamson and M. Schwartz regarding deposition record corrections (.2); prepare for continued deposition of M. Singh (1.5). | 11.90 | 4,462.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 533681

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**February 14, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/19/17 | C. Mason | ▮▮▮▮▮▮▮▮▮▮▮▮▮; continue preparing for and participate in continued deposition of M. Singh (8.5); ▮▮▮▮▮▮▮▮▮▮▮▮ | 8.80 | 3,300.00 |
| 01/19/17 | J. Ford | Review documents, e-mail and disclosures. Communications with team regarding upcoming disclosure. | 0.30 | 45.00 |
| 01/22/17 | C. Mason | Review email and supporting records from K. Marton regarding email searches and prepare response regarding follow up. | 0.20 | 75.00 |
| 01/23/17 | C. Mason | Review and evaluate emails and background records regarding email searches and prepare 4-page response to K. Marton (3.8); search for and review opposing counsel's notice regarding duty to preserve (.2); search for and gather documents relating to email searches (.7); telephone conference with M. Schwartz regarding email search response, dismissing the trustee, payroll records, removal, responding to discovery, and related matters (.9); communications with opposing counsel regarding trustee abandonment and request to dismiss (.1). | 5.70 | 2,137.50 |
| 01/24/17 | C. Mason | Coordinate transcript order. | 0.10 | 37.50 |
| 01/25/17 | C. Mason | Review notice of withdrawal by D. Kresin. | 0.10 | 37.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**February 14, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/26/17 | J. Ford | Review documents, discovery, disclosures and e-mail. Continue preparation for Fiesta final disclosures production. | 0.60 | 90.00 |
| 01/26/17 | C. Mason | Review notices concerning service of subpoenas (.1); confer with M. Schwartz regarding belated subpoenas (.2); communicate with S. Rhodes regarding review of risks in sending objections to subpoena recipients (.2); draft, revise, and edit correspondence to opposing counsel regarding deadline for subpoenas and withdrawal of same (.3); review documents and disclosures for final disclosure of documents (1.4); prepare witness descriptions for final disclosure statement (1.2). | 3.40 | 1,275.00 |
| 01/27/17 | C. Mason | Coordination regarding final disclosures (.5); review and evaluate screenshots of pay settings for disclosure (.6); compare additional witnesses against Plaintiff's witness list (.2); review additional documents for possible disclosure (2.4); communication with B. Williamson and M. Schwartz regarding T. Singh (.1); review, revise, and edit Supplemental Disclosure Statement (.4). | 4.20 | 1,575.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

February 14, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/27/17 | J. Ford | Review documents, disclosures, previously produced documents.  Communications with litigation team regarding documents being produced.  Prepare documents for production, BATES FIESTA 0001665-0001716.  Add Bates and descriptions to Disclosure Statement, quality check production and send to admin for distribution. | 2.10 | 315.00 |
| 01/29/17 | C. Mason | Review status of subpoenas and needed action. | 0.20 | 75.00 |
| 01/30/17 | C. Mason | Complete additional email search (1.4); review and approve notice of service (.1); coordination with M. Schwartz regarding case files (.1); follow up communication to K. Marton and J. Silence regarding untimely subpoenas (.1); research potential contact at GoDaddy to oppose subpoenas (.5); communication with M. Kimes at GoDaddy concerning subpoena opposition (.2); communication to K. Marton and J. Silence regarding final email search (.1); review response from K. Marton regarding subpoena withdrawal (.1); notice to M. Kimes at GoDaddy regarding agreement to withdraw subpoena (.1). | 2.70 | 1,012.50 |

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

February 14, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/31/17 | C. Mason | Review communications from K. Marton and M. Schwartz regarding dismissal of trustee (.1); communication with B. Williamson regarding same (.1); follow up with K. Marton (.1); review communication from GoDaddy regarding subpoena withdrawal (.1); research regarding BenefitsMall in-house counsel and contact same (.3); review communications between K. Marton and BenefitsMall counsel regarding subpoena duces tecum (.2); telephone conference with M. Schwartz for telephone conference with B. Williamson and follow up with B. Williamson regarding missed call (.3). | 1.20 | 450.00 |
| 01/31/17 | J. Brandon | Review document productions and follow up on status of producing and receiving documents and edit production log. | 0.20 | 41.00 |
| | | **Total** | **93.40** | **$32,690.50** |

**Timekeeper Summary**

| | | | |
|------|------|------|------|
| C. Mason | 81.90 | 375.00 | 30,712.50 |
| T. Roa | 4.40 | 205.00 | 902.00 |
| J. Brandon | 0.20 | 205.00 | 41.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001

**Invoice # 533681**

Zuniga v. Fiesta Pediatric Therapy, et al.

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**February 14, 2017**

| | | | |
|---|---|---|---|
| J. Ford | 6.90 | 150.00 | 1,035.00 |
| **Total Hours** | **93.40** | | **$32,690.50** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Court Reporter Fees - - VENDOR: Ottmar & Associates Telephonic Conference with Judge Duncan re Deposition of Maria Singh | 1.00 | 118.00 |
| Business Meals - - - VENDOR: Candy L. Potter, RMR, CRR Transcript of Proceedings, Joanne Zuniga v Fiesta Pediatric Therapy | 1.00 | 24.25 |
| CD Duplication | 3.00 | 22.50 |
| **Total Costs** | | **$164.75** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 32,690.50 |
| Total Costs | $ | 164.75 |
| **Total This Invoice** | **$** | **32,855.25** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**February 14, 2017**

Remaining Trust Balance                              $       5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 533681**

**February 14, 2017**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

*For Professional Services Rendered Through January 31, 2017*

| | | |
|---|---|---|
| Total Professional Fees | $ | 32,690.50 |
| Total Disbursements | $ | 164.75 |
| **Total Amount Due** | $ | 32,855.25 |

*Thank You.*


**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86−0108229
State of Arizona 07−31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

March 13, 2017
Invoice # 534839

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/01/17 | C. Mason | Confer with B. Williamson and M. Schwartz regarding dismissal of trustee and follow up conference with M. Schwartz regarding factual background for summary judgment arguments. | 0.30 | 112.50 |
| 02/02/17 | C. Mason | Conduct legal research regarding ethical rules for limitations on actions through agent and undermining the integrity of the profession (.8); review and select transcripts and other exhibits for Rule 4.2 Motion (1.3); draft, revise, edit, and finalize Rule 4.2 Motion (9.7). | 11.80 | 4,425.00 |
| 02/02/17 | J. Ford | Review documents, depositions, pleadings, discovery and hearing transcripts preparing exhibits for Motion for Ethical Rule 4.2 Evidentiary Hearing. | 1.30 | 195.00 |
| 02/03/17 | C. Mason | Evaluation concerning opposing counsel's ethical misconduct concerns (.2); communication with S. Rhodes regarding opposing counsel's ethical misconduct (.1); confer with M. Schwartz regarding motion for summary judgment (.3). | 0.60 | 225.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001   **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 534839

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

March 13, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/06/17 | C. Mason | Confer with M. Schwartz regarding separate statement of facts in support of motion for summary judgment. | 0.20 | 75.00 |
| 02/07/17 | C. Mason | Confer with M. Schwartz regarding overtime records. | 0.30 | 112.50 |
| 02/12/17 | C. Mason | Communication with M. Schwartz regarding separate statement of facts. | 0.10 | 37.50 |
| 02/13/17 | C. Mason | Prepare preliminary pleading materials to M. Schwartz for statement of facts supporting summary judgment motion and communication with same. | 0.60 | 225.00 |
| 02/21/17 | C. Mason | Communication with K. Marton regarding rebuttal witnesses and dismissal of Trustee. | 0.30 | 112.50 |
| 02/22/17 | C. Mason | Conduct legal research regarding cases cited by Plaintiffs regarding application of Rule 4.2 and review and analyze same (1.2); begin drafting, revising, and editing Reply in Support of Rule 4.2 Motion (2.2). | 3.40 | 1,275.00 |
| 02/23/17 | C. Mason | Drafting, revising, and editing Reply in Support of Rule 4.2 Motion. | 6.40 | 2,400.00 |
| 02/27/17 | C. Mason | Communication with B. Williamson and M. Schwartz. | 0.10 | 37.50 |
| | | **Total** | **25.40** | **$9,232.50** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

**Invoice # 534839**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**March 13, 2017**

## Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 24.10 | 375.00 | 9,037.50 |
| J. Ford | 1.30 | 150.00 | 195.00 |
| **Total Hours** | **25.40** | | **$9,232.50** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Court Reporter Fees - - VENDOR: Ottmar & Associates Transcript of Maria Singh, Vol. II | 1.00 | 302.80 |
| Court Reporter Fees - - VENDOR: L & D Reporting, Inc. Reporter's Transcript of Proceedings date 1/12/17, 13 pages; 1/19/17, 21 pages 7-day expedited | 1.00 | 144.50 |
| L.D. Telephone | 1.00 | 2.39 |
| Filing Fees - - VENDOR: First Legal Network, LLC 1/5/17 Filing Fee | 1.00 | 64.90 |
| Filing Fees - - VENDOR: First Legal Network, LLC 1/5/17 Filing Fee Rafael Bojorquez | 1.00 | 64.90 |
| **Total Costs** | | **$579.49** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 534839**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**March 13, 2017**

<div align="center">

**Invoice Summary**

</div>

| | | |
|---|---|---|
| Professional Services | $ | 9,232.50 |
| Total Costs | $ | 579.49 |
| **Total This Invoice** | $ | **9,811.99** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 534839**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**March 13, 2017**

Remaining Trust Balance                                    $        5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 534839**

**March 13, 2017**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through February 28, 2017*

| | | |
|---|---|---|
| Total Professional Fees | $ | 9,232.50 |
| Total Disbursements | $ | 579.49 |
| **Total Amount Due** | $ | 9,811.99 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

April 14, 2017
Invoice # 535957

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/17 | C. Mason | Confer with M. Schwartz regarding finalization of MSJ (.1); confer with B. Williamson regarding summary judgment and status of Rule 4.2 dispute (.1). | 0.20 | 75.00 |
| 03/02/17 | C. Mason | Conduct supplemental research regarding cases interpreting meaning of salary (1.0); conduct legal research regarding breach of duty of loyalty for summary judgment motion (1.2); conduct legal research regarding misappropriation standard for summary judgment motion (.7); begin drafting summary judgment motion (1.0). | 3.90 | 1,462.50 |
| 03/03/17 | C. Mason | Continue drafting summary judgment motion. | 5.50 | 2,062.50 |
| 03/05/17 | C. Mason | Continue drafting summary judgment motion and communication with M. Schwartz regarding same. | 3.20 | 1,200.00 |
| 03/06/17 | C. Mason | Communication with M. Schwartz regarding statement of facts for summary judgment motion (.1); meeting with M. Schwartz to review statement of facts and needed work (1.0); continue drafting, revising, and editing Motion for Summary Judgment (3.3). | 4.40 | 1,650.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 535957**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86−0108229
State of Arizona 07−31159

April 14, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/06/17 | C. Miller | Work on deposition citation checking and compile excerpts supporting Motion for Summary Judgment. | 5.30 | 927.50 |
| 03/07/17 | C. Miller | Complete citation checking and compilation of deposition excerpts and revisions to Statement of Facts (1.6); Assist Attorney Schwartz re revisions to Statement of Facts and Declaration and prepare all supporting exhibits (5.8). | 7.40 | 1,295.00 |
| 03/07/17 | C. Mason | Continue drafting, revising, and editing motion for summary judgment (6.7); revise and edit separate statement of facts (1.6); correlate factual recitations into motion (1.0). | 9.30 | 3,487.50 |
| 03/15/17 | C. Mason | Communication with opposing counsel regarding extension for response to Motion to Dismiss Trustee and prepare stipulation. | 0.20 | 75.00 |
| 03/17/17 | C. Mason | Communication with opposing counsel regarding exchanging word versions of statements of fact (.2); review and evaluate deadline for response briefs in light of mis-indication by opposing counsel regarding deadlines for same (.2). | 0.40 | 150.00 |
| 03/19/17 | C. Mason | Review communication from G. Muneton, review resumes from same for J. Zuniga and D. Fermaint and respond to G. Muneton. | 0.20 | 75.00 |
| 03/20/17 | C. Mason | Telephone conference with B. Williamson regarding resumes and status. | 0.10 | 37.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 535957**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**April 14, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/21/17 | C. Mason | Conduct legal research regarding general standard for dismissal under Rule 41(a)(2) (1.0); conduct legal research regarding test applied by courts in the Ninth Circuit and factors review for evaluating dismissal request (.8); conduct legal research regarding standard for dismissal with prejudice when evaluating motion for voluntary dismissal (.4); conduct legal research regarding imposition of fees and costs relative to dismissal under Rule 41(a)(2) (1.7). | 3.90 | 1,462.50 |
| 03/22/17 | C. Mason | Draft, revise, and edit Response to Motion to Dismiss Trustee. | 7.80 | 2,925.00 |
| 03/31/17 | C. Mason | Communication with opposing counsel regarding their requested extension for a response to MSJs. | 0.10 | 37.50 |
| | | **Total** | **51.90** | **$16,922.50** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 535957**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT
Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**April 14, 2017**

## Timekeeper Summary

| | | | | |
|---|---|---|---|---|
| C. Mason | | 39.20 | 375.00 | 14,700.00 |
| C. Miller | | 12.70 | 175.00 | 2,222.50 |
| | **Total Hours** | **51.90** | | **$16,922.50** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Court Reporter Fees - - VENDOR: Herder and Associates Deposition of Joanna Zuniga | 1.00 | 1,531.10 |
| Court Reporter Fees - - VENDOR: Herder and Associates Deposition of David Reeves, D'Nessa Fermain & Rafel | 1.00 | 1,013.85 |
| **Total Costs** | | **$2,544.95** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 16,922.50 |
| Total Costs | $ | 2,544.95 |
| **Total This Invoice** | **$** | **19,467.45** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 535957**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**April 14, 2017**

Remaining Trust Balance                                    $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account
may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the
amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 535957**

**April 14, 2017**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through March 31, 2017.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 16,922.50 |
| Total Disbursements | $ | 2,544.95 |
| **Total Amount Due** | $ | **19,467.45** |

*Thank You.*

REMITTANCE



**Jennings
Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

May 16, 2017
Invoice # 537265

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/07/17 | C. Mason | Conduct legal research regarding application of the FLSA's administrative exemption to planners and schedulers for response to summary judgment motion (3.0); conduct legal research regarding Belo plans for response to summary judgment motion (1.5); conduct legal research regarding willful violations standard for application of the 3-year limitations period for response to summary judgment motion (1.1); conduct legal research regarding Bonnett test for individual liability for response to summary judgment motion (1.6). | 7.20 | 2,700.00 |
| 04/10/17 | C. Mason | Conduct legal research regarding application of good faith defense for response to summary judgment motion (.8); conduct legal research regarding application of summary judgment to issues not pled (.7); conduct legal research regarding FLSA allowance for loan recoupment (1.7). | 3.20 | 1,200.00 |
| 04/11/17 | C. Mason | Communication with B. Williamson regarding status. | 0.10 | 37.50 |

*Thank You.*



## Jennings Strouss
### LAW FIRM

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 537265

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**May 16, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/13/17 | C. Mason | Conduct legal research regarding distinctions between types of CFAA violations for response to motion for summary judgment (1.2); conduct legal research regarding treatment of records theft and claim of supposed whistleblower exception for same (1.9); conduct legal research regarding availability of nominal damages for response to summary judgment motion (1.6). | 4.70 | 1,762.50 |
| 04/15/17 | C. Mason | Draft, revise, and edit Controverting Statement of Facts. | 7.50 | 2,812.50 |
| 04/19/17 | C. Mason | Draft, revise, and edit Response to Motion for Summary Judgment. | 7.50 | 2,812.50 |
| 04/20/17 | C. Mason | Continue drafting, revising, and editing Response to Plaintiff's Motion for Summary Judgment (6.5); coordination with M. Schwartz regarding declarations and revise and edit same (1.0); revise, edit, and finalize Controverting Statement of Facts (1.0). | 8.50 | 3,187.50 |
| 04/20/17 | T. Roa | Edit Controverting Statement of Facts and prepare exhibit and deposition references. | 0.40 | 82.00 |
| 04/20/17 | T. Roa | Identify exhibits for Controverting Statement of Facts in Opposition of Plaintiff's Motion for Summary Judgment; review the same for deposition designations. | 1.40 | 287.00 |
| 04/21/17 | C. Mason | Review order regarding granting of leave for excess pages and coordinate filing of MSJ. | 0.20 | 75.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 537265**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**May 16, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/28/17 | C. Mason | Confer with J. Leavitt regarding research relative to modification to regulations and legal impact. | 0.20 | 75.00 |
| 04/28/17 | J. Leavitt | Conference with Chris Mason about research for cases requiring modifications to regulations. | 0.20 | 52.00 |
| | | **Total** | **41.10** | **$15,083.50** |

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| C. Mason | 39.10 | 375.00 | 14,662.50 |
| J. Leavitt | 0.20 | 260.00 | 52.00 |
| T. Roa | 1.80 | 205.00 | 369.00 |
| **Total Hours** | **41.10** | | **$15,083.50** |

**Invoice Summary**

| Professional Services | $ | 15,083.50 |
|---|---|---|
| **Total This Invoice** | **$** | **15,083.50** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**

**Invoice # 537265**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**May 16, 2017**

Remaining Trust Balance        $     5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

065361-000001     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Invoice # 537265

**May 16, 2017**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through April 30, 2017.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 15,083.50 |
| **Total Amount Due** | $ | 15,083.50 |

Thank You.



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

June 19, 2017
Invoice # 538698

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/02/17 | C. Mason | Confer with J. Silence regarding extension for Reply briefs. | 0.10 | 37.50 |
| 05/03/17 | C. Mason | Communication with J. Silence regarding extension and review stipulation regarding same. | 0.20 | 75.00 |
| 05/04/17 | C. Mason | Communication with J. Silence regarding extension request draft. | 0.10 | 37.50 |
| 05/08/17 | C. Mason | Communication with J. Silence regarding extension and prepare stipulation and order regarding same (.2); status update to B. Williamson (.2). | 0.40 | 150.00 |
| 05/10/17 | C. Mason | Telephone conference with M. Schwartz. | 0.10 | 37.50 |
| 05/11/17 | C. Mason | Confer with M. Schwartz regarding K. Marton presentation on Rule 4.2 violations. | 0.20 | 75.00 |
| 05/13/17 | C. Mason | Further coordination with M. Schwartz re Kraig Marton Rule 4.2 presentation. | 0.20 | 75.00 |
| 05/17/17 | C. Mason | Review and assess cited legal authority from Plaintiffs' response brief for reply (3.8); begin drafting, revising and editing Reply in Support of Motion for Summary Judgment (4.0). | 7.80 | 2,925.00 |

*Thank You.*



## Jennings Strouss
### LAW FIRM

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 538698**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**June 19, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/18/17 | C. Mason | Conduct research regarding changes to DOL regulations relative to fluctuating workweek method of pay for summary judgment reply (1.5); review legal research findings relative to governmental agency regulatory changes (.3); continue drafting Reply in Support of Motion for Summary Judgment (5.5). | 7.30 | 2,737.50 |
| 05/19/17 | C. Mason | Continue drafting, revising, and editing Reply in Support of Motion for Summary Judgment (7.8); revise and edit motion to exceed page limitation and supporting order (.3). | 8.10 | 3,037.50 |
| | | **Total** | **24.50** | **$9,187.50** |

### Timekeeper Summary

| | | | | |
|--|--|--|--|--|
| C. Mason | | 24.50 | 375.00 | 9,187.50 |
| | **Total Hours** | **24.50** | | **$9,187.50** |

### Disbursements

| Description | Quantity | Amount |
|-------------|----------|--------|
| L.D. Telephone | 1.00 | 6.59 |

*Thank You*



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 538698

Zuniga v. Fiesta Pediatric Therapy, et al.

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**June 19, 2017**

| Description | Quantity | Amount |
|---|---|---|
| Services/Subpoena Expense - - VENDOR: First Legal Network, LLC 1/5/17 Service of Process | 1.00 | 121.57 |
| Services/Subpoena Expense - - VENDOR: First Legal Network, LLC 1/5/17 Service of Process | 1.00 | 46.37 |
| L.D. Telephone | 1.00 | 2.81 |
| **Total Costs** | | **$177.34** |

**Invoice Summary**

| | | |
|---|---|---|
| Professional Services | $ | 9,187.50 |
| Total Costs | $ | 177.34 |
| **Total This Invoice** | $ | **9,364.84** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 538698**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**June 19, 2017**

Remaining Trust Balance                                          $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 538698

June 19, 2017

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

*For Professional Services Rendered Through May 31, 2017.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 9,187.50 |
| Total Disbursements | $ | 177.34 |
| **Total Amount Due** | $ | **9,364.84** |

Thank You.



**Jennings Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

July 13, 2017
Invoice # 539566

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/07/17 | C. Mason | Communication with L. Bugarin regarding PTO pay out. | 0.20 | 75.00 |
| 06/17/17 | C. Mason | Communication with L. Bugarin regarding sick leave policy (.1). | 0.10 | 37.50 |
| 06/19/17 | C. Mason | Review communications regarding discovery requests (.1). | 0.10 | 37.50 |
| 06/20/17 | C. Mason | Confer with L. Bugarin regarding sick leave requirements and computation of leave for part time employees (.4). | 0.40 | 150.00 |
| 06/21/17 | C. Mason | Further communication with L. Bugarin regarding sick leave policy nuances (.2). | 0.20 | 75.00 |
| 06/24/17 | C. Mason | Revise and edit sick leave policy and communications with L. Bugarin regarding same (.5). | 0.50 | 187.50 |
| 06/28/17 | C. Mason | Communications with L. Bugarin regarding accrual of additional PTO time and notice provision (.3). | 0.30 | 112.50 |
| 06/29/17 | C. Mason | Review and assess responses to First Set of Interrogatories (.2). | 0.20 | 75.00 |

Thank You.



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 539566

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**July 13, 2017**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/29/17 | C. Mason | Further communications with L. Bugarin regarding plan year for sick leave (.4). | 0.40 | 150.00 |
| | | **Total** | **2.40** | **$900.00** |

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| C. Mason | 2.40 | 375.00 | 900.00 |
| **Total Hours** | **2.40** | | **$900.00** |

**Invoice Summary**

| Professional Services | $ | 900.00 |
|---|---|---|
| **Total This Invoice** | **$** | **900.00** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 539566**

**July 13, 2017**

Remaining Trust Balance                           $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 539566**

July 13, 2017

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

*For Professional Services Rendered Through June 30, 2017.*

Total Professional Fees                                                $        900.00

**Total Amount Due**                                                   $         900.00

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

August 8, 2017
Invoice # 540618

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**Disbursements**

| Description | Quantity | Amount |
|---|---|---|
| Court Reporter Fees - - VENDOR: Ottmar & Associates Transcript of Beth Williamson | 1.00 | 1,283.35 |
| Court Reporter Fees - - VENDOR: Ottmar & Associates Transcript of Maria De La Luz Singh | 1.00 | 1,024.85 |
| Witness/Expert Fees and Expenses - - VENDOR: K-Video Productions Legal Video Production, Archive & Storage | 1.00 | 516.46 |
| Witness/Expert Fees and Expenses - - VENDOR: K-Video Productions Legal Video Production, Archive & Storage | 1.00 | 1,036.36 |
| Witness/Expert Fees and Expenses - - VENDOR: K-Video Productions Legal Video Production, Archive & Storage | 1.00 | 753.65 |
| **Total Costs** | | **$4,614.67** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**       **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 540618**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**August 8, 2017**

**Invoice Summary**

Total Costs                                      $        4,614.67

**Total This Invoice**                           **$        4,614.67**

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 540618**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**August 8, 2017**

Remaining Trust Balance                                    $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**Invoice # 540618**

**August 8, 2017**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through July 31, 2017*

Total Disbursements                                                   $        4,614.67

**Total Amount Due**                                                  $        4,614.67

*Thank You.*



## Jennings Strouss
### LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

October 9, 2017
Invoice # 543162

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/29/17 | C. Mason | ██████████████████████████ | 1.20 | 450.00 |
| | | **Total** | **1.20** | **$450.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 543162**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86—0108229
State of Arizona 07—31159

**October 9, 2017**

**Timekeeper Summary**

| C. Mason | 1.20 | 375.00 | 450.00 |
|---|---|---|---|
| **Total Hours** | **1.20** | | **$450.00** |

**Invoice Summary**

| Professional Services | $ | 450.00 |
|---|---|---|
| **Total This Invoice** | **$** | **450.00** |
| Total Outstanding A/R | $ | 4,614.67 |
| **Total Amount Due** | **$** | **5,064.67** |

Thank You.



**Jennings
Strouss**
LAW FIRM

**065361-000001**

**Invoice # 543162**

Zuniga v. Fiesta Pediatric Therapy, et al.

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**October 9, 2017**

Remaining Trust Balance                                $       5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account
may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the
amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 543162**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P  602.262.5911 | F  602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

October 9, 2017

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

*For Professional Services Rendered Through September 30, 2017*

| | | |
|---|---|---|
| Total Professional Fees | $ | 450.00 |
| Previous Balance Due | $ | 4,614.67 |
| **Total Amount Due** | $ | 5,064.67 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

November 6, 2017
Invoice # 544580

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/02/17 | C. Mason | ███████████████████████████ | 0.50 | 187.50 |
| 10/03/17 | C. Mason | ███████████████████████████; prepare analysis summary of issues for decision and facts relative to Court's ruling for purposes of evaluating points of clarification for motion for reconsideration and/or appeal (2.0); ███████████████████ | 2.70 | 1,012.50 |
| 10/04/17 | C. Mason | Prepare for and participate in comprehensive conference with M. Schwartz to review evidence and issues and to plan strategy. | 1.90 | 712.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 544580

Zuniga v. Fiesta Pediatric Therapy, et al.

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

November 6, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/05/17 | C. Mason | Confer with J. Egbert regarding appeal and motion for reconsideration options and brainstorm alternatives and permutations (1.2); | 1.60 | 600.00 |
| 10/05/17 | J. Egbert | Review and analyze court decision and possible appeal and other options. | 2.20 | 1,056.00 |
| 10/06/17 | C. Mason | Review communication regarding computations by D. Blommel and communications from M. Schwartz to D. Blommel re same (.2); | 1.00 | 375.00 |
| 10/07/17 | C. Mason | Review communication from M. Schwartz regarding demand from opposing counsel. | 0.10 | 37.50 |
| 10/09/17 | C. Mason | Conference with J. Egbert to review prospects for appeal, request for reconsideration, and other potential options (.5); prepare summary to B. Williamson regarding recommendations, witnesses, and strategy (.8). | 1.30 | 487.50 |
| 10/31/17 | C. Mason | Review and analyze scheduling order regarding pre-trial schedule and begin preparing summary to B. Williamson. | 1.00 | 375.00 |
| **Total** | | | **12.30** | **$4,843.50** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 544580**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

November 6, 2017

## Timekeeper Summary

| | | | |
|---|---|---|---|
| J. Egbert | 2.20 | 480.00 | 1,056.00 |
| C. Mason | 10.10 | 375.00 | 3,787.50 |
| **Total Hours** | **12.30** | | **$4,843.50** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| L.D. Telephone | 1.00 | 8.48 |
| **Total Costs** | | **$8.48** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 4,843.50 |
| Total Costs | $ | 8.48 |
| **Total This Invoice** | **$** | **4,851.98** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 544580**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**November 6, 2017**

Remaining Trust Balance                                          $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

065361-000001    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 544580**

**November 6, 2017**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through October 31, 2017.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 4,843.50 |
| Total Disbursements | $ | 8.48 |
| **Total Amount Due** | $ | 4,851.98 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

INVOICE
PAYMENT DUE UPON RECEIPT·

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

December 5, 2017
Invoice # 545905

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/02/17 | C. Mason | Review Court order regarding pretrial tasks (.2); review and assess Court's form pretrial order and outline needed information to prepare joint report (.4); review Court instructions regarding trial conduct (.2). | 0.80 | 300.00 |
| 11/05/17 | C. Mason | Review and evaluate pretrial schedule and prepare summary to B. Williamson. | 0.50 | 187.50 |
| 11/06/17 | C. Mason | Telephone conference with M. Schwartz ████████████████████████████████ | 0.90 | 337.50 |
| 11/07/17 | C. Mason | Prepare for and participate in conference with M. Schwartz regarding pretrial preparations and needed disclosures (3.5); communication with opposing counsel's office regarding pretrial order and pretrial coordination (.1). | 3.60 | 1,350.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 545905

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

December 5, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/08/17 | C. Mason | Review summary judgment motions and identify and outline legal and factual issues for joint pretrial order. | 2.20 | 825.00 |
| 11/11/17 | C. Mason | Review communication from opposing counsel regarding meet and confer and communication with M. Schwartz and B. Williamson regarding same (.1); coordination regarding pretrial conference (.1). | 0.20 | 75.00 |
| 11/13/17 | C. Mason | Communication with B. Williamson regarding meet and confer with opposing counsel (.1); telephone conference with M. Schwartz regarding pretrial meet and confer conference with opposing counsel and regarding settlement authority (.2); prepare for and participate in pretrial conference with K. Marton, J. Silence, and M. Schwartz (1.0); follow up conference with M. Schwartz regarding next steps and attempt to contact B. Williamson (.3); follow up conference with M. Schwartz regarding witnesses and preparation of pretrial statement (.3); review draft witness list from M. Schwartz (.2). | 2.10 | 787.50 |
| 11/14/17 | C. Mason | Communications with B. Williamson. | 0.10 | 37.50 |
| 11/15/17 | C. Mason | Begin preparing Joint Proposed Pretrial Order. | 4.80 | 1,800.00 |
| 11/16/17 | C. Mason | Continue drafting Proposed Pretrial Report (3.4); review communications from C. Miller regarding requests from opposing counsel for disclosure statements (.1); communication with J. Silence regarding Proposed Pretrial Report (.1). | 3.60 | 1,350.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001

**Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 545905

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

December 5, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/16/17 | C. Miller | Two telephone conferences with Ms. Rogers re supplemental disclosure statements and document productions; Review supplemental disclosure statements and prepare all documents for production to opposing counsel; Prepare e-mail to opposing counsel re secure file transfer and document production | 1.60 | 280.00 |
| 11/17/17 | C. Mason | Continue preparing Joint Pretrial Report (3.2); communication with M. Schwartz regarding Joint Pretrial Report and witness contacts and evaluate same (.4); review and assess draft Joint Pretrial Report from opposing counsel and outline issues and concern areas (1.2). | 4.80 | 1,800.00 |
| 11/18/17 | C. Mason | Review, revise, and edit Confidentiality Agreement (1.0); confer with M. Schwartz regarding same and regarding revisions (.2). | 1.20 | 450.00 |
| 11/19/17 | C. Mason | Communication with B. Williamson regarding R. Williamson and witnesses (.2); communication with K. Marton regarding confidentiality agreement (.1); begin preliminary review of overtime spreadsheet from K. Marton and provide analysis to and communication with M. Schwartz (.5); communication with K. Marton regarding volume of exhibits (.1); preliminary review and assessment of draft joint pretrial report from K. Marton (.5). | 1.40 | 525.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001

Invoice # 545905

**Zuniga v. Fiesta Pediatric Therapy, et al.**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

December 5, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/20/17 | C. Mason | Follow up assessment with M. Schwartz regarding new exhibit from opposing counsel (.9); confer with R. Williamson regarding case (.3); continue preparing exhibits (.5); further coordination re finalization of confidentiality agreement (.2); prepare for and participate in pretrial conference discussions with opposing counsel and M. Schwartz (1.0); ▇▇▇▇▇▇▇▇▇▇▇▇ (.5); begin pulling and reviewing case law cited by opposing counsel (1.2). | 4.60 | 1,725.00 |
| 11/21/17 | C. Mason | Additional coordination and preparation of trial exhibits (.2); review additional document disclosure from opposing counsel (.1). | 0.30 | 112.50 |
| 11/25/17 | C. Mason | Review and assess revised pretrial report from opposing counsel and communication with K. Marton regarding continued revisions and stipulations (1.0); review exhibits included in Defendants draft pretrial order and prepare list of excludable exhibits (1.2). | 2.20 | 825.00 |
| 11/27/17 | C. Mason | Telephone conference with M. Schwartz regarding Joint Pretrial Report and about contacting the Court for clarification. | 0.20 | 75.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 545905**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

December 5, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/28/17 | C. Mason | Prepare additional factual stipulations for proposed pretrial order (1.2); prepare written assessment of proposed pretrial report draft from opposing counsel (.7); telephone conference with opposing counsel to discuss revisions and stipulations (1.5); contact court clerk regarding requirements for proposed order (.1); prepare written description of request for clarification from court judicial assistant (.4); prepare list of exhibits to withdraw (.4); review communication regarding contact with V. Saldana (.1); review revised version of pretrial order from J. Silence (1.0); follow up communication with J. Silence regarding caption and designation of Williamson (.2); begin drafting Proposed Findings of Fact and Conclusions of Law (4.0). | 9.60 | 3,600.00 |
| 11/29/17 | C. Mason | Review instruction from the Court regarding disputed issues (.1); communication with opposing counsel regarding revisions of disputed issues sections (.1); draft inserts of new provisions for disputed issues sections of pretrial order (4.3); review additional revised version of proposed pretrial order from opposing counsel and assess new provisions (.8); communication with K. Marton regarding vague descriptions of exhibits (.2); continue drafting findings of fact and conclusions of law (3.8). | 9.30 | 3,487.50 |

*Thank you.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 545905**

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

December 5, 2017

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/30/17 | C. Mason | Communications with B. Williamson regarding final witness list (.2); communication with M. Schwartz regarding final witness list (.2); revise and edit proposed pretrial report (3.5); communication with K. Marton regarding revisions and needed information (.5); prepare written objections to opposing counsel's exhibits (2.5); prepare designations of deposition transcripts (.5); review additional revised proposed pretrial report from opposing counsel and make additional revisions (1.2); telephone conferences with opposing counsel to finalize proposed pretrial report (.6); continue revising and editing findings of fact and conclusions of law (1.3); draft, revise, and edit Motion in Limine regarding Calendar (2.5). | 13.00 | 4,875.00 |
| | | **Total** | **67.00** | **$24,805.00** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**       **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 545905**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**December 5, 2017**

## Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 65.40 | 375.00 | 24,525.00 |
| C. Miller | 1.60 | 175.00 | 280.00 |
| **Total Hours** | **67.00** | | **$24,805.00** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 24,805.00 |
| **Total This Invoice** | **$** | **24,805.00** |

*Thank You*



**Jennings Strouss**
LAW FIRM

**065361-000001**       **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 545905**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**December 5, 2017**

Remaining Trust Balance                                    $       5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account
may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the
amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings
Strouss**
LAW FIRM

**065361-000001**    **Zuniga v. Fiesta Pediatric Therapy, et al.**

**invoice # 545905**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

December 5, 2017

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through November 30, 2017.*

Total Professional Fees                                      $      24,805.00

**Total Amount Due**                                        $      24,805.00

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

January 22, 2018
Invoice # 547703

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/20/17 | C. Miller | Office conference with Attorney Mason re pretrial deadlines and trial exhibits; Review draft Pretrial Order, all parties disclosures and prepare inventory of documents produced re preparation of trial exhibits | 2.10 | 367.50 |
| 11/21/17 | C. Miller | Work on preparation of working set of Plaintiff's trial exhibits; Prepare e-mail to Attorney Mason re illustrative exhibit; Begin work on preparation of Defendant's trial exhibits | 6.80 | 1,190.00 |
| 11/22/17 | C. Miller | Complete preparation of Defendants' Trial Exhibits | 2.60 | 455.00 |
| 12/01/17 | C. Mason | Communication with B. Williamson and M. Schwartz regarding conference (.1); review arguments regarding exclusion of self-created calendar (.2); prepare for and participate in telephone conference with M. Schwartz (.3); review and evaluate Plaintiff's Motion in Limine (.1); follow up communication to B. Williamson (.1). | 0.80 | 300.00 |

Thank You.



**Jennings**
**Strouss**
**LAW FIRM**

065361-000001      Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 547703

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**January 22, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/04/17 | C. Mason | Review and evaluate motion to permit witness to testify via videoconference (.2); telephone conference with B. Williamson regarding witnesses and related matters (.5); follow up communication with B. Williamson regarding calendar (.1); communication with M. Schwartz regarding motion to permit videoconference testimony (.1). | 0.90 | 337.50 |
| 12/05/17 | C. Mason | Confer with D. Constant regarding case background for Response to Motion to appear via videoconference (.3); communication with B. Williamson regarding response to motion and regarding background information on V. Saldana (.2); telephone conference with B. Williamson regarding V. Saldana and D. Fermaint (.2); follow up communication with D. Constant regarding preliminary findings (.1). | 0.80 | 300.00 |
| 12/05/17 | D. Constant | Reviewed motion and analyzed issues for drafting response to motion for telephonic appearance. | 0.50 | 175.00 |
| 12/05/17 | D. Constant | Reviewed pertinent documents and conducted legal research on Westlaw regarding rules and caselaw on personal appearance of witness. | 1.80 | 630.00 |
| 12/05/17 | D. Constant | Drafted response to motion. | 1.90 | 665.00 |
| 12/06/17 | C. Mason | Review summary of experiences with S. Valdania from B. Williamson. | 0.20 | 75.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 547703**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**January 22, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/07/17 | C. Mason | Communications with B. Williamson regarding V. Saldana, B. Elmer, and D'Nessa (.2); telephone conference with M. Schwartz re V. Saldana (.2); draft, revise, and edit Response to Plaintiff's Motion in Limine (1.4); review and evaluate Plaintiff's Response to Defendants' Motion in Limine (.2); review and evaluate settlement offer from opposing counsel (.1). | 2.10 | 787.50 |
| 12/07/17 | D. Constant | Reviewed additional information from client to clarify facts in motion response. | 0.20 | 70.00 |
| 12/08/17 | D. Constant | Legal research on Westlaw and in federal rules including local rules regarding good cause under Rule 43 and taxable costs. | 1.50 | 525.00 |
| 12/08/17 | D. Constant | Significantly revised and added to motion response for telephonic appearance. | 1.40 | 490.00 |
| 12/08/17 | C. Mason | Communication with D. Constant regarding brief (.1); review communications from opposing counsel regarding revisions to Pretrial order (.1); review pretrial order and evaluate prospect for notice of errata and belated objections from opposing counsel (.4). | 0.60 | 225.00 |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 547703

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | f 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

January 22, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/10/17 | C. Mason | Review and evaluate arguments from opposing counsel regarding admissibility of belatedly-disclosed exhibit (.5); preliminary review of legal requirements for application of Rule 1006 of the Federal Rule of Evidence to summaries (.3); response communication to J. Silence regarding notice of errata (.1); communication with M. Schwartz regarding Rule 1006 argument and reply (.1); review draft of response to motion for Vania Saldana's testimony (.4). | 1.40 | 525.00 |
| 12/11/17 | C. Mason | Telephone conference with M. Schwartz regarding motion in limine and prospect for filing a motion for leave, regarding V. Saldana testifying by videoconference, and regarding romantic relationship with M. Singh (.5); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.70 | 262.50 |
| 12/11/17 | D. Constant | Legal research on Westlaw for additional cases on denial of requests for telephonic testimony under Rule 43. | 1.20 | 420.00 |
| 12/11/17 | D. Constant | Reviewed amended motion and analyzed additional arguments to bolster denial under Rule 43. | 0.30 | 105.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 547703

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

January 22, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/12/17 | C. Mason | ███████████████████████; draft, revise, and edit letter to K. Marton regarding settlement offer (.6); review and assess past offers for information for letter (.3); evaluate Confidentiality Agreement requirements for offer response (.1); ██████████████████████ (.1); communication to K. Marton regarding exemption treatment of communication (.1); █████████████████████; evaluate rules regarding making offer of judgment (.2); draft, revise, and edit Offer of Judgment and Notice of Service (.2). | 2.50 | 937.50 |
| 12/13/17 | C. Mason | Draft, revise, and edit Notice of Errata regarding pretrial order and communication with opposing counsel regarding same. | 0.40 | 150.00 |
| 12/14/17 | C. Mason | Follow up communication with J. Silence and K. Marton regarding notice of errata (.1); communication with opposing counsel regarding motion related to exhibits (.1); additional communication regarding timely completion of motion (.1); confer with M. Schwartz regarding motion for adjustment to pretrial order (.3). | 0.60 | 225.00 |



**Jennings Strouss**
LAW FIRM

**065361-000001**       **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 547703**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**January 22, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/15/17 | C. Mason | ██████████ ); review and evaluate motion for correction of pretrial order, verify accuracy of exhibits listed, and communication with K. Marton regarding same (.2); review and evaluate revised Motion and proposed order and communication with M. Schwartz regarding same (.1); telephone conference with M. Schwartz (.2); follow up communication with K. Marton regarding revisions (.1). | 1.20 | 450.00 |
| 12/17/17 | C. Mason | Follow up communication with M. Schwartz regarding response to motion to revise pretrial statement. | 0.10 | 37.50 |
| 12/18/17 | C. Mason | Revise, edit, and finalize Response to Motion for Remote Testimony (3.2); review and evaluate case law regarding Motion relative to case denying permission to testify remotely (.6). | 3.80 | 1,425.00 |
| 12/19/17 | C. Mason | Confer with B. Williamson regarding testimony of Maria Saldana and regarding preparations for pretrial hearing (.4); preparations for pretrial hearing (.2). | 0.60 | 225.00 |
| 12/19/17 | C. Miller | Begin work on preparation for Final Pre-Trial Conference. | 1.80 | 315.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
℗ 602.262.5911 | ℉ 602.495.2979

**065361-000001**   Zuniga v. Fiesta Pediatric Therapy, et al.

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**Invoice # 547703**

January 22, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/20/17 | C. Miller | Work on preparation of both parties' trial exhibits, pending pretrial motions and all citations and legal authority re Final Pretrial Conference. | 7.80 | 1,365.00 |
| 12/20/17 | J. Egbert | Conference with Chris Mason regarding whether to oppose Plaintiff's motion to amend objections to exhibits. | 0.20 | 96.00 |
| 12/20/17 | C. Mason | Draft, revise, and edit Response to Plaintiff's Motion to Supplement (2.8); communication with M. Schwartz regarding same (.1); review pleadings and arguments, and outline issues to be addressed, for final pretrial conference (1.3); draft, revise, and edit power point presentation regarding exclusion of Plaintiff's Exhibit 2 (1.8); review and analyze time reported on Plaintiff's Belated Time Calendar and prepare bi-monthly comparison between Calendar and Earnings Statements (1.5). | 7.50 | 2,812.50 |
| 12/21/17 | C. Mason | Prepare for and participate in final pretrial conference (2.0); follow up meeting with M. Schwartz (.4). | 2.40 | 900.00 |
| 12/22/17 | C. Mason | Communications and follow up telephone conference with J. Silence (.2); ███████████████████ | 0.70 | 262.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**065361-000001**        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**Invoice # 547703**

**January 22, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/27/17 | C. Mason | Communication with M. Schwartz regarding status of communication with opposing counsel (.1); communications with R. Williamson regarding setting trial date (.1); communication with B. Williamson regarding trial schedule (.1). | 0.30 | 112.50 |
| 12/28/17 | C. Mason | Confer with R. Williamson regarding trial availability and potential liability issues. | 0.30 | 112.50 |
| 12/28/17 | C. Mason | Review and evaluate Minute Entry Order. | 0.10 | 37.50 |
| 12/29/17 | C. Mason | Coordination regarding ordering hearing transcript. | 0.10 | 37.50 |
| 12/30/17 | C. Mason | ██████████████████████████ | 0.40 | 150.00 |
| | | **Total** | **58.60** | **$17,556.00** |

**Timekeeper Summary**

| | | | |
|------|------|------|------|
| J. Egbert | 0.20 | 480.00 | 96.00 |
| C. Mason | 28.50 | 375.00 | 10,687.50 |
| D. Constant | 8.80 | 350.00 | 3,080.00 |

*Thank you.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 547703**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**January 22, 2018**

| | | | |
|---|---|---|---|
| C. Miller | 21.10 | 175.00 | 3,692.50 |
| **Total Hours** | **58.60** | | **$17,556.00** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Computer Research - Westlaw | 1.00 | 250.00 |
| **Total Costs** | | **$250.00** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 17,556.00 |
| Courtesy Discount | $ | (2,000.00) |
| Total Professional Services | $ | 15,556.00 |
| Total Costs | $ | 250.00 |
| **Total This Invoice** | **$** | **15,806.00** |

*Thank You.*



**Jennings**
**Strouss**
LAW FIRM

**065361-000001**     **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 547703**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**January 22, 2018**

Remaining Trust Balance                                    $       5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account
may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the
amount of your FDIC Insurance coverage.

*Thank you.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 547703

January 22, 2018

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through December 31, 2017.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 15,556.00 |
| Total Disbursements | $ | 250.00 |
| **Total Amount Due** | $ | 15,806.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

February 13, 2018
Invoice # 548308

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/02/18 | C. Mason | Confer with M. Schwartz regarding B. Williamson's concerns with trial schedule and coordination regarding legwork needed to prepare same (.3); follow up telephone conference with M. Schwartz regarding trial schedule (.1); review communication from opposing counsel requesting contact information for K. Igras and review pretrial disclosure relative to her anticipated testimony by opposing counsel (.2); communication with B. Williamson regarding contact information for K. Igras (.1); follow up communication with B. Williamson regarding K. Igras (.1). | 0.80 | 300.00 |

*Thank You.*



**Jennings**
**Strouss**
**LAW FIRM**

065361-000001          **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 548308

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

February 13, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/03/18 | C. Mason | Telephone conference with M. Schwartz regarding K. Igras as witness, regarding response to opposing counsel's request for her contact information, and regarding advice to B. Williamson (.6); contact and leave message for B. Williamson regarding K. Igras situation (.1); telephone conference with B. Williamson and M. Schwartz regarding strategy and increasing pressure in case (.9); follow up communication with M. Schwartz regarding task handling for follow up investigatory work (.1). | 1.70 | 637.50 |
| 01/08/18 | C. Mason | Review communication from J. Silence regarding K. Igras and confer with M. Schwartz (.2); contact and leave voice mail message for K. Igras (.1); response to J. Silence (.1); follow up communication with B. Williamson regarding witness interviews, trial, and trial prep scheduling (.1); follow up communication with J. Silence regarding trial availability (.1); communication with B. Williamson regarding setting of trial date (.1). | 0.70 | 262.50 |
| 01/11/18 | C. Mason | Communication with B. Williamson regarding trial scheduling. | 0.10 | 37.50 |
| 01/12/18 | C. Mason | ███████████████████████ telephone conference with M. Schwartz regarding trial planning and additional tasks requested by B. Williamson (.4). | 0.60 | 225.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001    **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 548308

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

February 13, 2018

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/15/18 | C. Mason | Communication with J. Silence regarding trial scheduling. | 0.10 | 37.50 |
| 01/16/18 | C. Mason | Contact J. Silence (.1); communication with B. Williamson regarding status of trial scheduling (.1). | 0.20 | 75.00 |
| 01/17/18 | C. Mason | Communication with J. Silence regarding telephone conference (.1); confer with M. Schwartz regarding trial availability (.1); follow up assessment regarding trial availability based on schedules from M. Schwartz, J. Silence, opposing witnesses, and B. Williamson (.2); follow up communication with B. Williamson regarding availability (.1); conference call with opposing counsel and the Court regarding scheduling for trial (.1). | 0.60 | 225.00 |
| 01/30/18 | C. Mason | ██████████████████████████ | 0.10 | 37.50 |
| | | **Total** | **4.90** | **$1,837.50** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 548308**

Zuniga v. Fiesta Pediatric Therapy, et al.

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

February 13, 2018

## Timekeeper Summary

| C. Mason | 4.90 | 375.00 | 1,837.50 |
|---|---|---|---|
| **Total Hours** | **4.90** | | **$1,837.50** |

## Disbursements

| Description | Quantity | Amount |
|---|---|---|
| Court Reporter Fees - - VENDOR: Robin G. Bobbie, RMR Transcripts | 1.00 | 135.80 |
| **Total Costs** | | **$135.80** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 1,837.50 |
| Total Costs | $ | 135.80 |
| **Total This Invoice** | **$** | **1,973.30** |
| Total Outstanding A/R | $ | 15,806.00 |
| **Total Amount Due** | **$** | **17,779.30** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 548308**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**February 13, 2018**

Remaining Trust Balance                                    $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss** LAW FIRM

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 548308**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

**February 13, 2018**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through January 31, 2018.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 1,837.50 |
| Total Disbursements | $ | 135.80 |
| Previous Balance Due | $ | 15,806.00 |
| **Total Amount Due** | $ | 17,779.30 |

*Thank You.*


**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

March 14, 2018
Invoice # 549751

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/19/18 | C. Mason | Telephone conference with B. Williamson regarding potential rebuttal witness for V. Saldania (.1); review and evaluate revised pre-trial notice from opposing counsel correcting portions authorized by the court and evaluate exhibit objections from opposing counsel (.5); communication with J. Silence regarding same and authority to file (.1). | 0.70 | 262.50 |
| 02/25/18 | C. Mason | Review case file materials and prepare comprehensive outline of needed tasks in preparation for trial (2.3); communication with M. Schwartz re same (.1). | 2.40 | 900.00 |
| 02/26/18 | C. Mason | Telephone conference with M. Schwartz regarding trial tasks. | 0.20 | 75.00 |
| 02/28/18 | C. Mason | Confer with M. Schwartz regarding handling of credit card fraud issue and investigation. | 0.20 | 75.00 |
| | | **Total** | **3.50** | **$1,312.50** |

Thank You.



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 549751**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**March 14, 2018**

## Timekeeper Summary

| | | | |
|---|---|---|---|
| C. Mason | 3.50 | 375.00 | 1,312.50 |
| **Total Hours** | **3.50** | | **$1,312.50** |

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 1,312.50 |
| **Total This Invoice** | **$** | **1,312.50** |
| Total Outstanding A/R | $ | 1,973.30 |
| **Total Amount Due** | **$** | **3,285.80** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 549751**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**March 14, 2018**

Remaining Trust Balance                                    $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss** LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 549751**

March 14, 2018

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through February 28, 2018.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 1,312.50 |
| Previous Balance Due | $ | 1,973.30 |
| **Total Amount Due** | $ | **3,285.80** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

April 11, 2018
Invoice # 550605

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/01/18 | C. Mason | Communication with B. Williamson regarding impeachment issues, contact with opposing counsel, and investigator. | 0.20 | 75.00 |
| 03/05/18 | C. Mason | Telephone conference with J. Silence. | 0.30 | 112.50 |
| 03/06/18 | C. Mason | Prepare for and participate in conference with M. Schwartz to review case facts and tasks needed for trial preparation (2.0); telephone conference with B. Williamson and M. Schwartz regarding witnesses (.2). | 2.20 | 825.00 |
| 03/09/18 | C. Mason | Confer with M. Schwartz regarding tasks needed in preparation for conference with B. Williamson (.1);  telephone conference with B. Williamson (.4); communication with B. Williamson regarding trial time task list (.2). | 0.70 | 262.50 |
| 03/12/18 | C. Mason | Review request for transcript. | 0.10 | 37.50 |
| 03/16/18 | C. Mason | Communication from J. Silence regarding trial exhibits. | 0.10 | 37.50 |

*Thank You.*



Jennings
Strouss
LAW FIRM

065361-000001

Invoice # 550605

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**April 11, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/18/18 | C. Mason | ███████████████████████ witness preparation meetings with B. Williamson and M. Schwartz (.1). | 0.30 | 112.50 |
| 03/19/18 | C. Mason | Conference call with J. Silence regarding witnesses for trial, exhibit binders, R. Williamson, opening statements, and related matters (.1); telephone conference with M. Schwartz regarding deposition preparation sessions, time schedule for cross-examination of witnesses, witness trial subpoenas, and related matters (.5); communication with B. Williamson regarding witness preparation schedule (.1). | 0.70 | 262.50 |
| 03/20/18 | C. Mason | Review communication from J. Silence regarding no call of K. Igras and communication with M. Schwartz and B. Williamson regarding same (.1); follow up communication with B. Williamson regarding C. Portillo (.1). | 0.20 | 75.00 |
| 03/21/18 | C. Mason | Telephone conference with M. Schwartz regarding trial preparations. | 0.20 | 75.00 |
| 03/22/18 | C. Mason | Begin coordinating document preparation for trial. | 0.20 | 75.00 |
| 03/23/18 | C. Mason | Begin preparing proof of facts matrix and reviewing factual information for trial. | 3.20 | 1,200.00 |
| 03/23/18 | C. Miller | Review Final Pretrial Order and confirm both parties complete set of exhibits | 0.50 | 102.50 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 550605

Zuniga v. Fiesta Pediatric Therapy, et al.

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

April 11, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/24/18 | C. Mason | Meet with M. Schwartz and continue preparing factual proof matrix for trial preparation (4.0); review and assess exhibits for creation of factual proof matrix and trial preparation (3.5). | 7.50 | 2,812.50 |
| 03/25/18 | C. Mason | Meeting with M. Schwartz for trial preparation and confer with same regarding crucial facts and disputed issues (2.0); review and assessment of deposition transcripts and designate portions for potential impeachment (5.5); communication and coordination with B. Williamson regarding witness preparation sessions (.2). | 7.70 | 2,887.50 |
| 03/26/18 | C. Mason | Communication with B. Williamson regarding needed information for trial preparation and trial scheduling (.1); calendar meetings with witnesses (.1); assess objections to Defendants' exhibits from opposing counsel for potential responses (1.5); communication with B. Williamson regarding opening statement (.1); continue preparing for trial and reviewing background facts and records for trial (3.8). | 5.60 | 2,100.00 |
| 03/27/18 | C. Mason | Continue preparing proof of facts outline and reviewing supporting exhibits (2.8); begin preparing outline for cross-examination of J. Zuniga (3.5); confer with M. Schwartz regarding cross-examination of D. Fermaint and strategy for same (.5). | 6.80 | 2,550.00 |



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 550605

Zuniga v. Fiesta Pediatric Therapy, et al.

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**April 11, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/27/18 | C. Miller | Conference with Attorneys Mason and Schwartz re trial preparation; Work on trial notebooks, exhibits, coordination with Mr. Body re Trial Director presentation and video clips of Zuniga deposition | 3.60 | 738.00 |
| 03/28/18 | C. Mason | Confer with K. French regarding interview of C. Portillo (.2); assessment of potential for her to appear, confer with M. Schwartz re same, and plan strategy re same (.3); continue preparing outline for cross-examination of J. Zuniga (3.2); confer with M. Schwartz regarding case strategy and evidence presentation (1.5). | 5.20 | 1,950.00 |
| 03/28/18 | L. Body | Conference call with vendor regarding transcript and video sync specifications. copying and testing of deposition to disc media for trial laptop and vendor transport. creation of case database on trial laptop. | 3.20 | 640.00 |
| 03/28/18 | C. Miller | Review Judge Duncan's instructions for submitting exhibits and AV information; Continue work on trial preparation. | 5.80 | 1,189.00 |
| 03/29/18 | C. Miller | Prepare calendar document for use during trial; Continue work on trial preparation including notebooks, exhibits, draft witness and exhibit lists; Telephone conference with Judge Duncan's JA re paper and electronic exhibits; Prepare e-mail to Attorney Mason re pretrial issues and submission of exhibit sets to the Clerk. | 6.10 | 1,250.50 |
| 03/29/18 | J. Ford | Trial preparation. | 1.20 | 210.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001    Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 550605

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

April 11, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/29/18 | L. Body | Reviewing attorneys transcript designations for trial display. creation of time code data log for trial director presentation. | 1.30 | 260.00 |
| 03/29/18 | C. Mason | Preparation of exhibits for submission to the Court clerk (1.0); assess and select exhibits for witness meetings and preparations (2.6); prepare witness outline for G. Muneton (2.2); prepare witness outline for L. Bugarin (.7); begin preparing witness outline for B. Williamson (2.4); coordination regarding witness and exhibit lists and review final versions of same (.2). | 9.10 | 3,412.50 |
| 03/30/18 | C. Mason | Continue preparing witness outline for B. Williamson (3.2); meet with and conduct initial witness preparation session with B. Williamson (3.0); review and assess new evidence from J. Silence and communication from same transmitting documents (.4); response to J. Silence regarding belated disclosure (.1). | 6.70 | 2,512.50 |
| 03/30/18 | C. Miller | Continue work on trial preparation including completion of exhibit sets, finalize witness and exhibit lists, and complete preparation of trial notebooks. | 5.50 | 1,127.50 |
| 03/31/18 | C. Mason | Prepare for trial with key witnesses, namely G. Muneton, L. Bugarin, and J. Bugarin (3.5); meet with and continue preparing B. Williamson for her testimony (4.5). | 8.00 | 3,000.00 |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 550605

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86—0108229
State of Arizona 07–31159

**April 11, 2018**

| | | |
|---|---:|---:|
| **Total** | 92.20 | **$29,892.50** |

### Timekeeper Summary

| | | | |
|---|---:|---:|---:|
| C. Mason | 65.00 | 375.00 | 24,375.00 |
| J. Ford | 1.20 | 175.00 | 210.00 |
| C. Miller | 21.50 | 205.00 | 4,407.50 |
| L. Body | 4.50 | 200.00 | 900.00 |
| **Total Hours** | **92.20** | | **$29,892.50** |

### Disbursements

| Description | Quantity | Amount |
|---|---:|---:|
| L.D. Telephone | 1.00 | 3.02 |
| Black & White Copies | 3,960.00 | 792.00 |
| CD Duplication | 2.00 | 15.00 |
| Black & White Copies | 610.00 | 122.00 |
| Black & White Copies | 2,084.00 | 416.80 |
| Black & White Copies | 1,314.00 | 262.80 |
| Black & White Copies | 1,380.00 | 276.00 |
| CD Duplication | 4.00 | 30.00 |
| CD Duplication | 3.00 | 22.50 |
| **Total Costs** | | **$1,940.12** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 550605

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P  602.262.5911 | F  602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**April 11, 2018**

## Invoice Summary

| | | |
|---|---|---|
| Professional Services | $ | 29,892.50 |
| Total Costs | $ | 1,940.12 |
| **Total This Invoice** | $ | **31,832.62** |
| Total Outstanding A/R | $ | 3,285.80 |
| **Total Amount Due** | $ | **35,118.42** |

*Thank You.*



**Jennings Strouss**
LAW FIRM

**065361-000001**

**Invoice # 550605**

**Zuniga v. Fiesta Pediatric Therapy, et al.**

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**April 11, 2018**

Remaining Trust Balance                                    $      5,000.00

Trust account funds are held at National Bank of Arizona. Any balance held on your behalf in this trust account
may be added to other balances you may hold with National Bank of Arizona for the purpose of determining the
amount of your FDIC Insurance coverage.

*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 550605**

**April 11, 2018**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

*For Professional Services Rendered Through March 31, 2018.*

| | | |
|---|---|---|
| Total Professional Fees | $ | 29,892.50 |
| Total Disbursements | $ | 1,940.12 |
| Previous Balance Due | $ | 3,285.80 |
| **Total Amount Due** | $ | 35,118.42 |

*Thank You.*


**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86-0108229
State of Arizona 07-31159

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL   60614

May 9, 2018
Invoice # 551987

Client/Matter No. 065361-000001

For Legal Services Rendered In Connection With:

**Zuniga v. Fiesta Pediatric Therapy, et al.**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/01/18 | C. Mason | Prepare witness outline for J. Bugarin (1.0); continue preparing for trial (9.0). | 10.00 | 3,750.00 |
| 04/02/18 | C. Mason | Pre-trial team meeting (1.0); trial and post-first day preparation and review for day 2 (11.0). | 12.00 | 4,500.00 |
| 04/02/18 | J. Ford | Trial preparation, attend trial. | 4.50 | 787.50 |
| 04/03/18 | J. Ford | Trial preparation, attend trial. | 4.00 | 700.00 |
| 04/03/18 | C. Mason | Continue preparing and prepping and participating in trial. | 11.50 | 4,312.50 |
| 04/04/18 | C. Mason | Continue preparing and prepping and participating in trial. | 11.50 | 4,312.50 |
| 04/04/18 | J. Ford | Trial preparation, attend trial. | 4.00 | 700.00 |
| 04/05/18 | J. Ford | Trial preparation, attend trial. | 2.50 | 437.50 |
| 04/05/18 | C. Mason | ███████████████████████████████ (.5). | 8.30 | 3,112.50 |

$15,499

*Thank You.*



**Jennings Strouss**
LAW FIRM

065361-000001     **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 551987

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**May 9, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|





## Jennings Strouss
LAW FIRM

065361-000001        **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 551987

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

**May 9, 2018**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



**Jennings Strouss**
LAW FIRM

065361-000001

Invoice # 551987

**Zuniga v. Fiesta Pediatric Therapy, et al.**

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

May 9, 2018

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



*Thank You.*



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86–0108229
State of Arizona 07–31159

065361-000001          Zuniga v. Fiesta Pediatric Therapy, et al.

Invoice # 551987

**May 9, 2018**

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |



*Thank You.*



**065361-000001**   **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 551987

INVOICE
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159





**Jennings Strouss** LAW FIRM

065361-000001      **Zuniga v. Fiesta Pediatric Therapy, et al.**

Invoice # 551987

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554

P 602.262.5911 | F 602.495.2979

**NOTICE OF IDENTIFYING NUMBER**
Federal 86–0108229
State of Arizona 07–31159

**May 9, 2018**



| | nt |
|---|---|
| | 75 |
| | 72 |
| | 98 |
| | 75 |
| | 78 |
| | 12 |
| | 27 |
| | 86 |



**Jennings Strouss**
LAW FIRM

**INVOICE**
PAYMENT DUE UPON RECEIPT

Jennings, Strouss & Salmon, P.L.C.
One East Washington Street, Suite 1900
Phoenix, AZ 85004-2554
P 602.262.5911 | F 602.495.2979

NOTICE OF IDENTIFYING NUMBER
Federal 86-0108229
State of Arizona 07-31159

**065361-000001**      **Zuniga v. Fiesta Pediatric Therapy, et al.**

**Invoice # 551987**

**May 9, 2018**

Fiesta Pediatric Therapy, Inc.
Beth Williamson
1750 North Clybourn Ave
Chicago, IL  60614

*For Professional Services Rendered Through April 30, 2018*

| | | |
|---|---|---|
| Total Professional Fees | $ | 29,104.50 |
| Total Disbursements | $ | 1,922.86 |
| Previous Balance Due | $ | 28,145.12 |
| **Total Amount Due** | **$** | **59,172.48** |

*Thank You.*

# Exhibit 2



# POLSINELLI

One E. Washington Street, Suite 1200 Phoenix, AZ 85004 | Phone: (602) 650-2000 www.polsinelli.com

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated.
Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Michael L. Schwartz, PLLC
7702 E. Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258

**October 14, 2015**
Invoice No: 1222470
File No: 081077-500891

Re:     **Fiesta v Zuniga**

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $21,129.00 |
| Current Disbursements | 6.20 |
| Less Trust Amount Applied: | (5,000.00) |
| ***Total Amount Due Upon Receipt*** | ***$16,135.20*** |

| | |
|---|---|
| Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.** For other inquiries, please contact **Christopher M. Mason at (602) 650-2000** or **cmason@polsinelli.com.** | Please make checks payable to **Polsinelli PC** P.O. Box 878681 Kansas City, MO 64187-8681 Wire Instructions: US Bank Acct: **Polsinelli PC** Acct #: 4343953230 ABA #: 101000187 SWIFT Code - USBKUS44IMT Please reference Invoice No. |

**Due Upon Receipt**
**Late Payment Charge: 1% per month may be charged on outstanding balances**
Polsinelli PC, Polsinelli LLP in California

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 9/30/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 2
October 14, 2015
Invoice No: 1222470

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 8/27/15 | Review and prepare for meeting with M. Schwartz and attend meeting with same (1.5); follow up review re potential whistleblower claim (.5). | CMMAS | 2.00 | $760.00 |
| 8/28/15 | Telephone conference with M. Schwartz re potential whistleblower claim. | CMMAS | 0.50 | 190.00 |
| 9/3/15 | Review documentation concerning Zuniga claim from M. Schwartz, communications re same, and telephone conference with M. Schwartz. | CMMAS | 1.00 | 400.00 |
| 9/9/15 | Research and evaluation of offset / equitable recoupment defense and argument (.8); review and analysis re potential third-party claims against Singh and prepare summary of same. | CMMAS | 2.30 | 920.00 |
| 9/10/15 | Review and evaluate summary of D. Jarrett and confer with M. Schwartz re overall computation of damages dispute. | CMMAS | 0.50 | 200.00 |
| 9/14/15 | Review and evaluate timesheets and compute pay disputes amounts. | CMMAS | 1.20 | 480.00 |
| 9/15/15 | Prepare for and participate in Complaint and Answer review meeting with M. Schwartz. | CMMAS | 1.20 | 480.00 |
| 9/16/15 | Evaluate fluctuating workweek and damages minimization issues (.2); review and evaluate factual background re potential application of white collar exemptions and consider same (.4); evaluate and summarize issues concerning consistency in paychecks for salary basis test (.2); evaluate potential for removal of action and re advantages to doing so (.5); review and evaluate possible affirmative defenses (.5); confer with M. Schwartz re possible white collar exemptions, removal, paycheck idiosyncrasies and related matters (.4); draft, revise, and edit summary related to paystub review, hours variations, removal, and affirmative defenses to M. Schwartz (.6). | CMMAS | 2.80 | 1,120.00 |


# POLSINELLI

**Invoice Detail**

For Professional Services Through 9/30/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 3
October 14, 2015
Invoice No: 1222470

| | | | | |
|---|---|---|---|---|
| 9/16/15 | Research regarding overtime compensation under the FLSA under a fluctuating workweek arrangement, and prepare email memorandum to C. Mason regarding the same. | ABMER | 1.90 | 551.00 |
| 9/17/15 | Review and evaluate claims and needed actions (.5); prepare for bankruptcy review and gather information from M. Schwartz and communications re same (.4); review and evaluate bankruptcy pleadings and docket and communications with M. Schwartz re same (.5). | CMMAS | 1.40 | 560.00 |
| 9/17/15 | Review complaint and attached pay information; create spreadsheet of pay information; research bankruptcy court and collect filings. | MHDAW | 2.80 | 546.00 |
| 9/18/15 | Communications with M. Schwartz re follow up with bankruptcy counsel and potential implications (.4); further communication with M. Schwartz and B. Williamson re bankruptcy implications (.2). | CMMAS | 0.60 | 240.00 |
| 9/18/15 | Edit spreadsheet of pay information; calculate overtime amounts. | MHDAW | 0.90 | 175.50 |
| 9/19/15 | Coordination re bankruptcy filing issue. | CMMAS | 0.40 | 160.00 |
| 9/20/15 | Review and evaluate memorandum and spreadsheet re overtime computations (.3); communications with M. Schwartz re same (.1). | CMMAS | 0.40 | 160.00 |
| 9/20/15 | Draft and edit memorandum regarding Zuniga paystubs and time calculations; print out and review bankruptcy filings. | MHDAW | 1.60 | 312.00 |
| 9/21/15 | Meet with Attorney Mason, and review the filings made in the bankruptcy proceedings of Mrs. Zuniga, to discuss the extent to which the claims being prosecuted may remain subject to the control of the bankruptcy trustee. | RAYWE | 1.10 | 352.00 |


POLSINELLI

# Invoice Detail

For Professional Services Through 9/30/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 4
October 14, 2015
Invoice No: 1222470

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 9/21/15 | Conference with W. Ray re bankruptcy issues and options (.5); follow up discussions with W. Ray re docket review and findings (.2); review and evaluate Wells Fargo application information and additional records (.5); multiple telephone conferences and email communications with B. Williamson, M. Schwartz, and D. Jarrett re factual background, harassing text messages, identity theft, and related matters (1.8); prepare injunction strategy and evaluate potential claim weaknesses and strengths (1.2); prepare summary of complaint and statement for B. Williamson for execution (1.4); coordinate details of execution of statement for B. Williamson with B. Williamson and M. Schwartz (.2); multiple attempts to contact opposing counsel and follow up with M. Schwartz (.2); review draft email from M. Schwartz to opposing counsel (.2); prepare exhibits for injunction hearing (.5); follow up communications with D. Jarrett re investigation into cell phone numbers and data on J. Zuniga (.2); begin outlining investigation steps for identity theft concerns (.4). | CMMAS | 7.30 | 2,920.00 |
| 9/21/15 | Research regarding injunctions, including injunctions against harassment and injunctions against workplace harassment, email C. Mason with a summary of the same, and call Protective Order Center to find out the appropriate process and the ability to file injunctions without the plaintiff being present. | ABMER | 1.50 | 435.00 |
| 9/22/15 | Communications with D. Jarrett re investigation report concerning J. Zuniga and review and assess same (.4); continue preparing for hearings and meeting with M. Schwartz in preparation (1.5); prepare witness for hearing (.4); travel to court, prepare petitions for injunction (1.2); continued meeting and preparation with M. Schwartz and witness (1.2); attend court hearing (1.5); debrief conference with M. Schwartz and B. Williamson (1.0); coordination re service of process (.2); review and assess response from opposing counsel re harassment and follow up communications with B. Williamson re same (.2). | CMMAS | 7.60 | 3,040.00 |
| 9/22/15 | Review complaint and attachments; edit spreadsheet and add payroll data. | MHDAW | 2.10 | 409.50 |



## POLSINELLI

# Invoice Detail

For Professional Services Through 9/30/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 5
October 14, 2015
Invoice No: 1222470

| | | | | |
|---|---|---|---|---|
| 9/23/15 | Follow up communications re service (.2); draft, revise, and edit communication to K. Marton and J. Silence (1.0); follow up communications and telephone conference with B. Williamson re Bank of America information (.4); contact and confer with Bank of America and B. Williamson concerning application and access to further information (1.0); further communications with Bank of America legal department concerning securing third-party information and original, unredacted, version of application (.6); coordination re securing information from Bank of America (.2). | CMMAS | 3.40 | 1,360.00 |
| 9/23/15 | Research and draft subpoena to Verizon Wireless; have subpoenas issued and served; edit spreadsheet of paychecks; add additional data and recalculate wage information. | MHDAW | 2.10 | 409.50 |
| 9/24/15 | Review and assessment of needed investigatory tasks (.5); prepare summary of subpoenas and efforts to secure information for B. Williamson, M. Schwartz, and D. Jarrett (.4); prepare for and participate in telephone conference with K. Marton and J. Silence (.8); communications with M. Schwartz and W. Ray concerning bankruptcy set-aside (.1); communications with D. Jarrett re reverse telephone number look up and review report re same (.2); follow up communications with B. Williamson and M. Schwartz re communications with opposing counsel and validation through Bank of America (.4); | CMMAS | 2.40 | 960.00 |
| 9/25/15 | Follow up coordination with D. Jarrett (.2); coordination re additional subpoena to XO Communications (.2); follow up communications with M. Schwartz (.2); coordinate conference call with B. Williamson, opposing counsel, and Bank of America (.3); telephone conference with B. Williamson, J. Silence, and Bank of America (1.0); review and revise subpoena duces tecum (.2); review follow up wage dispute computation from M. Dawson and communications with M. Schwartz re same (.5); further coordination re subpoena to Verizon (.2). | CMMAS | 2.80 | 1,120.00 |
| 9/25/15 | Research XO Communications; draft and edit subpoena for telephone records; have subpoena issued and served. | MHDAW | 1.40 | 273.00 |
| 9/25/15 | Telephone calls with Verizon Wireless following up on our subpoena and making further requests for the content of text messages. | ABMER | 1.00 | 290.00 |
| 9/26/15 | Follow up communication with M. Schwartz re conference call with Bank of America and possible additional claims. | CMMAS | 0.30 | 120.00 |

# POLSINELLI

# Invoice Detail

For Professional Services Through 9/30/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 6
October 14, 2015
Invoice No: 1222470

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 9/27/15 | Communications with B. Williamson re further contact with Fiesta employees (.2); further communication with M. Schwartz (.2). | CMMAS | 0.40 | 160.00 |
| 9/28/15 | Review and respond to correspondence from Attorney Schwartz regarding the likely course of the Trustee's action upon discovering the existence of claims that may constitute property of the bankruptcy estate. | RAYWE | 0.30 | 96.00 |
| 9/28/15 | Telephone conference with M. Schwartz ( ); review communications re Trustee authority and recommended actions (.1); telephone conference with B. Williamson (.4); review and analyze assessment from D. Jarrett re on-going investigation and theories concerning harassing behavior and responsive communications to same (.5); | CMMAS | 1.00 | 400.00 |
| 9/28/15 | Phone calls to Bank of America regarding records. | MHDAW | 0.40 | 78.00 |
| 9/29/15 | Telephone calls to Bank of America re document requests; draft response to XO Communications e-mail re subpoena. | MHDAW | 0.60 | 117.00 |
| 9/30/15 | Telephone conference with J. Silence (.3); revise and assess request for hearing and responsive pleadings from opposing counsel (.2); communications concerning XO Communications subpoena and response (.2); communications with M. Schwartz re challenge from opposing counsel and additional communications (.3); assessment re securing records from Bank of America and devise strategy concerning same and coordination with M. Dawson (.4); telephone conference with B. Williamson re meeting with Fiesta employees and coordination re same (.4); prepare for and participate in telephone conference with D. Jarrett re Fiesta meeting, investigation status and findings and assessment re investigation alternatives (.8); communications with G. Blackall re involvement and future communications (.2); | CMMAS | 2.80 | 1,120.00 |
| 9/30/15 | Draft subpoena to Bank of America; telephone calls with legal compliance office at Bank of America. | MHDAW | 1.10 | 214.50 |
| | **Total Professional Services** | | | **$21,129.00** |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 9/30/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 7
October 14, 2015
Invoice No: 1222470

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| C.M. Mason | Shareholder | 39.80 | 400.00 | $15,920.00 |
| C.M. Mason | Shareholder | 2.50 | 380.00 | 950.00 |
| W.D. Ray | Associate | 1.40 | 320.00 | 448.00 |
| A.B. Merrill | Associate | 4.40 | 290.00 | 1,276.00 |
| M.H. Dawson | Paralegal | 13.00 | 195.00 | 2,535.00 |
| **Total Professional Charges** | | **61.10** | | **$21,129.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Document Reproduction | $6.20 |
| | **Total Disbursements** | **$6.20** |
| Total Disbursements | | 6.20 |

**Total Current Charges Due**                                     **$21,135.20**



# POLSINELLI

One E. Washington Street, Suite 1200 Phoenix, AZ 85004 | Phone: (602) 650-2000 www.polsinelli.com

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated.
Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Michael L. Schwartz, PLLC
7702 E. Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258

October 14, 2015
Invoice No.: 1222470
File No.: 081077-500891

**Re:     Fiesta v Zuniga**

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $21,129.00 |
| Current Disbursements | 6.20 |
| Less Trust Amount Applied: | (5,000.00) |
| ***Total Amount Due Upon Receipt*** | ***$16,135.20*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Christopher M. Mason at (602) 650-2000** or **cmason@polsinelli.com.**

Please make checks payable to
**Polsinelli PC**
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct:  **Polsinelli PC**
Acct #:  4343953230
ABA #:  101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.



**POLSINELLI**

One E. Washington Street, Suite 1200 Phoenix, AZ 85004 | Phone: (602) 650-2000 www.polsinelli.com

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated.
Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Michael L. Schwartz, PLLC                          **November 30, 2015**
7702 E. Doubletree Ranch Road                      Invoice No: 1232602
Suite 300                                          File No: 081077-500891
Scottsdale, AZ 85258

**Re:     Fiesta v Zuniga**

### COPY ONLY – NOT RESPONSIBLE FOR PAYMENT
Beth Williamson is the Responsible Party for Payment

## Invoice Summary

| | |
|---|---:|
| Current Professional Services | $8,124.00 |
| Current Disbursements | 1,065.85 |
| **Total Current Invoice - Due Upon Receipt** | **$9,189.85** |
| Previous Unpaid Invoices (PLEASE DISREGARD IF ALREADY PAID) | 21,135.20 |
| Payments Received | (7,500.00) |
| ***Total Amount (All unpaid balances are Due Immediately)*** | ***$22,825.05*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Christopher M. Mason at (602) 650-2000** or **cmason@polsinelli.com.**

Please make checks payable to
**Polsinelli PC**
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct: **Polsinelli PC**
Acct #: 4343953230
ABA #: 101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

### Due Upon Receipt
**Late Payment Charge: 1% per month may be charged on outstanding balances**
Polsinelli PC, Polsinelli LLP In California

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 2
November 30, 2015
Invoice No: 1232602

## Professional Services

| Date | Description | Tmkpr | Hours | Amount |
|------|-------------|-------|-------|--------|
| 10/1/15 | Coordination with Fiesta employees and D. Jarret re meeting and interview (.5); prepare for and participate in meeting and interviews at Fiesta facility (1.5); confer with B. Williamson and D. Jarrett re police report issue (.2); follow up communications with B. Williamson and M. Schwartz re interviews and meeting (.2); coordination re additional subpoenas to financial institutions (.2); update communication with M. Schwartz re texts to Fiesta employees (.2); | CMMAS | 2.80 | $1,120.00 |
| 10/1/15 | Draft and edit subpoena to Bank of America; prepare for issuance and service; draft and edit transmittal. | MHDAW | 0.70 | 136.50 |
| 10/2/15 | Coordination re removal deadline and removal paperwork (.6); review and evaluate material from J. Silence and secure and send screen shots of B. Williamson's cell phone (.7); communications and coordination re securing additional screen shots (.2); confer with M. Schwartz (.2); | CMMAS | 1.70 | 680.00 |
| 10/2/15 | Have subpoena served on Bank of America; communications with XO Communications re Subpoena; mail subpoenas to opposing counsel. | MHDAW | 0.50 | 97.50 |
| 10/2/15 | Prepare removal paperwork, including the civil cover sheet, notice of removal (for federal and state court), verification, supplemental civil cover sheet, and corporate disclosure statement, and prepare for filing. | ABMER | 4.70 | 1,363.00 |
| 10/4/15 | Telephone conference with B. Williamson (.4); follow up communications with D. Jarrett re cleaner screen shots (.1). | CMMAS | 0.50 | 200.00 |
| 10/5/15 | Confer with D. Jarrett re new cell phone captures (.1); review and evaluate Magistrate election option, evaluate decision, and communications with M. Schwartz re same (.5); assessment re bank of America request for further time re subpoena and coordination re same (.2) | CMMAS | 0.80 | 320.00 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 3
November 30, 2015
Invoice No: 1232602

| | | | | |
|---|---|---|---|---|
| 10/5/15 | Telephone calls with Bank of America regarding response to subpoena. | MHDAW | 0.30 | 58.50 |
| 10/6/15 | Follow up communications with D. Jarrett | CMMAS | 0.20 | 80.00 |
| 10/6/15 | Review subpoena response from XO Communications; telephone call with Legal Compliance Dept of XO draft subpoena for Neutral Tandem; draft transmittal letter; forward subpoena for issuance and service. | MHDAW | 1.00 | 195.00 |
| 10/7/15 | Prepare for and participate in telephone conference with K. Marton and J. Silence re defense to claims (1.0); communications and coordination re police report filing (.1); multiple telephone conferences with M. Schwartz and Beth concerning defenses and discussions with opposing counsel (.5); communications with D. Jarrett re IP addresses (.1) | CMMAS | 1.70 | 680.00 |
| 10/8/15 | Forward subpoenas to opposing counsel; scan and add document to iManage. | MHDAW | 1.00 | 195.00 |
| 10/9/15 | Discuss case strategy with C. Mason and coordinate schedules of all counsel and client to attend the hearing on the injunctions against harassment. | ABMER | 0.50 | 145.00 |
| 10/9/15 | Prepare stipulation to extend time to answer and a proposed order granting the same, and send to opposing counsel for review and approval. | ABMER | 0.90 | 261.00 |
| 10/9/15 | Begin research regarding the proper procedure for moving to dismiss any claims and damages that pre-dated a bankruptcy filing by the plaintiff, and begin drafting motion. | ABMER | 1.40 | 406.00 |
| 10/11/15 | Communications with B. Williamson re hearing planning for injunction hearing. | CMMAS | 0.10 | 40.00 |
| 10/12/15 | Research regarding the inability of a plaintiff to recover on claims pre-dating the filing of bankruptcy, and begin drafting motion to dismiss on that basis. | ABMER | 1.00 | 290.00 |
| 10/13/15 | Email correspondence with client and opposing counsel to reschedule the hearing on the injunctions. | ABMER | 0.30 | 87.00 |

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15

File No. 081077-500891

**Re: Fiesta v Zuniga**

Page 4
November 30, 2015
Invoice No: 1232602

| | | | | |
|---|---|---|---|---|
| 10/14/15 | Research and prepare motion to dismiss all of Plaintiff's claims to the extent they arose prior to Plaintiff's filing for bankruptcy on October 23, 2014, and send to C. Mason and M. Schwartz for review. | ABMER | 2.70 | 783.00 |
| 10/15/15 | Research regarding the propriety of a court taking judicial notice of a bankruptcy record, review Plaintiff's bankruptcy filing, add references to both to the motion to dismiss, and otherwise update, edit, and finalize the motion. | ABMER | 1.50 | 435.00 |
| 10/15/15 | Prepare email to opposing counsel regarding their intentions to move forward with the case despite our upcoming motion to dismiss. | ABMER | 0.30 | 87.00 |
| 10/16/15 | Cite check and finalize motion to dismiss and prepare for filing. | ABMER | 0.60 | 174.00 |
| 10/16/15 | Review stipulations to reschedule the injunction hearing and proposed orders regarding the same, and send edits to opposing counsel. | ABMER | 0.30 | 87.00 |
| 10/20/15 | Telephone calls with Bank of America re subpoena. | MHDAW | 0.30 | 58.50 |
| 10/21/15 | Email correspondence with opposing counsel and client regarding scheduling for the injunction hearing. | ABMER | 0.20 | 58.00 |
| 10/26/15 | Email correspondence with client and opposing counsel regarding scheduling for the injunction hearing. | ABMER | 0.30 | 87.00 |

**Total Professional Services** **$8,124.00**


# POLSINELLI

<div align="center">

**Invoice Detail**

</div>

For Professional Services Through 10/31/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 5
November 30, 2015
Invoice No: 1232602

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| C.M. Mason | Shareholder | 7.80 | 400.00 | $3,120.00 |
| A.B. Merrill | Associate | 14.70 | 290.00 | 4,263.00 |
| M.H. Dawson | Paralegal | 3.80 | 195.00 | 741.00 |
| **Total Professional Charges** | | **26.30** | | **$8,124.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| | Document Reproduction | $8.40 |
| 09/25/15 | Filing Fees Nationwide Legal Services LLC File SPCL - Immediately | 74.90 |
| 09/25/15 | Miscellaneous Nationwide Legal Services LLC PRS SPCL - Immediately | 96.43 |
| 10/02/15 | Filing Fees Filing fee for answer 0970-12183520 | 400.00 |
| 10/02/15 | Filing Fees AZ TurboCourt Filing Fee - Form Set No. 1571916 5MN222WE745NL | 6.00 |
| 10/02/15 | Filing Fees Nationwide Legal Services LLC File SPCL - Immediately | 74.90 |
| 10/02/15 | Other Legal Research Nationwide Legal Services LLC RSCH SPCL - Immediately | 92.26 |
| 10/02/15 | Miscellaneous Nationwide Legal Services LLC PRS SPCL - Immediately | 96.43 |
| 10/06/15 | Filing Fees Nationwide Legal Services LLC File SPCL - Immediately | 74.90 |
| 10/06/15 | Miscellaneous Nationwide Legal Services LLC PRS SPCL - Immediately | 96.43 |
| 10/14/15 | Filing Fees Nationwide Legal Services LLC File SPCL - Immediately | 45.20 |
| | **Total Disbursements** | **$1,065.85** |

Total Disbursements          1,065.85

**Total Current Charges Due**          **$9,189.85**

 **POLSINELLI**

# Invoice Detail

For Professional Services Through 10/31/15
File No. 081077-500891
**Re: Fiesta v Zuniga**

Page 6
November 30, 2015
Invoice No: 1232602

## Statement of Outstanding Invoices

| Date | Inv# | Amount | Credit | Payments | Balance* |
|------|------|--------|--------|----------|----------|
| 10/14/15 | 1222470 | $21,135.20 | $0.00 | $7,500.00 | $13,635.20 |
| **Total of Prior Balance Due** | | | | | **$13,635.20** |

*If a payment has already been made, thank you.



# POLSINELLI

One E. Washington Street, Suite 1200 Phoenix, AZ 85004 | Phone: (602) 650-2000 www.polsinelli.com

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

Michael L. Schwartz, PLLC
7702 E. Doubletree Ranch Road
Suite 300
Scottsdale, AZ 85258

November 30, 2015
Invoice No.: 1232602
File No.: 081077-500891

**Re:**     **Fiesta v Zuniga**

## Invoice Summary

| | |
|---|---|
| Current Professional Services | $8,124.00 |
| Current Disbursements | 1,065.85 |
| **Total Current Invoice - Due Upon Receipt** | **$9,189.85** |
| Previous Unpaid Invoices (PLEASE DISREGARD IF ALREADY PAID) | 21,135.20 |
| Payments Received | (7,500.00) |
| ***Total Amount (All unpaid balances are Due Immediately)*** | ***$22,825.05*** |

Questions regarding payments or accounts, please call **1-877-577-7455** or **AccountingBilling@polsinelli.com.**
For other inquiries, please contact **Christopher M. Mason at (602) 650-2000** or **cmason@polsinelli.com.**

Please make checks payable to
**Polsinelli PC**
P.O. Box 878681
Kansas City, MO 64187-8681
Wire Instructions:
US Bank
Acct:  **Polsinelli PC**
Acct #:  4343953230
ABA #:  101000187
SWIFT Code - USBKUS44IMT
Please reference Invoice No.

**Late Payment Charge: 1% per month may be charged on outstanding balances**
Polsinelli PC, Polsinelli LLP in California

# Exhibit 3



**Michael L. Schwartz**
Attorney-at-Law —————————— PLLC

7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

August 31, 2015

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:**   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

| | | |
|---|---|---|
| 8/21 | Email D.J.; Review email from D.J.; Review Fiesta file | .1<br>*.5 |
| 8/22 | File preparation; Emails to and from Client; Internet search of case and corporate status of Fiesta; Preparation of Counterclaim; Preparation of Answer | 2.2<br>*2.7 |
| 8/23 | Review documents in file; Texts to and from Client | .5<br>*.5 |
| 8/24 | Emails to and from Client; Teleconference with attorney Mason; Teleconference with attorney Blommel (pick up file) | .3 |
| 8/27 | Conference with attorney Mason; Teleconference with Client; Review documents from Zuniga attorney; Email Client; Email to attorney Mason | 2.5 |
| 8/28 | Teleconference with attorney Mason; ; Review attorney Blommel file documents | .4 |
| 8/30 | Preparation for teleconference with Client | *.5 |
| 8/31 | Teleconference with Client and DJ; Review file for documents | 1.8<br>*.3 |

|  |  |
|---|---|
| **TOTAL HOURS** | **12.3** |
| **TOTAL HOURS AT $275.00 per hour** | **7.8** |
| **TOTAL AT $275.00 per hour** | **$2,145.00** |
| **TOTAL HOURS AT $50.00 per hour** | **4.5** |
| **TOTAL AT $50.00 per hour** | **$225.00** |
| **COSTS** | |

| | |
|---|---|
| **Research Attorney 3.5 Hours** | **175.00** |
| **BALANCE DUE THIS MONTH** | **$2,545.00** |
| **TRUST ACCOUNT BALANCE** | **$4,000.00** |
| **PAID FROM TRUST ACCOUNT** | **$2,545.00** |
| **BALANCE REMAINING IN TRUST ACCOUNT** | **$1,455.00** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **PRESENT BALANCE DUE** | **$0.00** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

September 30, 2015

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

| | | |
|---|---|---|
| 9/1 | Review file; Preparation Counterclaim; Preparation of file for Discovery and Trial | .8 <br> *1.2 |
| 9/2 | Attendance at conference at Fiesta; preparation Counterclaim; Teleconference with Client; Teleconference with K. Marton; preparation and forwarding acceptance of Waiver of Service of Process; Teleconference with C. Mason | 3.6 <br> *1.5 |



| | | |
|---|---|---|
| 9/5 | Review email from Griselda; Email to Client | .1 |
| 9/6 | Preparation of file for Discovery and Trial; Review overtime records; Preparation Answer and Counterclaim; Research; Review Singh Settlement Agreement; Email C. Mason | .5 <br> *1.2 |
| 9/9 | Review email from C. Mason; Text Client; Email C. Mason | .1 |
| 9/10 | Preparation of file for Discovery and Trial; Teleconference with C. Mason; Teleconference with Client; Teleconference with Griselda | .8 <br> *1.8 |
| 9/15 | Attendance at meeting at Fiesta; Attendance at conference with C. Mason | 2.2 |
| 9/16 | Several teleconferences with Client; Teleconference with DJ; Preparation of Answer and Counterclaim; Teleconference with attorney Mason | 2.8 <br> *.5 |
| 9/17 | Several teleconference with attorney C.Mason; Teleconference with Client; Preparation Counterclaim | .8 <br> *.8 |
| 9/18 | Several emails and texts to and from attorney C.Mason; email to Client | .2 |

| | | |
|---|---|---|
| 9/20 | Several emails and texts to and from attorney C.Mason; Teleconference with attorney C.Mason | .2 |
| 9/21 | Numerous teleconference with attorney C.Mason; Teleconference with D.J.; Teleconference with Client and attorney C.Mason; Preparation Email to attorney Marton; Email to attorney C.Mason | 2.6<br>*.7 |
| 9/22 | Conference with attorney C.Mason; Attendance at Court for injunctive relief; Preparation email  to attorney Marton; Review emails from attorney Marton; Teleconference with D.J. | 6.0 |
| 9/25 | Teleconference with attorney C.Mason; Send and receive numerous texts and emails; Review emails | .2 |
| 9/26 | Teleconference with Client; Send and receive numerous texts and emails; Teleconference with DJ | .3 |
| 9/28 | Send and receive numerous texts and emails; Teleconference with DJ | .4 |
| 9/30<br>9/30 | Teleconference with Client<br>Texts to and from C.Mason; Review pleading by Zuniga | NC<br>.2 |

| | |
|---|---|
| **TOTAL HOURS** | **00.0** |
| **TOTAL HOURS AT $275.00 per hour** | **22.5** |
| **TOTAL AT $275.00 per hour** | **$6,187.50** |
| **TOTAL HOURS AT $50.00 per hour** | **7.8** |
| **TOTAL AT $50.00 per hour** | **$390.00** |
| **COSTS** | **$0.00** |
| **BALANCE DUE THIS MONTH** | **$6,577.50** |
| **CLIENT COURTESY** | **($618.75)** |
| **TRUST ACCOUNT BALANCE** | **$4,955.00** |
| **PAID FROM TRUST ACCOUNT** | **$4,955.00** |
| **BALANCE REMAINING IN TRUST ACCOUNT** | **$00.00** |
| **PRESENT BALANCE DUE** | **$1,003.75** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

October 31, 2015

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:    Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

| | | |
|---|---|---|
| 10/1 | Teleconference with Client; | NC |
| | Teleconference with attorney C.Mason | .1 |
| 10/2 | Several  emails and texts to attorney C.Mason | .2 |
| 10/3 | Review documents; Email to DJ | *.5 |
| 10/5 | Teleconference with attorney C.Mason; Review documents; Text to attorney C.Mason | .1 |
| | | *.3 |
| 10/6 | Teleconference with DJ; Teleconference with Client; Several texts; Preparation of Chronology | .5 |
| | | *3.1 |
| 10/7 | Preparation of Chronology; Teleconference with attorney C.Mason and Client | 1.4 |
| | | *4.0 |
| 10/8 | Several teleconferences with attorney C.Mason; Teleconference with DJ; Teleconference with Client; Preparation of Confidentiality and Non-Disclosure Agreement; Email  to DJ | 1.3 |
| 10/9 | Teleconference with Client | NC |
| | Review email  from DJ; Preparation of Confidentiality and Non-Disclosure Agreement; Email to DJ | .4 |
| 10/13 | Teleconference with attorney C.Mason | .1 |
| 10/15 | Teleconference with Client; | NC |
| | Review email from attorney C.Mason; Review Motion to Dismiss; Review email from Zuniga attorney | .3 |
| 10/16 | Review stipulation; Teleconference with Kimberly Rogers | .1 |
| 10/19 | Review email  from DJ; Preparation of file for Injunction hearing | .6 |

|       |                                                                                                                                  |          |
|-------|----------------------------------------------------------------------------------------------------------------------------------|----------|
|       |                                                                                                                                  | *1.5     |
| 10/20 | Teleconference with attorney C.Mason                                                                                             | NC       |
| 10/21 | Teleconference with Client; Email to Client                                                                                     | NC       |
| 10/22 | Re: Cureton: Several teleconferences with Client; Attorney search; Fax to Industrial commission; Fax to attorney C.Mason        | .1 *1.4  |
| 10/28 | Preparation of file for hearings; Text to DJ                                                                                    | NC       |

|                                        |            |
|----------------------------------------|------------|
| **TOTAL HOURS**                        | **00.0**   |
| **TOTAL HOURS AT $275.00 per hour**    | **4.9**    |
| **TOTAL AT $275.00 per hour**          | **$1,347.50** |
| **TOTAL HOURS AT $50.00 per hour**     | **7.7**    |
| **TOTAL AT $50.00 per hour**           | **$385.00** |
| **COSTS**                              | **$0.00**  |
| **AT&T**                               | **$42.32** |
| **BALANCE DUE THIS MONTH**             | **$1,774.82** |
| **PREVIOUS BALANCE DUE**               | **$1,003.75** |
| **CLIENT COURTESY**                    | **($134.75)** |
| **TRUST ACCOUNT BALANCE**              | **$3,500.00** |
| **PAID FROM TRUST ACCOUNT**            | **$2,685.82** |
| **BALANCE REMAINING IN TRUST ACCOUNT** | **$814.18** |
| **PRESENT BALANCE DUE**                | **$00.00** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

November 30, 2015

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

| Date | Description | Hours |
|---|---|---|
| 11/3 | Review Response to Motion to Dismiss; Teleconference with attorney C.Mason; Review Bankruptcy and Federal Court pleadings | .8 |
| 11/4 | Review pleadings; Teleconference with attorney C.Mason; Preparation of letter to Trustee; Preparation of Answer to Complaint and Counterclaim | 1.4 *4.3 |
| 11/5 | Teleconference with attorney C.Mason; Teleconference with DJ; Teleconference with Client | .7 NC |
| 11/11 | Teleconference with Client | .1 |
| 11/12 | Several teleconferences with Client; several teleconferences with attorney C.Mason; Teleconference with M. Ho; Teleconference with DJ and Alex; Several teleconferences with DJ; | 2.8 |
| 11/13 | Teleconference with Client; Teleconference with attorney C.Mason | .2 |
| 11/14 | Draft Answer to Amended Complaint; Preparation Counterclaim; Forward and receive texts and emails; | 2.9 *1.9 |
| 11/15 | Preparation of Counterclaim | *3.1 |
| 11/17 | Teleconference with attorney C.Mason; Preparation Counterclaim | .5 *.3 |
| 11/18 | Texts to and from attorney C.Mason, DJ and Client; Review email from DJ; Review documents; Preparation Answer to Amended Complaint and Counterclaim; Teleconference with Client; | 2.3 *2.3 NC |
| 11/19 | Several teleconferences with attorney C.Mason; Teleconference with attorney C.Mason and Client; Property of Chronology | 1.4 *1.4 |
| 11/20 | Preparation of Chronology; Teleconference with Client; Teleconference with Alex | .5 |

| | | |
|---|---|---:|
| | Warren | *1.6 |
| 11/21 | Review Documents; Preparation of Chronology; Email  Client; File Preparation; Teleconference with attorney C.Mason | 1.7 *2.7 |
| | Teleconference with Client | NC |
| 11/22 | Review and redraft Trustee letter; Teleconference with attorney C.Mason; Teleconference with Client; | 1.2 NC |
| 11/24 | Teleconference with Client; Review Trustee letter | .6 |
| 11/30 | Review various emails; Teleconference with Client | NC |

| | |
|---:|---:|
| **TOTAL HOURS** | **36.5** |
| **TOTAL HOURS AT $275.00 per hour** | **18.9** |
| **TOTAL AT $275.00 per hour** | **$5,197.50** |
| **TOTAL HOURS AT $50.00 per hour** | **17.6** |
| **TOTAL AT $50.00 per hour** | **$880.00** |
| **COSTS** | **$0.00** |
| **BALANCE DUE THIS MONTH** | **$6,077.50** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **CLIENT COURTESY** | **($519.75)** |
| **TRUST ACCOUNT BALANCE** | **$814.18** |
| **PAID FROM TRUST ACCOUNT** | **$814.18** |
| **BALANCE REMAINING IN TRUST ACCOUNT** | **$0.00** |
| **PRESENT BALANCE DUE** | **$4,743.57** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

January 31, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

RE:   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**
      **Sale of Fiesta**

**FIESTA vs. ZUNIGA**

| | | |
|---|---|---|
| 1/8 | Review correspondence from attoney Mason; Teleconference with attorney Mason; Review correspondence from attorney Mason | .1 |
| 1/11 | Teleconference with Client | .1 |
| 1/14 | Preparation of file; Review materials, chronology and documents | .4<br>\*.9 |
| 1/26 | Review response to Motion to Dismiss; Several telephone conferences with attorney C.Mason | .5 |
| 1/27 | Teleconference with Client; Teleconference with attorney C.Mason; Review Singh documents for purpose of motion to disqualify counsel | .3 |
| 1/28 | Motion to Disqualify counsel-review email from attorney C.Mason; Email to Client and attorney C.Mason | .1 |
| 1/29 | Review Singh documents for purpose of motion to disqualify counsel; Teleconference with attorney C.Mason; Email  of relevant documents to attorney C.Mason | .4<br>\*.5 |

**SALE OF FIESTA**

<div align="right">

**TOTAL HOURS**

</div>

| | |
|---|---|
| **TOTAL HOURS AT $275.00 per hour** | **1.9** |
| **TOTAL AT $275.00 per hour** | **$522.50** |
| **TOTAL HOURS AT $50.00 per hour** | 1.4 |
| **TOTAL AT $50.00 per hour** | **$70.00** |

## COSTS

| | |
|---:|---:|
| BALANCE DUE THIS MONTH | $592.50 |
| PREVIOUS BALANCE DUE | $0.00 |
| TRUST ACCOUNT BALANCE | $0.00 |
| PAID FROM TRUST ACCOUNT | $0.00 |
| BALANCE REMAINING IN TRUST ACCOUNT | $0.00 |
| PRESENT BALANCE DUE | $592.50 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

February 29, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson
Sale of Fiesta**

**FIESTA vs. ZUNIGA**

| Date | Description | Hours |
|---|---|---|
| 2/8 | Review motion to Expedite Discovery; Teleconference with attorney C. Mason | .2 |
| 2/17 | Review pleading filed, including Plaintiff's Response to Motion for Consideration of Deadlines and Extension of Time; Teleconference with attorney C.Mason | .2 <br> *.5 |
| 2/18 | Teleconference with attorney C.Mason; Review file and pleadings for documents regarding Singh argument; Several emails to attorney C.Mason | .6 <br> *2.6 |
| 2/19 | Several teleconference with Client; Several teleconference with attorney C.Mason | .5 |
| 2/20 | Singh record production to attorney C.Mason for motion for Disqualification; Teleconference with attorney C.Mason | .8 <br> *2.5 |
| 2/21 | Teleconference with attorney C.Mason | .1 |
| 2/24 | Teleconference with Copperpoint; Email to attorney C.Mason; Teleconference with attorney C.Mason; Texts to and from Client; Texts to and from attorney C.Mason, D.J | .5 |

|  |  |
|---|---|
| **TOTAL HOURS** | **8.6** |
| **TOTAL HOURS AT $275.00 per hour** | **3.0** |
| **TOTAL AT $275.00 per hour** | **$825.00** |

| | |
|---|---|
| **TOTAL HOURS AT $50.00 per hour** | **5.6** |
| **TOTAL AT $50.00 per hour** | **$280.00** |
| **BALANCE DUE THIS MONTH** | **$1,105.00** |
| **PREVIOUS BALANCE DUE** | **$592.50** |
| **TRUST ACCOUNT BALANCE** | **$3,000.00** |
| **PAID FROM TRUST ACCOUNT** | **$1,697.50** |
| **BALANCE REMAINING IN TRUST ACCOUNT** | **$1,302.50** |
| **PRESENT BALANCE DUE** | **$0.00** |



Michael L. Schwartz
Attorney at Law —————————— PLLC

7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

March 31, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

RE:   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**
      **Sale of Fiesta**

      **FIESTA vs. ZUNIGA**

| 3/28 | Teleconference with attorney | .2 |
| 3/29 | Teleconference with attorney C.Mason; Review documents regarding Singh | .4 |



**TOTAL HOURS     5.2**

|                                      |            |
|--------------------------------------|-----------:|
| TOTAL HOURS AT $275.00 per hour      |        5.0 |
| TOTAL AT $275.00 per hour            |  $1,375.00 |
| TOTAL HOURS AT $50.00 per hour       |         .2 |
| TOTAL AT $50.00 per hour             |     $10.00 |
| BALANCE DUE THIS MONTH               |  $1,385.00 |
| PREVIOUS BALANCE DUE                 |      $0.00 |
| TRUST ACCOUNT BALANCE                |  $1,302.50 |
| PAID FROM TRUST ACCOUNT              |  $1,302.50 |
| CLIENT COURTESY                      |     $82.50 |
| BALANCE REMAINING IN TRUST ACCOUNT   |      $0.00 |
| PRESENT BALANCE DUE                  |      $0.00 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

April 30, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:** **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**
**Sale of Fiesta**

**FIESTA vs. ZUNIGA**

4/21    Teleconference with attorney C.Mason                          .1

| | |
|---|---|
| **TOTAL HOURS** | 2.7 |
| **TOTAL HOURS AT $275.00 per hour** | 2.7 |
| **TOTAL AT $275.00 per hour** | $742.50 |
| **TOTAL HOURS AT $50.00 per hour** | 0.00 |
| **TOTAL AT $50.00 per hour** | $0.00 |
| **BALANCE DUE THIS MONTH** | $742.50 |
| **PREVIOUS BALANCE DUE** | $0.00 |
| **TRUST ACCOUNT BALANCE** | $0.00 |

PAID FROM TRUST ACCOUNT       0.00

CLIENT COURTESY

BALANCE REMAINING IN TRUST ACCOUNT      $0.00

PRESENT BALANCE DUE      $742.50



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.237.9701 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

June 30, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:    Fiesta Pediatrics Therapy, Inc. and Beth Williamson
        Sale of Fiesta**

**FIESTA vs. ZUNIGA**

| | | |
|---|---|---|
| 6/8 | Email to Chris Mason; Teleconference with Chris Mason; Telephone Conference with Client | NC |
| 6/10 | Teleconference with Chris Mason and Client; Review Answer and Counterclaim; Email to Chris Mason | 1.6 |
| 6/13 | Conference with Chris Mason Reviewing and Drafting Answer and Counterclaim; Telephone Conference with Client | 3.0 |
| 6/14 | Email to Chris Mason | .1 |
| 6/16 | Research; Preparation of Chronology and File | *2.5 |
| 6/17 | Preparation of Chronology and File; Email to Chris Mason | .3<br>*3.2 |
| 6/18 | Preparation of Chronology and File; Email to Chris Mason | .7<br>*1.1 |
| 6/19 | Preparation of Chronology and File; Email to Chris Mason | *.9 |
| 6/21 | Review Draft Answer and Counterclaim; Telephone Conference with Chris Mason; Review Documents; Email to Chris Mason; Review Email from Chris Mason; Review Proposed Case Management Report | 1.4 |
| 6/22 | Several texts to Chris Mason; Review Defendant's Motion Renewal of Motion for Reconsideration/Renewing Motion Re: Protective Order.<br>Teleconference with Client; Teleconference with Chris Mason | .2<br>NC<br>NC |
| 6/23 | Preparation of Chronology and File; Several telephone conferences with Chris Mason; Teleconference with Plaintiff's Attorneys | 1.3<br>*2.0 |
| 6/24 | Preparation of Chronology and File | *1.0 |

| | | |
|---|---|---|
| 6/25 | Review Transcript of Motion to Dismiss Hearing; Review Jarrett Investigative Reports for discovery purposes; Review Correspondence from Defendant's Attorney | .2<br>*.7 |
| 6/27 | Conference with Chris Mason; Preparation of Initial Disclosure Statement; Preparation of Chronology | 3.8<br>*2.3 |
| 6/28 | Preparation of Chronology and file; Telephone Conference with Client and Chris Mason; Telephone Conference with Chris Mason; Preparation of Initial Disclosure Statement | 3.8<br>*5.0 |
| 6/29 | Telephone Conference with Damian and Jarrett; Telephone Conference with Forensic Digital Examiner; Text to Client; Telephone Conference of Chris Mason; Telephone Conference with Lupe; Preparation of Initial Disclosure Statement; | .8<br>*2.0 |
| 6/30 | Several telephone conferences with Lupe; Conference with Chris Mason; Telephone Conference with Chris Mason and Client; Telephone Conference with Damian Jarrett; Preparation of Initial Disclosure Statement | 2.2<br>*2.1 |

████████████████████████████████████████

| | |
|---|---|
| **TOTAL HOURS** | **43.6** |
| **TOTAL HOURS AT $275.00 per hour** | **19.4** |
| **TOTAL AT $275.00 per hour** | **$5,335.00** |
| **TOTAL HOURS AT $50.00 per hour** | **24.2** |
| **TOTAL AT $50.00 per hour** | **$1,210.00** |
| **BALANCE DUE THIS MONTH** | **$6,545.00** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **TRUST ACCOUNT BALANCE** | **$1,500.00** |
| **PAID FROM TRUST ACCOUNT** | **($1,500.00)** |
| **CLIENT COURTESY** | **($1,300.00)** |
| **BALANCE REMAINING IN TRUST ACCOUNT** | **$0.00** |
| **PRESENT BALANCE DUE** | **$3,745.00** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

July 31, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson
        Sale of Fiesta**

**FIESTA vs. ZUNIGA**

| | | |
|---|---|---|
| 7/1 | Teleconference with Fiesta Employees; Telephone conference with client; Text to Chris Mason; File preparation | .2 |
| 7/5 | Teleconference with Chris Mason; Emails to and from Chris Mason; Texts to and from Chris Mason; Teleconference with employees | .3 |
| 7/6 | Teleconference with Chris Mason; Teleconference with Fiesta Employees; Telephone conference with Client | 1.0<br>*.5 |
| 7/7 | Attendance at Case Management Conference | NC |
| 7/11 | Teleconference with Chris Mason | NC |
| 7/22 | Teleconference with Fiesta Employees; Teleconference with Chris Mason; Teleconference with Damien Jarrett; text to Client | .2 |
| 7/25 | Review settlement letter; Text to Chris Mason; Review file for discovery and case strategy meeting; telephone conference with Chris Mason | *2.3 |
| 7/26 | Teleconference with Chris Mason | *.4 |
| 7/27 | Conference with Chris Mason preparing trial and discovery strategy | 2.0 |
| 7/28 | Teleconference with Damian: Preparation of discovery information; Email to Damian | .3<br>*.2 |

**TOTAL HOURS    7.4**

**TOTAL HOURS AT $275.00 per hour    4.0**

| | |
|---|---|
| TOTAL AT $275.00 per hour | $1,100 |
| TOTAL HOURS AT $50.00 per hour | 3.4 |
| TOTAL AT $50.00 per hour | $170.00 |
| BALANCE DUE THIS MONTH | $1,270.00 |
| PREVIOUS BALANCE DUE | $1,745.00 |
| TRUST ACCOUNT BALANCE | $0.00 |
| PAID FROM TRUST ACCOUNT | $0.00 |
| BALANCE REMAINING IN TRUST ACCOUNT | $0.00 |
| PRESENT BALANCE DUE | $3,015.00 |



Michael L. Schwartz
Attorney-at-Law ——————— PLLC

7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.237.9701 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

August 31, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:**   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**
**Sale of Fiesta**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT**

| | | |
|---|---|---|
| 8/1 | Teleconference with C.Mason | NC |
| 8/2 | Texts to and from C.Mason | NC |
| 8/3 | Review emails to and from C.Mason and Client | NC |
| 8/24 | Teleconference with Client | .2 |
| 8/25 | Teleconference with C.Mason | .1 |
| 8/30 | Review email from DJ; Review and redraft PI Agreement; Email redrafted PI agreement to DJ; Review redrafted agreement and suggest additional changes | .3 |
| 8/31 | Review redrafted PI agreement and suggest additional changes; Email to DJ | .1 |



| | |
|---|---|
| TOTAL HOURS | 6.3 |
| TOTAL HOURS AT $275.00 per hour | 2.9 |
| TOTAL AT $275.00 per hour | $797.50 |
| TOTAL HOURS AT $50.00 per hour | 3.4 |
| TOTAL AT $50.00 per hour | 170.00 |
| BALANCE DUE THIS MONTH | |
| PREVIOUS BALANCE DUE | $2,000.00 |
| TRUST ACCOUNT BALANCE | $0.00 |
| PAID FROM TRUST ACCOUNT | $0.00 |
| BALANCE REMAINING IN TRUST ACCOUNT | $0.00 |
| PRESENT BALANCE DUE | $2,967.50 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.237.9701 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

September 30, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT AND SUPERIOR COURT**

| | | |
|---|---|---|
| 9/20 | Telephone conference with attorney C.Mason and Client; Telephone conference with DJ; Telephone conference with Lupe; Telephone conference with attorney C.Mason; | 2.1 |
| 9/21 | Several telephone conferences with attorney C.Mason; Several texts to DJ; Review records; Telephone conference with Lupe; Email to Client; Telephone conference with DJ; Preparation of Chronology | 2.0 *4.9 |
| 9/22 | Conference with attorney C.Mason and witnesses; text to D. J.; | 1.1 *2.0 |
| | Telephone conference with attorney C.Mason; | NC |
| | Telephone conference with Client | NC |
| 9/27 | Review discovery responses; Email to attorney C.Mason | NC |





9/30    Teleconference with client)

| | |
|---|---|
| **TOTAL HOURS** | |
| **TOTAL HOURS AT $275.00 per hour** | **11.8** |
| **TOTAL AT $275.00 per hour** | **$3,245.00** |
| **TOTAL HOURS AT $50.00 per hour** | **20.1** |
| **TOTAL AT $50.00 per hour** | **$1,005.00** |
| **Filing fees-Superior Court** | **$319.00** |
| **Service of Process** | **$135.00** |
| **BALANCE DUE THIS MONTH** | **$4,704.00** |
| **PREVIOUS BALANCE DUE** | **$2,967.50** |
| **CLIENT PAYMENT 10/4/16** | **($2,967.50)** |
| **TRUST ACCOUNT BALANCE** | **$500.00** |
| **PAID FROM TRUST ACCOUNT FOR COSTS** | **($454.00)** |
| **PAID FROM TRUST ACCOUNT FOR SERVICES** | **($46.00)** |
| **BALANCE DUE** | **$4,658.00** |
| **CLIENT COURTESY** | **($1,397.00)** |
| **PRESENT BALANCE DUE** | **$3,260.60** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.237.9701 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

November 30, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### FOR LEGAL SERVICES RENDERED

RE:   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA – U.S. DISTRICT COURT AND SUPERIOR COURT**

| | | |
|---|---|---|
| 11/1 | Preparation of Chronology for US District Court case, Maricopa County Superior Court case and Mediation | *.9 |
| 11/26 | Telephone conference with attorney C.Mason | NC |





| | |
|---|---|
| **TOTAL HOURS** | 13.3 |
| **TOTAL HOURS AT $275.00 per hour** | 4.7 |
| **TOTAL AT $275.00 per hour** | $1,292.00 |
| **TOTAL HOURS AT $50.00 per hour** | 8.6 |
| **TOTAL AT $50.00 per hour** | $430.00 |
| **COSTS**<br>Postage | $1.32 |
| **BALANCE DUE THIS MONTH** | $1,723.32 |
| **PREVIOUS BALANCE DUE** | $2,141.92 |
| **CLIENT PAYMENT 11/7/16** | ($2,141.92) |
| **TRUST ACCOUNT BALANCE** | $0.00 |
| **PAID FROM TRUST ACCOUNT** | $0.00 |
| **BALANCE DUE** | $1,723.32 |
| **CLIENT COURTESY** | (129.20) |
| **PRESENT BALANCE DUE** | $1,594.12 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

December 31, 2016

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:  Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT AND SUPERIOR COURT**

| | | |
|---|---|---|
| 12/1 | Preparation of Notice of Uniform Interrogatories to Defendant Zuniga; Teleconference with attorney general for BOT | .6<br>*.2 |
| 12/5 | Teleconference with Karen Whiteford BOT; Preparation of Rule 26.1 Disclosure Statement and Disclosure Documents | .1<br>*2.5 |
| 12/6 | Preparation of Rule 26.1 Disclosure Statement, Witnesses Expected to Testify; Witnesses with pertinent Knowledge  and Disclosure Documents and Chronology | 1.0<br>*2.2 |
| 12/7 | Preparation of Rule 26.1 Disclosure Statement and Disclosure Documents and Chronology | *.3 |
| 12/8 | Preparation of Rule 26.1 Disclosure Statement and Disclosure Documents and Chronology | *1.0 |
| 12/9 | Preparation of Rule 26.1 Disclosure Statement and Disclosure Documents and Chronology; Teleconference with Client and attorney C. Mason | 1.5<br>*3.2 |
| 12/11 | Conference with attorney C.Mason; Preparation of Rule 26.1 Disclosure Statement and disclosure Documents and Chronology, Witnesses Expected to Testify; Witnesses with Pertinent Knowledge | 5.0<br>*6.5 |
| 12/13 | Attendance at Client Deposition preparation | 1.0<br>*3.0 |
| 12/14 | Preparation of Rule 26.1 Disclosure Statement and Disclosure Documents and Chronology | 1.5<br>*3.0 |
| 12/15 | Conference with Client and attorney C.Mason | 2.0<br>*2.0 |

| Date | Description | Hours |
|------|-------------|-------|
| 12/16 | Attendance at Client Deposition | 1.9<br>*7.1 |
| 12/17 | Teleconference with attorney Nussbaum | .2 |
| 12/18 | Review email from attorney C.Mason; Text to Client | *.2 |
| 12/19 | Teleconference with Client; Teleconference with Damian Jarrett; Text to Damian Jarrett; teleconference with accountant; Review emails between counsel; Review notes; Preparation of file; Retrieval of Zuniga deposition | .2<br>*.7 |
| 12/21 | Teleconference with Kraig Marton Re: failure to file Rule 26.1 Disclosure Statement timely; Email to attorney C.Mason | .1 |
| 12/22 | Review audio tapes of BOT hearings; Teleconference with attorney C.Mason | *1.8 |
| 12/23 | Review audio tapes of BOT hearings; Teleconference with attorney C.Mason | 1.0<br>*5.0 |
| 12/27 | Review emails from attorney Silence; Email to Client; Email to attorney Silence | *.3 |
| 12/28 | Preparation of file for Discovery responses | *1.1 |
| 12/29 | Attendance at Conference at attorney C.Mason's office; Teleconference with Client | .5<br>*1.2 |
| 12/30 | Review file for information on client's decision to sue Zuniga, in regards to retaliation claim; Email to attorney C.Mason | .6 |

|  |  |
|------|------|
| **TOTAL HOURS** | |
| **TOTAL HOURS AT $275.00 per hour** | **17.2** |
| **TOTAL AT $275.00 per hour** | **$4,730.00** |
| **TOTAL HOURS AT $50.00 per hour** | **41.3** |
| **TOTAL AT $50.00 per hour** | **$2,065.00** |
| **COSTS** | |
| **Printing** | **$24.70** |
| **Parking** | **$21.00** |
| **Postage** | **$3.97** |
| **BALANCE DUE THIS MONTH** | **$6,844.67** |

| | |
|---|---|
| **PREVIOUS BALANCE DUE** | $1,594.12 |
| **CLIENT PAYMENT 12/13/16** | ($1,594.12) |
| **TRUST ACCOUNT BALANCE** | $0.00 |
| **PAID FROM TRUST ACCOUNT** | $0.00 |
| **BALANCE DUE** | $6,844.67 |
| **CLIENT COURTESY** | ($1,019.67) |
| **PRESENT BALANCE DUE** | $5,825.00 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

January 31, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT AND SUPERIOR COURT**

| | | |
|---|---|---|
| 1/9 | Review Singh Settlement Agreement; Email to attorney C.Mason | .8 |
| 1/10 | Teleconference with Client and attorney C.Mason; Text to DJ; Teleconference with attorney C.Mason; Preparation for Singh Deposition; Review, Singh accident case deposition | .2<br>*1.7 |
| 1/11 | Preparation for Singh Deposition; Review, Singh accident case deposition; Email attorney C.Mason; Preparation for him Singh deposition | *1.5 |
| 1/12 | Attendance at Singh deposition | 2.0<br>*7.0 |
| 1/15 | Teleconference with Client; Review email  from attorney C.Mason; Teleconference with attorney C.Mason | .5 |
| 1/16 | Teleconference with attorney C.Mason; Teleconference with attorney C.Mason and Client; Teleconference with Fiesta; Review Emails and documents; Review employee records; Several emails to attorney C.Mason | .5<br>*3.1 |
| 1/17 | Review Singh deposition; Teleconference with attorney C.Mason office; Teleconference with attorney J. Silence; Teleconference with Judge Bustamante's Judicial Assistant; Review records; Teleconference with attorney C.Mason; Teleconference with attorney C.Mason office regarding filing removal; Review interrogatories directed to Clients | .8<br>*1.5 |
| 1/18 | Preparation of file; Text to attorney C.Mason; Review Singh deposition; Teleconference with Client | .5<br>*.8 |
| 1/19 | Attendance at Singh Deposition; Several teleconferences with attorney C.Mason; Several teleconferences with Client; Preparation and review of Errata Sheet | *4.6 |

| 1/22 | Review file and documents | *.4 |
| 1/23 | Telephone conference with attorney C.Mason | .3<br>*.7<br>*.5 |
| 1/26 | Review Removal documents | |
| 1/27 | Review email from attorney C.Mason; Email to attorney C.Mason; Telephone conference with attorney C.Mason; Text to attorney C.Mason; Review Amended Answer and Counterclaim | .3 |
| 1/28 | Review supplemental Rule 26.1 Disclosure Statement; telephone conference with attorney C. Mason; Email to attorney C. Mason regarding Uniform Interrogatories to Defendant in Uniform Interrogatories to Plaintiff | .8<br>*1.1 |
| 1/29 | Review of files for Answer to Counterclaim; Preparation for Motion for summary judgment; Preparation of Answer to Counterclaim; Review of pleadings for Motion for Summary Judgment | .5<br>*2.4 |
| 1/30 | Preparation for Motion for Summary Judgment | *1.1 |
| 1/31 | Preparation for Motion for Summary Judgment; telephone conference with attorney C. Mason; telephone conference with client | .5<br>*5.3 |

|  | | |
| --- | --- | --- |
| | **TOTAL HOURS** | **41.9** |
| | **TOTAL HOURS AT $275.00 per hour** | **8.2** |
| | **TOTAL AT $275.00 per hour** | **$2,255.00** |
| | **TOTAL HOURS AT $50.00 per hour** | **32.7** |
| | **TOTAL AT $50.00 per hour** | **$1,635.00** |
| | **COSTS** | |
| | **Copies** | **$27.00** |
| | **BALANCE DUE THIS MONTH** | **$3,917.00** |
| | **PREVIOUS BALANCE DUE** | **$5,825.00** |
| | **CLIENT PAYMENT 1/11/17** | **($5,825.00)** |
| | **TRUST ACCOUNT BALANCE** | **$0.00** |
| | **PAID FROM TRUST ACCOUNT** | **$0.00** |

**BALANCE DUE**    $3,917.00

**CLIENT COURTESY**    $400.00

**PRESENT BALANCE DUE**    $3,517.00



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

February 28, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:**   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT AND SUPERIOR COURT**

| | | |
|---|---|---|
| 2/1 | Teleconference with Client and attorney C.Mason | .5 |
| 2/2 | Summarize and review Zuniga deposition and exhibits for inclusion in Motion for Summary Judgment Statement of Facts | 1.5<br>*3.7 |
| 2/3 | Summarize and review Zuniga deposition and exhibits for inclusion in Motion for Summary Judgment Statement of Facts | 1.4<br>*3.7 |
| 2/4 | Summarize and review Zuniga deposition and exhibits for inclusion in Motion for Summary Judgment Statement of Facts; Preparation of Statement of Facts for Motion for Summary Judgment | 1.0<br>*3.0 |
| 2/5 | Review motion for Ethical Rule 4.2 Evidentiary hearing and Request for Relief from Violation;<br>Preparation of Statement of Facts for Motion for Summary Judgment | NC<br><br>.5<br>*1.9 |
| 2/6 | Preparation of Statement of Facts for Motion for Summary Judgment; Teleconference with attorney C.Mason;  Review Singh deposition and exhibits for inclusion in Motion for Summary Judgment Statement of Facts | .9<br>*3.2 |
| 2/7 | Telephone conference with attorney C.Mason; Review Answer to Counterclaim; Email to Client; Preparation of Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | *2.3 |
| 2/8 | Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | *5.5 |
| 2/9 | Telephone conference with attorney C.Mason; Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | *1.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 2/10 | Telephone conference with Client, attorney C.Mason and PI | .9 |
| 2/12 | Finalized. Summary of Muneton deposition; Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Lupe deposition; Email to attorney C.Mason | .8<br>*2.3 |
| 2/14 | Review and summarize Williamson deposition; Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | 2.0<br>*5.5 |
| 2/15 | Review and summarize Williamson deposition; Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | 2.1<br>*4.2 |
| 2/17 | Telephone conference with attorney Chris Mason; Telephone conference with attorney Chris Mason and Client; Telephone conference with PI; Text to Client; Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | .7<br>*3.0 |
| 2/19 | Preparation Statement of Facts to Motion for Summary Judgment; Review and summarize Muneton deposition | 1.0<br>*5.1 |
| 2/20 | Summarize Zuniga deposition; Summarize Williamson deposition; Preparation Statement of Facts to Motion for Summary Judgment | .5<br>*4.8 |
| 2/21 | Preparation Statement of Facts to Motion for Summary Judgment | *6.9 |
| 2/22 | Telephone conference with Client; email to attorney Chris Mason | .1 |
| 2/23 | Preparation Statement of Facts to Motion for Summary Judgment | 1.1<br>*4.4 |
| 2/24 | Attendance at attorney Chris Mason's office to review Statement of Facts for Motion for Summary Judgment in documents and exhibits and preparation of filing Motion for Summary Judgment | 1.0<br>*2.1 |
| 2/26 | Email to attorney C.Mason; Text to Client; Review Motion for Summary Judgment Statement of Facts | *.9 |
| 2/28 | Teleconference with Lupe; Teleconference with B. Elmer's office | .2 |

TOTAL HOURS

| | |
|---|---|
| TOTAL HOURS AT $275.00 per hour | 16.0 |
| TOTAL AT $275.00 per hour | $4,400.00 |
| TOTAL HOURS AT $50.00 per hour | 63.7 |

|                            |              |
|---------------------------:|-------------:|
| TOTAL AT $50.00 per hour   | $3,185.00    |
| COSTS                      | $7,585.00    |
| BALANCE DUE THIS MONTH     | $7,585.00    |
| PREVIOUS BALANCE DUE       | $3,517.00    |
| CLIENT PAYMENT   2/7/17    | ($3,517.00)  |
| TRUST ACCOUNT BALANCE      | $0.00        |
| PAID FROM TRUST ACCOUNT    | $0.00        |
| BALANCE DUE                | $7,585.00    |
| CLIENT COURTESY            | ($1,000.00)  |
| PRESENT BALANCE DUE        | $6,585.00    |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

March 31, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson
         Sale of Fiesta**

**FIESTA vs. ZUNIGA - U.S. DISTRICT**

| | | |
|---|---|---|
| 3/1 | Preparation of Statement of Facts for Motion for Summary Judgment and Exhibits | 1.3<br>*3.2 |
| 3/5 | Preparation of Statement of Facts for Motion for Summary Judgment and Exhibits | .5<br>*2.2 |
| 3/6 | Attendance at meeting with attorney C.  Mason reviewing preparation of Statement of Facts for Motion for Summary Judgment and Exhibits; Several telephone conference with Client; Preparation of Statement of Facts for Motion for Summary Judgment and Exhibits | 1.0<br>*6.9 |
| 3/7 | Attendance at meeting with attorney C.  Mason to finalize and file Motion for Summary judgment, including Statement of Facts for Motion for Summary Judgment and Exhibits | 4.0<br>*4.5 |

| | |
|---|---|
| **TOTAL HOURS** | 8.6 |
| **TOTAL HOURS AT $275.00 per hour** | 6.9 |

|  |  |
|---|---|
| TOTAL AT $275.00 per hour | $1,897.50 |
| TOTAL HOURS AT $50.00 per hour | 1.7 |
| TOTAL AT $50.00 per hour | $85.00 |
| COSTS | |
| BALANCE DUE THIS MONTH | $1,982.50 |
| PREVIOUS BALANCE DUE | $6,585.00 |
| CLIENT PAYMENT   3/13/17 | ($6,585.00) |
| TRUST ACCOUNT BALANCE | $0.00 |
| PAID FROM TRUST ACCOUNT | $0.00 |
| BALANCE DUE | $1,982.50 |
| CLIENT COURTESY | ($198.00) |
| PRESENT BALANCE DUE | $1,784.50 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

April 30, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:**   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson
Sale of Fiesta**

**FIESTA vs. ZUNIGA - U.S. DISTRICT**

| | | |
|---|---|---|
| 4/17 | Teleconference with attorney C.Mason regarding MLS preparing the initial Fiesta Controverting Statement to the Statement of Facts filed by Zuniga as a part of her Motion for Summary judgment and initial preparation of same | 1.2 |
| 4/18 | Preparation of Fiesta Controverting Statement to the Statement of Facts filed by Zuniga as a part of her Motion for Summary judgment | 4.0 |
| 4/19 | Preparation of Fiesta Controverting Statement to the Statement of Facts filed by Zuniga as a part of her Motion for Summary judgment | 6.1 |
| 4/20 | Preparation of Fiesta Controverting Statement to the Statement of Facts filed by Zuniga as a part of her Motion for Summary judgment; Preparation of Williamson and Muneton Declarations; Several telephone conferences with attorney C.Mason; Several telephone conferences with witnesses for Declaration information | 4.3 |
| 4/28 | Email to attorney C.Mason re: Singh Salary records | NC |





TOTAL HOURS

TOTAL HOURS AT $275.00 per hour

TOTAL AT $275.00 per hour

TOTAL HOURS AT $50.00 per hour

TOTAL AT $50.00 per hour

COSTS

BALANCE DUE THIS MONTH

PREVIOUS BALANCE DUE

CLIENT PAYMENT   3/13/17

TRUST ACCOUNT BALANCE

PAID FROM TRUST ACCOUNT

BALANCE DUE

CLIENT COURTESY

PRESENT BALANCE DUE



**Michael L. Schwartz**
Attorney-at-Law ——————— PLLC

7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

May 31, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### FOR LEGAL SERVICES RENDERED

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson
         Sale of Fiesta**

**FIESTA vs. ZUNIGA - U.S. DISTRICT**



|  |  |
|---|---|
| **TOTAL HOURS** | **4.0** |
| **TOTAL HOURS AT $275.00 per hour** | **2.2** |

| | |
|---|---|
| TOTAL AT $275.00 per hour | $605.00 |
| TOTAL HOURS AT $50.00 per hour | 1.8 |
| TOTAL AT $50.00 per hour | $90.00 |
| COSTS | |
| BALANCE DUE THIS MONTH | $695.00 |
| TRUST ACCOUNT BALANCE | $0.00 |
| PAID FROM TRUST ACCOUNT | $0.00 |
| PRESENT BALANCE DUE | $695.00 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.237.9701 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

October 31, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:    Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT**

10/2    Telephone conference with Client; Telephone conference with attorney Chris Mason          *.6



| | |
|---|---|
| **TOTAL HOURS** | **9.1** |
| **TOTAL HOURS AT $275.00 per hour** | **1.1** |
| **TOTAL AT $275.00 per hour** | **$305.50** |
| **TOTAL HOURS AT $50.00 per hour** | ***8.0** |
| **TOTAL AT $50.00 per hour** | **$400.00** |
| **BALANCE DUE THIS MONTH** | **$705.50** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **TRUST ACCOUNT BALANCE** | **$0.00** |
| **PRESENT BALANCE DUE** | **$705.50** |



Michael L. Schwartz
Attorney-at-Law ————————————— PLLC

7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.237.9701 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

November 30, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:    Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT**

| | | |
|---|---|---|
| 11/13 | Preparation for and telephone conference with attorney Mason and plaintiffs' attorneys | *1.1 |
| 11/14 | Preparation of Defendants' List of Witnesses; Telephone conference with attorney Mason | .4 *1.1 |
| 11/17 | Preparation of Witness List for inclusion in Pre-Trial Order; telephone conference with client; Texts to and from attorney Mason | .4 |
| 11/18 | Review Confidentiality agreement; Telephone conference with attorney Mason | *.6 |
| 11/20 | Teleconference with attorneys; telephone conference with attorney Mason | *1.2 |
| 11/25 | Review Proposed Final Pretrial Order and Relevant Documents | 1.0 *1.3 |
| 11/28 | Telephone conference with attorney Mason; Teleconference with attorney Mason, Marton and Silence regarding Proposed Final Pretrial Order | .4 *1.8 |
| 11/29 | Review emails and Proposed Final Pretrial Order | *.3 |
| 11/30 | Review Proposed Final Pretrial Order; Email to attorney Mason; Texts to client and attorney Mason; Review Plaintiff's Motion In Limine #1; Review Plaintiffs Proposed Findings of Fact; Review Defendants Proposed Findings of Fact; Review Notice of Service; Review Proposed Final Pretrial Order; Review Joint Proposed Pretrial Order; Review Defendants Motion In Limine #1 | .4 *.9 |

| | |
|---|---|
| **TOTAL HOURS** | 11.4 |
| **TOTAL HOURS AT $275.00 per hour** | 4.0 |
| **TOTAL AT $275.00 per hour** | $1,100.00 |
| **TOTAL HOURS AT $50.00 per hour** | 7.4 |
| **TOTAL AT $50.00 per hour** | $370.00 |
| **BALANCE DUE THIS MONTH** | $1,470.00 |
| **COSTS** | |
| **Filing Fee** | $10.61 |
| **Copy costs** | $24.30 |
| **PREVIOUS BALANCE DUE** | $0.00 |
| **TRUST ACCOUNT BALANCE** | $0.00 |
| **PRESENT BALANCE DUE** | $1,504.91 |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

December 31, 2017

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

## *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

**FIESTA vs. ZUNIGA - U.S. DISTRICT COURT AND SUPERIOR COURT**

| | | |
|---|---|---|
| 12/1 | Review Defendant's Motion in Limine | *.2 |
| 12/7 | Review Zuniga's response to Fiesta's Motion in Limine | *.3 |
| 12/8 | Review Fiesta's response to Zuniga's Motion in Limine Re: bankruptcy | *.3 |
| 12/12 | Teleconference with attorney Mason | *.5 |
| 12/15 | Review Motion; Telephone conference with attorney Mason | *.1 |
| 12/21 | Attendance at attorney Mason's office and Pretrial hearing | 1.0 <br> *1.0 |
| 12/23 | Review email from attorney Mason; Email to client and attorney Mason | .1 |
| 12/28 | Review court Minute Entry | *.1 |

| | |
|---|---|
| **TOTAL HOURS** | **3.6** |
| **TOTAL HOURS AT $275.00 per hour** | **1.1** |
| **TOTAL AT $275.00 per hour** | **$302.50** |
| **TOTAL HOURS AT $50.00 per hour** | **2.5** |
| **TOTAL AT $50.00 per hour** | **$125.00** |

**COSTS**
**Photocopies**

| | |
|---|---|
| **BALANCE DUE THIS MONTH** | **$427.50** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **TRUST ACCOUNT BALANCE** | **$0.00** |
| **PAID FROM TRUST ACCOUNT** | **$0.00** |
| **PRESENT BALANCE DUE** | **$427.50** |



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

February 28, 2018

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

 

### ZUNIGA v. FIESTA - U.S. DISTRICT COURT

| | | |
|---|---|---:|
| 2/27 | Telephone conference with attorney Mason; Telephone conference with attorney Silence; Preparation of Proposed Scheduling Order; Email to attorney Silence | .8 |
| 2/28 | Teleconference with attorney Mason | .3 |

| | |
|---:|---:|
| **TOTAL HOURS** | **1.9** |
| **TOTAL HOURS AT $275.00 per hour** | **1.9** |
| **TOTAL AT $275.00 per hour** | **$522.50** |
| **TOTAL HOURS AT $50.00 per hour** | **0.00** |
| **TOTAL AT $50.00 per hour** | **$0.00** |
| **COSTS**<br>**Photocopies** | **$5.60** |
| **BALANCE DUE THIS MONTH** | **$528.10** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **TRUST ACCOUNT BALANCE** | **$0.00** |
| **PAID FROM TRUST ACCOUNT** | **$0.00** |

**PRESENT BALANCE DUE**     **$528.00**



7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

March 31- April 15 2018

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

### *FOR LEGAL SERVICES RENDERED*

**RE:   Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

<div style="background:black;height:60px;"></div>

### FIESTA vs. ZUNIGA-U.S D.C

| | | |
|---|---|---|
| 3/6 | Attendance at attorney Mason's office to prepare for trial; | 2.0 |
| 3/8 | Several telephone conference with the client; several text with client; telephone conference with attorney Mason | |
| 3/9 | Telephone conference with attorney Mason and client | .5<br>*.5 |
| 3/19 | Telephone conference with attorney Mason | .3 |
| 3/20 | Telephone conference with client; Telephone conference with attorney Mason | .8 |
| 3/21 | Telephone conference with client and Karen | .6 |
| 3/24 | Preparation of trial with attorney Mason | 1.5<br>*1.5 |
| 3/25 | Preparation for trial with attorney Mason; Summarized Fermaint deposition | 3.0<br>*4.1 |
| 3/26 | Preparation for trial with attorney Mason; Preparation for trial | 8.8 |
| 3/27 | Preparation for trial with attorney Mason | 8.0 |
| 3/28 | Preparation for trial with attorney Mason; Preparation for trial | 8.8 |
| 3/29 | Preparation for trial with attorney Mason | 8.0 |

| 3/30 | Preparation of trial with attorney Mason | 6.0 |
| 3/31 | Preparation of trial with attorney Mason | 6.0 |
| 4/1 | Preparation of trial with attorney Mason | 9.0 |
| 4/2 | Attendance at trial | 11.0 |
| 4/3 | Attendance at trial | 8.0 |
| 4/4 | Attendance at trial | 8.0 |
| 4/5 | Attendance at trial | 6.0 |

| | |
|---|---|
| **TOTAL HOURS** | **105.7** |
| **TOTAL HOURS AT $275.00 per hour** | **99.5** |
| **TOTAL AT $275.00 per hour** | **$27,362.50** |
| **TOTAL HOURS AT $50.00 per hour** | **6.2** |
| **TOTAL AT $50.00 per hour** | **$310.00** |
| **COSTS** | |
| **Photocopies** | |
| **Parking** | **$40.00** |
| **BALANCE DUE THIS MONTH** | **$27,672.50** |
| **PREVIOUS BALANCE DUE** | **$0.00** |
| **TRUST ACCOUNT BALANCE** | **$0.00** |
| **PAID FROM TRUST ACCOUNT** | **$0.00** |

**CLIENT COURTESY**   $4,000.00

**PRESENT BALANCE DUE**   $23,138.00



**Michael L. Schwartz**
Attorney-at-Law
PLLC

7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, Arizona 85258

480.902.3055 / 480.823.2709
480.471.8147 fax

schwartz@schwartzlawfirmaz.com
www.schwartzlawfirmaz.com

April 13-30 2018

Fiesta Pediatrics Therapy, Inc.
Beth Williamson
(Via Email Only)

*FOR LEGAL SERVICES RENDERED*

RE:   **Fiesta Pediatrics Therapy, Inc. and Beth Williamson**

FIESTA vs. ZUNIGA - SUPERIOR COURT







# Exhibit 4

| | |
|---|---|
| **From:** | Michael Schwartz |
| **To:** | Jeffrey A. Silence |
| **Cc:** | Nussbaum, Randy |
| **Subject:** | RE: Billing reports |
| **Date:** | Thursday, June 7, 2018 1:04:02 PM |

Jeff:

I am leaving on an emergency tomorrow to Baltimore, as I have been informed that my brother will most likely die this weekend, and I need to see him and make arrangements for his burial, as neither he nor my other brother can do so.

I explained the fees redacted. One had nothing to do with this case, the other was 192.00. Other redactions dealt with matters not related to the this case.

It seems to me you have what you need to make your arguments.

I fail to see how a few dollars one way or the other makes a difference.

Sincerely,

Michael

Michael L. Schwartz, PLLC
7702 E Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258
(480) 902-3055
(480) 823-2709 (cell)
(480) 237-9701 (fax)
SchwartzLawFirmAZ.com
schwartz@schwartzlawfirmaz.com

Attention Clients, do not forward or otherwise share this message as it could affect the confidential nature of this communication. If this message and any attachments contains confidential information, it is protected by law. If you have received this message and any attachments in error, delete the message and attachments immediately. Any unauthorized disclosure or action taken based upon the contents of this message if improperly received is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail transmission and any attachment hereto contains information from the law firm of Michael L. Schwartz, PLLC that may be an attorney-client communication and/or work product and as such is/are privileged and confidential. The information is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, your use, dissemination, forwarding, printing or copying of this
information is prohibited. If you have received this e-mail in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Jeffrey A. Silence <jxs@jaburgwilk.com>
Sent: Thursday, June 07, 2018 9:34 AM
To: Michael Schwartz <schwartz@schwartzlawfirmaz.com>
Cc: Kraig J. Marton <kjm@jaburgwilk.com>
Subject: RE: Billing reports

Michael,

I'm not asking you to do anything other than address the issues below. The most important thing we want to know is whether the amount of total fees and costs billed and paid by each of the three firms is accurate. If we don't hear from you by tomorrow (the due date for our reply in support of fees and costs), we will notify the court that we asked you to confirm, and you did not do so. We want accurate information to provide the court.

We'd also like to see the fees that were redacted for certain months, as set forth in my email below. Will we be hearing from you by tomorrow?

Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 North Central #2000
Phoenix, AZ 85012
602 248 1079 (telephone)
www.jaburgwilk.com
NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential. If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments. Thank you.


-----Original Message-----
From: Michael Schwartz [mailto:schwartz@schwartzlawfirmaz.com]
Sent: Wednesday, June 6, 2018 6:28 PM
To: Jeffrey A. Silence
Subject: RE: Billing reports

Oh well, the sentiment was there

Sincerely,

Michael

Michael L. Schwartz, PLLC
7702 E Doubletree Ranch Road
Suite 300
Scottsdale, Arizona 85258
(480) 902-3055
(480) 823-2709 (cell)
(480) 237-9701 (fax)
SchwartzLawFirmAZ.com
schwartz@schwartzlawfirmaz.com


Attention Clients, do not forward or otherwise share this message as it could affect the confidential nature of this communication. If this message and any attachments contains confidential information, it is protected by law. If you have received this message and any attachments in error, delete the message and attachments immediately. Any unauthorized disclosure or action taken based upon the contents of this message if improperly received is strictly prohibited.

CONFIDENTIALITY NOTICE: This e-mail transmission and any attachment hereto contains information from the law firm of Michael L. Schwartz, PLLC that may be an attorney-client communication and/or work product and as such is/are privileged and confidential. The information is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, your use, dissemination, forwarding, printing or copying of this information is prohibited. If you have received this e-mail in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Jeffrey A. Silence <jxs@jaburgwilk.com>
Sent: Wednesday, June 06, 2018 5:40 PM
To: Michael Schwartz <schwartz@schwartzlawfirmaz.com>
Subject: Re: Billing reports

Michael,

Wrong email.

Jeffrey Silence
Jaburg & Wilk, P.C.
3200 North Central Avenue #2000
Phoenix, AZ 85012
(602) 248-1079
www.jaburgwilk.com<http://www.jaburgwilk.com>
NOTICE: this email may be between attorney and client, and as such, is intended to be private, privileged, and confidential. If you have received the message in error, please reply that you have received it mistakenly and destroy the email and any attachments. Thank you.

On Jun 6, 2018, at 5:39 PM, Michael Schwartz
<schwartz@schwartzlawfirmaz.com<mailto:schwartz@schwartzlawfirmaz.com>> wrote:

Randy:

Here is Silence's email.

I think I have a job as his paralegal.

Sent from my iPhone

On Jun 5, 2018, at 10:23 AM, Jeffrey A. Silence <jxs@jaburgwilk.com<mailto:jxs@jaburgwilk.com>> wrote:

Michael,

After sending you the spreadsheet below, we spent additional time analyzing your bills and preparing a spreadsheet. The attached spreadsheet contains three separate spreadsheets. Can you verify that the information in each is accurate for both yourself and Mr. Mason? We intend to attach this spreadsheet to our reply in support of fees, so we want to be sure the information is accurate.

Also, there are several instances where the amount of fees has been redacted or the amounts in the bill didn't add up correctly. These errors and redactions have been identified on the spreadsheet. Can you provide the missing information and tell us whether there were errors in the totals for the bills?

Our reply in support of fees and non-taxable costs is due Friday. Can you please address these before the due date?

Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 North Central #2000
Phoenix, AZ 85012
602 248 1079 (telephone)
www.jaburgwilk.com<http://www.jaburgwilk.com/>
NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential.  If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments.  Thank you.

From: Jeffrey A. Silence

Sent: Wednesday, May 30, 2018 10:29 AM
To: 'Michael Schwartz'
Cc: Kraig J. Marton; Kimberly M. Rogers
Subject: Billing reports

Michael,

Attached is a spreadsheet we made that summarizes the information in the invoices you sent us. Could you:

1.      Verify that the amounts we list are accurate?
2.      Send us invoices or confirm there were no invoices for:
a.      Mr. Mason for Dec. 2015 and Sept 2017; and
b.      Your firm for Dec 2015, May 2016, Oct 2016, as well as June, July, August  or September 2017 or Jan 2018; and
3.      Provide us the amounts that were redacted (your invoices from April 2017 and April 2018).

Thank you.

Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 North Central #2000
Phoenix, AZ 85012
602 248 1079 (telephone)
www.jaburgwilk.com<http://www.jaburgwilk.com/>
NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential.  If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments.  Thank you.

<JXS Zuniga.xlsx>

| | |
|---|---|
| **From:** | Jeffrey A. Silence |
| **To:** | "Michael Schwartz" |
| **Cc:** | Kraig J. Marton; Kimberly M. Rogers |
| **Bcc:** | "18262_00001 JoAnne Zuniga_Employment Email_18262_18262_00001_" |
| **Subject:** | RE: Billing reports |
| **Date:** | Tuesday, June 5, 2018 10:23:49 AM |
| **Attachments:** | JXS Zuniga.xlsx |

Michael,

After sending you the spreadsheet below, we spent additional time analyzing your bills and preparing a spreadsheet. The attached spreadsheet contains three separate spreadsheets. Can you verify that the information in each is accurate for both yourself and Mr. Mason? We intend to attach this spreadsheet to our reply in support of fees, so we want to be sure the information is accurate.

Also, there are several instances where the amount of fees has been redacted or the amounts in the bill didn't add up correctly. These errors and redactions have been identified on the spreadsheet. Can you provide the missing information and tell us whether there were errors in the totals for the bills?

Our reply in support of fees and non-taxable costs is due Friday. Can you please address these before the due date?

Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 North Central #2000
Phoenix, AZ 85012
602 248 1079 (telephone)
www.jaburgwilk.com
NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential.  If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments.  Thank you.

**From:** Jeffrey A. Silence
**Sent:** Wednesday, May 30, 2018 10:29 AM
**To:** 'Michael Schwartz'
**Cc:** Kraig J. Marton; Kimberly M. Rogers
**Subject:** Billing reports

Michael,

Attached is a spreadsheet we made that summarizes the information in the invoices you sent us. Could you:

1.       Verify that the amounts we list are accurate?
2.       Send us invoices or confirm there were no invoices for:
    a.       Mr. Mason for Dec. 2015 and Sept 2017; and
    b.       Your firm for Dec 2015, May 2016, Oct 2016, as well as June, July, August  or September 2017 or Jan 2018; and
3.       Provide us the amounts that were redacted (your invoices from April 2017 and April 2018).

Thank you.

Jeffrey A. Silence
Jaburg & Wilk, P.C.
3200 North Central #2000
Phoenix, AZ 85012
602 248 1079 (telephone)
www.jaburgwilk.com

NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential.  If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments.  Thank you.

# Exhibit 5

| Invoice Date | Jennings Strouss | | | Polsinelli | | | Michael Schwarts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fees Billed | Costs | Payments | Fees Billed | Costs | Payments | Fees Billed | Costs | Payments | | |
| Aug-15 | | | | | | | 2,545.00 | - | 2,545.00 | | **Total Fees Billed** |
| Sep-15 | | | | | | | 6,577.50 | - | 4,955.00 | | **by All Firms** |
| Oct-15 | | | | 21,129.00 | 6.20 | 5,000.00 | 1,732.50 | 42.32 | 2,685.82 | | |
| Nov-15 | | | | 8,124.00 | 1,065.85 | 2,500.00 | 6,077.50 | | 814.18 | | $  **458,769.00** |
| Dec-15 | | | | | | | - | - | 4,743.57 | | |
| Jan-16 | 7,980.00 | | | | | | 592.50 | - | - | | |
| Feb-16 | 8,879.00 | 357.66 | | | | | 1,105.00 | - | 1,697.50 | | **Total Costs Billed** |
| Mar-16 | 19,271.00 | 268.34 | 7,500.00 | | | | 1,385.00 | - | 1,302.50 | | **by All Firms** |
| Apr-16 | 8,015.00 | 208.04 | 5,000.00 | | | | 742.50 | - | - | | |
| May-16 | 840.00 | 9.32 | 3,000.00 | | | | - | - | 742.50 | | $  **15,977.98** |
| Jun-16 | 7,490.00 | - | 3,000.00 | | | | 6,545.00 | - | 1,500.00 | | |
| Jul-16 | 9,800.00 | 179.66 | | | | | 1,270.00 | - | 2,000.00 | | |
| Aug-16 | 14,376.00 | 69.54 | 10,000.00 | | | | 967.50 | - | 1,015.00 | | **Total Pmts Paid** |
| Sep-16 | 11,350.00 | 327.01 | 20,000.00 | | | | 4,250.00 | 454.00 | 500.00 | | **to All Firms** |
| Oct-16 | 13,150.00 | 186.95 | 21,000.00 | | | | - | - | 4,086.38 | | |
| Nov-16 | 11,628.00 | 24.68 | 23,055.00 | | | | 1,722.00 | 1.32 | 2,141.92 | | $  **358,733.13** |
| Dec-16 | 10,641.00 | 258.95 | 21,652.68 | | | | 6,795.00 | 49.67 | 1,594.12 | | |
| Jan-17 | 27,020.50 | 22.50 | 11,102.47 | | | | 3,890.00 | 27.00 | 5,825.00 | | |
| Feb-17 | 32,690.50 | 164.75 | 27,043.00 | | | | 7,585.00 | - | 3,517.00 | | |
| Mar-17 | 9,232.50 | 579.49 | 32,855.25 | | | | 1,982.50 | - | 6,585.00 | | |
| Apr-17 | 16,922.50 | 2,544.95 | 9,811.99 | | | | Totals redacted | | 1,784.50 | | |
| May-17 | 15,083.50 | - | 19,467.45 | | | | 695.00 | - | - | | |
| Jun-17 | 9,187.50 | 177.34 | 15,083.50 | | | | - | - | 695.00 | | |
| Jul-17 | 900.00 | - | 9,364.84 | | | | - | - | | | |
| Aug-17 | - | 4,614.67 | 900.00 | | | | - | - | | | |
| Sep-17 | - | - | - | | | | - | - | | | |
| Oct-17 | 450.00 | - | - | | | | 705.50 | - | | | |
| Nov-17 | 4,843.50 | 8.48 | 5,064.67 | | | | 1,470.00 | 34.91 | 705.50 | | |
| Dec-17 | 24,805.00 | - | 4,851.98 | | | | 427.50 | - | 1,504.91 | | |
| Jan-18 | 15,556.00 | 250.00 | 24,805.00 | | | | - | - | - | | |
| Feb-18 | 1,837.50 | 135.80 | - | | | | 522.50 | 5.60 | 427.50 | | |
| Mar-18 | 1,312.50 | - | 15,806.00 | | | | 27,672.50 | 40.00 | 528.10 | | |
| Apr-18 | 29,892.50 | 1,940.12 | - | | | | Totals redacted | | | | |
| May-18 | 29,104.50 | 1,922.86 | 6,973.30 | | | | | | | | |

| Invoice Date | Jennings Strouss | | | Polsinelli | | | Michael Schwarts | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fees Billed | Costs | Payments | Fees Billed | Costs | Payments | Fees Billed | Costs | Payments | | |
| | | | | | | | | | | | |
| | 342,258.50 | 14,251.11 | 297,337.13 | 29,253.00 | 1,072.05 | 7,500.00 | 87,257.50 | 654.82 | 53,896.00 | | |

| Invoice Date | Jennings Strouss Fees | Jennings Strouss Costs | Polsinelli Fees | Polsinelli Costs | Michael Schwarts Fees | Michael Schwarts Costs |
|---|---|---|---|---|---|---|
| Aug-15 | | | | | 2,545.00 | - |
| Sep-15 | | | | | 6,577.50 | - |
| Oct-15 | | | 21,129.00 | 6.20 | 1,732.50 | 42.32 |
| Nov-15 | | | 8,124.00 | 1,065.85 | 6,077.50 | |
| Dec-15 | | | | | - | - |
| Jan-16 | 7,980.00 | | | | 592.50 | |
| Feb-16 | 8,879.00 | 357.66 | | | 1,105.00 | - |
| Mar-16 | 19,271.00 | 268.34 | | | 1,385.00 | - |
| Apr-16 | 8,015.00 | 208.04 | | | 742.50 | - |
| May-16 | 840.00 | 9.32 | | | - | - |
| Jun-16 | 7,490.00 | - | | | 6,545.00 | - |
| Jul-16 | 9,800.00 | 179.66 | | | 1,270.00 | - |
| Aug-16 | 14,376.00 | 69.54 | | | 967.50 | - |
| Sep-16 | 11,350.00 | 327.01 | | | 4,250.00 | 454.00 |
| Oct-16 | 13,150.00 | 186.95 | | | - | |
| Nov-16 | 11,628.00 | 24.68 | | | 1,722.00 | 1.32 |
| Dec-16 | 10,641.00 | 258.95 | | | 6,795.00 | 49.67 |
| Jan-17 | 27,020.50 | 22.50 | | | 3,890.00 | 27.00 |
| Feb-17 | 32,690.50 | 164.75 | | | 7,585.00 | - |
| Mar-17 | 9,232.50 | 579.49 | | | 1,982.50 | - |
| Apr-17 | 16,922.50 | 2,544.95 | | | Totals redacted | |
| May-17 | 15,083.50 | - | | | 695.00 | - |
| Jun-17 | 9,187.50 | 177.34 | | | - | - |
| Jul-17 | 900.00 | | | | - | - |
| Aug-17 | | 4,614.67 | | | - | - |
| Sep-17 | - | | | | - | - |
| Oct-17 | 450.00 | - | | | 705.50 | - |
| Nov-17 | 4,843.50 | 8.48 | | | 1,470.00 | 34.91 |
| Dec-17 | 24,805.00 | - | | | 427.50 | - |
| Jan-18 | 15,556.00 | 250.00 | | | - | |
| Feb-18 | 1,837.50 | 135.80 | | | 522.50 | 5.60 |
| Mar-18 | 1,312.50 | - | | | 27,672.50 | 40.00 |
| Apr-18 | 29,892.50 | 1,940.12 | | | Totals redacted | |
| May-18 | 29,104.50 | 1,922.86 | | | | |
| | | | | | | |
| | 342,258.50 | 14,251.11 | 29,253.00 | 1,072.05 | 87,257.50 | 654.82 |
| Grand Total | | 356,509.61 | | 30,325.05 | | 87,912.32 |

| Invoice | Jennings Strouss | | Polsinelli | | Michael Schwarts | |
|---|---|---|---|---|---|---|
| Date | Fees | Costs | Fees | Costs | Fees | Costs |
| | | | | | | |
| | | | | | | |
| Jan-18 | 2,000.00 | Courtesy discount | | | | |
| | | | | | | |
| | | | | | | |

| Invoice Date | Fees @ $275 | Fees @ $50 | Courtesy Disc | Costs | Payments | | |
|---|---|---|---|---|---|---|---|
| | | Detailed Schedule - Michael Schwarts | | | | | |
| Date | Fees @ $275 | Fees @ $50 | Courtesy Disc | Costs | Payments | | |
| Aug-15 | 2,145.00 | 400.00 | - | - | 2,545.00 | trust applied | |
| Sep-15 | 6,187.50 | 390.00 | (618.75) | - | 4,955.00 | trust applied | |
| Oct-15 | 1,347.50 | 385.00 | (134.75) | 42.32 | 2,685.82 | trust applied | |
| Oct-15 | | | | 42.00 | | | ** bill doesn't add up correctly |
| Nov-15 | 5,197.50 | 880.00 | (519.75) | - | 814.18 | trust applied | |
| Dec-15 | - | | | - | 4,743.57 | trust applied | |
| Jan-16 | 522.50 | 70.00 | - | - | - | | |
| Feb-16 | 825.00 | 280.00 | - | - | 1,697.50 | trust applied | |
| Mar-16 | 1,375.00 | 10.00 | (82.50) | - | 1,302.50 | trust applied | |
| Apr-16 | 742.50 | - | | | - | | |
| May-16 | - | | | - | 742.50 | trust applied | |
| Jun-16 | 5,355.00 | 1,210.00 | (1,300.00) | - | 1,500.00 | trust applied | |
| Jun-16 | | | | (20.00) | | | ** bill doesn't add up correctly |
| Jul-16 | 1,100.00 | 170.00 | | - | 2,000.00 | pmt | |
| Aug-16 | 797.50 | 170.00 | | - | 1,015.00 | pmt | |
| Sep-16 | 3,245.00 | 1,005.00 | (1,397.00) | 454.00 | 500.00 | trust applied | |
| Sep-16 | | | | 453.60 | | | ** bill doesn't add up correctly |
| Oct-16 | - | | | - | 2,967.50 | pmt | |
| Oct-16 | | | | - | 1,118.88 | pmt from balance forward | ** no bill for October 2016 |
| Nov-16 | 1,292.00 | 430.00 | (129.00) | 1.32 | 2,141.92 | pmt | |
| Dec-16 | 4,730.00 | 2,065.00 | (1,019.67) | 49.67 | 1,594.12 | pmt | |
| Jan-17 | 2,255.00 | 1,635.00 | (400.00) | 27.00 | 5,825.00 | pmt | |
| Feb-17 | 4,400.00 | 3,185.00 | (1,000.00) | - | 3,517.00 | pmt | |
| Mar-17 | 1,897.50 | 85.00 | (198.00) | - | 6,585.00 | pmt | |
| Apr-17 | Totals redacted | | | | | | |
| Apr-17 | | | | - | 1,784.50 | pmt from balance forward | |
| May-17 | 605.00 | 90.00 | | - | | | |
| Jun-17 | - | | | - | 695.00 | pmt from balance forward | ** no bill for June 2017 |
| Jul-17 | - | | | - | | | ** no bill for July 2017 |
| Aug-17 | - | | | - | | | ** no bill for August 2017 |
| Sep-17 | - | | | - | | | ** no bill for September 2017 |
| Oct-17 | 305.50 | 400.00 | | | | | |
| Nov-17 | 1,100.00 | 370.00 | | 34.91 | 705.50 | pmt from balance forward | |
| Dec-17 | 302.50 | 125.00 | | - | 1,504.91 | pmt from balance forward | |
| Jan-18 | - | | | | | | |
| Feb-18 | 522.50 | - | | 5.60 | 427.50 | pmt from balance forward | |
| Mar-18 | 27,362.50 | 310.00 | (4,000.00) | 40.00 | 528.10 | pmt from balance forward | |
| Mar-18 | | | | (574.50) | | | ** bill doesn't add up correctly |
| Apr-18 | Totals redacted | | | | | | |
| May-18 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | 73,612.50 | 13,665.00 | (10,799.42) | 555.92 | 53,896.00 | | |
| | | | | | | | |
| Total Fees | 87,277.50 | Total Fees less Discount | | 62,813.08 | | | |

# Exhibit 6



**TRIAL COURTS OF ARIZONA IN MARICOPA COUNTY**
Superior Court of Arizona/AZ007035J/0700    201 W. Jefferson    Phoenix, AZ 85003

| INJUNCTION AGAINST HARASSMENT | |
|---|---|
| | Case No. CV2015-011250 |
| | Court ORI No. AZ007035J |
| | County Maricopa   State AZ |
| | Former Case No. _____ |

| PLAINTIFF | PLAINTIFF IDENTIFIERS |
|---|---|
| Beth          Williamson | 9/23/1962 |
| First    Middle    Last | Date of Birth of Plaintiff |

<center>v.</center>

**DEFENDANT**
Joanne          Zuniga
First    Middle    Last

Defendant/Plaintiff Relationship:
Defendant's Address:

3411 N. 16th Street 2031
Phoenix, AZ 85016

**DEFENDANT IDENTIFIERS**

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| Female | Hispanic | 3/10/1973 | 5' 3" | 215 |
| EYES | HAIR | *Arizona Prohibits Release of Social Security Numbers* | | |
| Unknown | Black | | | |
| DRIVER'S LICENSE # | STATE | EXP DATE | | |
| | AZ | | | |

**WARNINGS TO DEFENDANT:** This Injunction shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial or tribal boundaries to violate this Injunction may result in federal imprisonment (18 U.S.C. § 2262). Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C § 922(g)(8)). **Only the Court in writing, can change this Injunction.**
This Injunction is effective for one year from date of service. VERIFY VALIDITY (call Holder of Record):

<center>County Sheriff's Office  —  (602) 876-1061</center>

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter.
**Additional warnings are set forth on the next page(s).**
**THE COURT, FINDING REASONABLE CAUSE, HEREBY ORDERS:**

**NO CRIMES.** Defendant shall not commit any act of "harassment" against Plaintiff or Protected Person(s).

**NO CONTACT.** Defendant shall have no contact with **Plaintiff** except through attorneys, legal process, court hearings .

**THE COURT FURTHER ORDERS:**

**PROTECTED LOCATIONS.** Defendant shall not go to or near the Plaintiff's or other Protected Person's:
Residence:
- **Address Protected**

Workplace:
- **Fiesta Pediatrict Therapy, Inc.: 2302 N. 15th Avenue, Phoenix, AZ 85007**

**OTHER ORDERS.**
The Judge also grants the following requests:

COMMISSIONER MICHAEL L. BARTH

| 9/22/2015 | | Michael Barth |
|-----------|------------------|---------------|
| Date | Judicial Officer | Printed Name |

**ADDITIONAL WARNINGS TO DEFENDANT:**
This is an official Court Order. If you disobey this Injunction (even if the Plaintiff contacts you), you may be arrested and prosecuted for the crime of interfering with judicial proceedings and any other crime you may have committed in disobeying this Injunction. Violations of this Injunction should be reported to a law enforcement agency, not the Court. Both parties must notify this Court if an action for dissolution (divorce), separation, annulment or paternity/maternity is filed. This is NOT a parenting time (visitation) or custody Injunction. You must file those requests separately in Superior Court. If you disagree with this Injunction, you have the right to request a hearing which will be held within 5 to 10 business days after your written request has been filed in the Court that issued this Injunction. Nothing Plaintiff does can stop, change, or undo this Injunction without the Court's written approval. You must appear in Court to ask a judge to modify (change) or quash (dismiss) this Injunction. **Even if the Plaintiff initiates contact, you could be arrested and prosecuted for violating this protective order. If you do not want the Plaintiff to contact you, you have the right to request a protective order against the Plaintiff. However, orders are not automatically granted upon request. Legal requirements must be met.**



SEP 2 2 2015

MICHAEL K. JEANES, CLERK
K. WHITSON
DEPUTY CLERK

Superior Court of Arizona/AZ007035J/0700     201 W. Jefferson     Phoenix, AZ 85003

| Beth Williamson | Joanne Zuniga | Case No. |
|---|---|---|
| **Plaintiff** | **Defendant** | |
| Birth Date: 9/23/1962 | 3411 N. 16th Street 2031 | **This is _not_ a court order.** |
| | Address | |
| | Phoenix, AZ 85016 | **PETITION for** |
| | City, State, ZIP Code | [ ] Order of Protection<br>[X] Injunction Against Harassment<br>[ ] Workplace Injunction |

**DIRECTIONS: Please read the Plaintiff's Guide Sheet before filling out this form.**

1. Defendant/Plaintiff Relationship: [ ] Married now or in the past [ ] Live together now or lived together in the past,

   [ ] Child in common [ ] One of us pregnant by the other [ ] Related (parent, in-law, brother, sister or grandparent) [ ] Dating but not a romantic or sexual relationship
   [ ] Other:

   CV2015-011250

2. [ ] If checked, there is a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time or support in _____ county.

   Case #:_____

3. Have you or the Defendant been charged or arrested for domestic violence OR requested a Protective Order?
   [ ] Yes [X] No [ ] Not sure

   If yes or not sure, explain:

4. I need a Court Order because: (PRINT both the dates and a brief description of what happened):

   | Date(s) | Tell the judge what happened and why you need this order. A copy of this petition is provided to the defendant when the order is served. |
   |---|---|
   | 9/21/2015 | The Defendant, Joanne Zuniga, is a disgruntled former employee of the Plaintiff's business, Fiesta Pediatric Therapy, Inc. She sent the Plaintiff a series of text messages yesterday, on 9/21/2015, threatening to steal from the Plaintiff and interfere with the relationship between the Plaintiff and her employees. The text messages will be provided to the Court. |
   | 9/21/2015 | The Defendant, Joanne Zuniga, upon information and belief, began an orchestrated pattern of applying for credit cards through on-line applications under the Plaintiff's name. Notices of these applications were sent to the Plaintiff and several employees of Plaintiff's business. |
   | 9/22/2015 | The Defendant, Joanne Zuniga, disclosed information about patients of the Plaintiff's business (Fiesta Pediatric Therapy, Inc.) to third parties, who began contacting these patients about their experiences with Fiesta. |

Case No._____

**Superior Court of Arizona/AZ007035J/0700     201 W. Jefferson     Phoenix, AZ 85003**

5.  The following persons should also be on this Order. As stated in number 4, the Defendant is a danger to them:

6.  Defendant should be ordered to stay away from these locations, at all times, even when I am not present:

    [X] Home:  (Address protected)
    [X] Work:  Fiesta Pediatrict Therapy, Inc.: 2302 N. 15th Avenue, Phoenix, AZ 85007;
    [ ] School/Others:

7.  [ ] If checked, because of the risk of harm, order the defendant NOT to possess firearms or ammunition.

8.  [ ] If checked, order the Defendant to participate in domestic violence counseling or other counseling. This can be ordered only after a hearing of which Defendant had notice and an opportunity to participate.

9.  Other: That the Defendant be prohibited from using the Plaintiff's personal information to apply for credit or to commit any acts of identity theft against the Plaintiff.;

**Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order / Injunction granting relief as allowed by law.**

_____
Plaintiff

Attest: _____  ___/___/_____
Judicial Officer / Clerk / Notary        Date

SEP 2 2 2015

MICH_____ K. JEANES, CLERK
_____ WATSON
DEPUTY CLERK

**Superior Court of Arizona,**
**Petition For Order Of Protection** Maricopa County

Office Use Only

[          ] [Go]

# Are The Courts Involved In This Relationship?

Use the Tab key on your keyboard, or the mouse to fill in each box on this page.

---

Is there a court case involving maternity, paternity, annulment, legal separation, dissolution, legal decision making (custody), parenting time, or support between you and the defendant?

○ No    ◉ Yes         Case Number: [FC2015-007091]

County: [Maricopa]

---

Have either you or the Defendant been charged or arrested for domestic violence OR requested an Order of Protection or Injunction Against Harassment against the other?

○ No    ◉ Yes

Give date and name of court.

Date: [9/16/2015]         (Ex: 9/22/2015)   Court: [Downtown Superior Cour]

List facts below:

[Active Order of                                          ]

---

214922

[Next]

**Superior Court of Arizona/AZ007035J/0700    201 W. Jefferson    Phoenix, AZ 85003**

**Case No.**  CV2015-011250    **Defendant:**  Joanne Zuniga                                    **Date:**  9/22/2015

| Defendant's Guide Sheet for Protective Orders - Please Read Carefully |
|---|

The following information is provided to further explain the protective order that has been served upon you and your responsibilities as the Defendant.

1.  **You have been served with one of the following protective orders:**

    [ ] ORDER OF PROTECTION: An Order of Protection is used for a "family" relationship between you and the Plaintiff. This can include any of the following:
    1) married now or in the past, 2) live together now or lived together in the past, 3) parent of a child in common, 4) one of you is pregnant by the other, 5) you are a relative (parent, in-law, brother, sister, or grandparent), or 6) current or previous romantic or sexual relationship. The Plaintiff has alleged that you have committed or may commit an act of domestic violence.

    [X] INJUNCTION AGAINST HARASSMENT: The Plaintiff has alleged that you have committed a series of acts (more than one) of harassment against the Plaintiff within the last year.

    [ ] INJUNCTION AGAINST WORKPLACE HARASSMENT: This Injunction, alleging a single act or series of acts of harassment, has been filed against you by an employer or owner of a business or operation for the benefit of an employee or the business

2.  **OTHER PROTECTED PERSONS:** It is possible that you will be referred to Superior Court if your children are listed as protected persons in this order. Only a Superior Court Judge can decide child custody or parenting time in a separate action.

3.  **SERVICE AND EFFECT:** This protective order is valid for one year from the date it was served on you and is enforceable by law enforcement in any state or tribal nation in the United States.

4.  **PROTECTIVE ORDER HEARING:** If you disagree with this protective order, you have the right to request a hearing which will be held within 5 to 10 business days after your written request has been filed in the court that issued this order. If a hearing is held and the Order remains in effect or is modified, and you and the Plaintiff 1) are married now or in the past, 2) live together now or lived together in the past, or 3) are parents of a child in common, you may be prohibited from possessing a firearm. This firearms prohibition may apply even if you fail to appear for the hearing. If you have questions as to whether your request for a hearing can result in this firearms prohibition, you should contact an attorney. The Court cannot give you legal advice.

5.  **MODIFYING OR QUASHING (DISMISSING) THIS PROTECTIVE ORDER:** Only a judge can modify or quash (dismiss) this protective order. If you file an action for maternity, paternity, annulment, legal separation, or dissolution against the Plaintiff, you need to advise this court at once. **Nothing the Plaintiff does can stop, change, or undo this protective order without the Court's written approval.**

6.  **PLAINTIFF CONTACT:** Even if the Plaintiff initiates contact, you could be arrested for violating this protective order. You have the right to request a protective order against the Plaintiff if you do not want the Plaintiff to contact you. However, orders are not automatically granted upon request. Legal requirements must be met.

7.  **LAW ENFORCEMENT STANDBY:** If standby has been ordered by the judge on this protective order, you may return to the residence once with a law enforcement officer to obtain necessary personal belongings. Neither law enforcement nor this protective order can resolve conflicts over property, title, furniture, finances, real estate, or other ownership issues.

8.  **FIREARMS:** If the judge has ordered under state law that you shall not possess, receive, or purchase firearms or ammunition, you must surrender them within 24 hours after service to the law enforcement agency named on this protective order and should request them to issue proof of that surrendering. You may also be required to provide documentation to the court that firearms were transferred to the appropriate law enforcement agency.



**TRIAL COURTS OF ARIZONA IN MARICOPA COUNTY**
Superior Court of Arizona/AZ007035J/0700   201 W. Jefferson   Phoenix, AZ 85003

| **INJUNCTION AGAINST WORKPLACE HARASSMENT** | Case No. CV2015-011249 |
|---|---|
| | Court ORI No. AZ007035J |
| | County Maricopa    State AZ |
| | Former Case No. |

| PLAINTIFF EMPLOYER | AUTHORIZED AGENT |
|---|---|
| Fiesta Pediatric Therapy, Inc. | Maria Lupe Bugarin |

And on behalf of Protected Person(s):
Beth Williamson

<div align="center">v.</div>

DEFENDANT
| Joanne | | Zuniga |
|---|---|---|
| First | Middle | Last |

Defendant/Plaintiff Relationship: Former Employee
Defendant's Address:

3411 N 16th Street 2031
Phoenix, AZ 85016

DEFENDANT IDENTIFIERS

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| Female | Hispanic | 3/10/1973 | 5' 3" | 215 |
| EYES | HAIR | *Arizona Prohibits Release of Social Security Numbers* | | |
| Unknown | Black | | | |
| DRIVER'S LICENSE # | STATE | EXP DATE | | |
| | AZ | | | |

**WARNINGS TO DEFENDANT:** This Injunction shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial or tribal boundaries to violate this Injunction may result in federal imprisonment (18 U.S.C. § 2262). Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition (18 U.S.C § 922(g)(8)). **Only the Court in writing, can change this Injunction.**
This Injunction is effective for one year from date of service. VERIFY VALIDITY (call Holder of Record):

<div align="center">County Sheriff's Office  —  (602) 876-1061</div>

**THE COURT HEREBY FINDS:**
That it has jurisdiction over the parties and subject matter.
**Additional warnings are set forth on the next page(s).**
**THE COURT, FINDING REASONABLE CAUSE, HEREBY ORDERS:**

**NO CONTACT.** Defendant shall have no contact with **Plaintiff employer** or other person while that person is on or at the employer's property or place of business or is performing official work duties except through attorneys, legal process, court hearings and as follows: Other:The Defendant may contact Fiesta through its counsel of record, Chris Mason, at cmason@polsinelli.com or (602) 650-2017.

**NO CONTACT.** Defendant shall have no contact with **Protected Person(s)** except through attorneys, legal process, court hearings .



SEP 2 2 2015

MICHAEL K. JEANES, CLERK
K. WHITSON
DEPUTY CLERK

Superior Court of Arizona/AZ007035J/0700      201 W. Jefferson      Phoenix, AZ 85003

| Fiesta Pediatric Therapy, Inc. | Joanne Zuniga | Case No. |
|---|---|---|
| **Plaintiff / Plaintiff Employer** (Work Injunction ONLY) | **Defendant** | |
| Birth Date: | 3411 N 16th Street 2031 Address | **This is not a court order.** |
| Maria Lupe Bugarin | Phoenix, AZ 85016 | **PETITION for** [ ] Order of Protection |
| Agent's Name (Work Injunction ONLY) | City, State, ZIP Code | [ ] Injunction Against Harassment [X] Workplace Injunction |

**DIRECTIONS: Please read the Plaintiff's Guide Sheet before filling out this form.**

1. Defendant/Plaintiff Relationship: [ ] Married now or in the past [ ] Live together now or lived together in the past,

   [ ] Child in common [ ] One of us pregnant by the other [ ] Related (parent, in-law, brother, sister or grandparent) [ ] Dating-never lived together
   [X] Other:Former Employee

   CV 2015-011249

2. [ ] If checked, there is a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time or support in _____ county.

   Case #:_____

3. Have you or the Defendant been charged or arrested for domestic violence OR requested a Protective Order? [ ] Yes  [X] No  [ ] Not sure

   If yes or not sure, explain: _____

4. I need a Court Order because: (PRINT both the dates and a brief description of what happened):

   | Date(s) | Tell the judge what happened and why you need this order. A copy of this petition is provided to the defendant when the order is served. |
   |---|---|
   | 9/21/2015 | Fiesta Pediatric Therapy, Inc. seeks an injunction against continued harassment by a disgruntled former employee, Joanne Zuniga. Fiesta seeks this relief because Ms. Zuniga has embarked on a pattern of harassment that began approximately 9 months ago, but which has grown in severity in the past 24 hours. Yesterday, on 9-21, Ms. Zuniga sent the President and Owner of Fiesta hostile text messages threatening to steal from her and the company and to interfere with the relationship between the Owner and the employees. A copy of the text messages will be provided. Furthermore, on the same date, after the text messages were sent, Ms. Zuniga applied for numerous credit cards under the Owner's name through online application portals, upon information and belief. Notices of these applications were emailed to the Owner and other employees of Fiesta. The evidence strongly demonstrates that these applications were completed by Ms. Zuniga. Additionally, it appears that Ms. Zuniga has disclosed patient information (Fiesta is a healthcare provider and is aware that Ms. Zuniga stole patient records and information upon her departure) to third-party providers, which came to light on 9/22. Ms. Zuniga has filed numerous frivolous claims and complaints against Fiesta and its Owner since her termination in December of 2014, which demonstrates her malice towards them. She has publicly posted her dislike for Fiesta and its Owner through social media. |

Effective: June 3, ...   Page 1 of 2 Adopted by Administrative Directive No. 2013-03

Case No._____

**Superior Court of Arizona/AZ007035J/0700     201 W. Jefferson     Phoenix, AZ 85003**

5. The following persons should also be on this Order. As stated in number 4, the Defendant is a danger to them: Beth Williamson (9/23/1962)

6. Defendant should be ordered to stay away from these locations, at all times, even when I am not present:

   [ ] Home:
   [X] Work:  Fiesta Pediatric Therapy, Inc.: 2302 N. 15th Avenue, Phoenix, AZ 85007;
   [ ] School/Others:

7. [ ] If checked, because of the risk of harm, order the defendant NOT to possess firearms or ammunition.

8. [ ] If checked, order the Defendant to participate in domestic violence counseling or other counseling. This can be ordered only after a hearing of which Defendant had notice and an opportunity to participate.

9. Other: (1) That the Defendant is not to contact or communicate with any employees or patients of Fiesta, including without limitation Maria Lupe Bugarin, Griselda Muneton, Jhovana Bugarin, and Beth Williamson; (2) that she not use or disclose personal information of Beth Williamson or any other Fiesta employees or patients to apply for credit cards or to conduct any identity theft activities.;

**Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order / Injunction granting relief as allowed by law.**

Plaintiff

Attest:
Judicial Officer X Clerk / Notary   SEP 2015   / / Date

COPY

MICHAEL K. JEANES, CLERK
K. WHITSON
DEPUTY CLERK

Effective: June 3, ...   Page 2 of 2 Adopted by Administrative Directive No. 2013-03

Superior Court of Arizona/AZ007035J/0700   201 W. Jefferson   Phoenix, AZ 85003

Case No.  CV2015-011249   Defendant:  Joanne Zuniga   Date:  9/22/2015

| Defendant's Guide Sheet for Protective Orders - Please Read Carefully |
|---|

The following information is provided to further explain the protective order that has been served upon you and your responsibilities as the Defendant.

1.  **You have been served with one of the following protective orders:**

   [ ] ORDER OF PROTECTION: An Order of Protection is used for a "family" relationship between you and the Plaintiff. This can include any of the following:
   1) married now or in the past, 2) live together now or lived together in the past, 3) parent of a child in common, 4) one of you is pregnant by the other, 5) you are a relative (parent, in-law, brother, sister. or grandparent), or 6) current or previous romantic or sexual relationship. The Plaintiff has alleged that you have committed or may commit an act of domestic violence.

   [ ] INJUNCTION AGAINST HARASSMENT: The Plaintiff has alleged that you have committed a series of acts (more than one) of harassment against the Plaintiff within the last year.

   [X] INJUNCTION AGAINST WORKPLACE HARASSMENT: This Injunction, alleging a single act or series of acts of harassment, has been filed against you by an employer or owner of a business or operation for the benefit of an employee or the business

2.  **OTHER PROTECTED PERSONS:** It is possible that you will be referred to Superior Court if your children are listed as protected persons in this order. Only a Superior Court Judge can decide child custody or parenting time in a separate action.

3.  **SERVICE AND EFFECT:** This protective order is valid for one year from the date it was served on you and is enforceable by law enforcement in any state or tribal nation in the United States.

4.  **PROTECTIVE ORDER HEARING:** If you disagree with this protective order, you have the right to request a hearing which will be held within 5 to 10 business days after your written request has been filed in the court that issued this order. If a hearing is held and the Order remains in effect or is modified, and you and the Plaintiff 1) are married now or in the past, 2) live together now or lived together in the past, or 3) are parents of a child in common, you may be prohibited from possessing a firearm. This firearms prohibition may apply even if you fail to appear for the hearing. If you have questions as to whether your request for a hearing can result in this firearms prohibition, you should contact an attorney. The Court cannot give you legal advice.

5.  **MODIFYING OR QUASHING (DISMISSING) THIS PROTECTIVE ORDER:** Only a judge can modify or quash (dismiss) this protective order. If you file an action for maternity, paternity, annulment, legal separation, or dissolution against the Plaintiff, you need to advise this court at once. **Nothing the Plaintiff does can stop, change, or undo this protective order without the Court's written approval.**

6.  **PLAINTIFF CONTACT:** Even if the Plaintiff initiates contact, you could be arrested for violating this protective order. You have the right to request a protective order against the Plaintiff if you do not want the Plaintiff to contact you. However, orders are not automatically granted upon request. Legal requirements must be met.

7.  **LAW ENFORCEMENT STANDBY:** If standby has been ordered by the judge on this protective order, you may return to the residence once with a law enforcement officer to obtain necessary personal belongings. Neither law enforcement nor this protective order can resolve conflicts over property, title, furniture, finances, real estate, or other ownership issues.

8.  **FIREARMS:** If the judge has ordered under state law that you shall not possess, receive, or purchase firearms or ammunition, you must surrender them within 24 hours after service to the law enforcement agency named on this protective order and should request them to issue proof of that surrendering. You may also be required to provide documentation to the court that firearms were transferred to the appropriate law enforcement agency

# Exhibit 7

1

2

3   **Jaburg & Wilk, P.C.**
    3200 N. Central Avenue, 20th Floor
4   Phoenix, AZ 85012
    602.248.1000
5

6   Kraig J. Marton (003816)
    kjm@jaburgwilk.com
7   Jeffrey A. Silence (029143)
    jxs@jaburgwilk.com
8
    Attorneys for Plaintiff Zuniga
9

10                  **SUPERIOR COURT OF ARIZONA**

11                     **COUNTY OF MARICOPA**

12  JOANNE ZUNIGA,

13              Plaintiff,                      Case No. 2015-005027

14  v.                                         **PLAINTIFF'S MOTION TO ALLOW**
                                               **ALTERNATIVE SERVICE**
15  FIESTA PEDIATRIC THERAPY, INC.,
    an Arizona corporation; BETH
16  WILLIAMSON, an individual, and
    RANDY WILLIAMSON, her husband,
17
18              Defendants.

19

20       Plaintiff Joanne Zuniga ("Zuniga") pursuant to Rule 4.1(k), Ariz.R.Civ.P.,

21  requests that the Court enter an Order allowing alternative service of the Summons,

22  Complaint and Certificate of Compulsory Arbitration upon the Defendant Fiesta

23  Pediatric Therapy, Inc. ("Fiesta") at its business address of 2302 North 15th Avenue,

24  Phoenix, AZ 85007.  Zuniga also requests an Order allowing alternative service of the

25  Summons, Complaint and Certificate of Compulsory Arbitration upon the Defendants

26  Beth Williamson and Randy Williamson at their home address of 3223 East Randolph

1   Road, Phoenix, AZ 85008. This Motion is supported by the accompanying

2   Memorandum of Facts and Authorities, the attached affidavit of non-service, and by all

3   of the pleadings and matters of record, all of which are incorporated herein by this

4   reference.

5       A proposed Order Allowing Alternative Service has been separately filed with

6   the Court.

7

## <u>MEMORANDUM OF FACTS AND AUTHORITIES</u>

8

9       Zuniga worked as an administrative assistant at Fiesta for several years. On

10  August 12, 2015, Zuniga filed this lawsuit against Defendants seeking to recover

11  overtime wages under the Fair Labor Standards Act ("FLSA"). A process server

12  attempted to serve the Complaint and Summons on Fiesta on three occasions in August

13  2015. The registered stat agent for Fiesta on the Arizona Corporation Commission's

14  website is Defendant Beth Williamson, who is also the owner of Fiesta. Mrs.

15  Williamson has been sued in her individual capacity for failing to pay Zuniga wages

16  under the FLSA. Because Zuniga feared that Mrs. Williamson would evade service, the

17  process server was given instructions to serve Mrs. Williamson as she was walking into

18  work at Fiesta. The process server was instructed that Mrs. Williamson arrives to work

19  at Fiesta every day at 7am and was told what car Mrs. Williamson drives. Zuniga has

20  personal knowledge what kind of car Mrs. Williamson drives and when she arrives to

21  work because she worked at Fiesta for several years.

22      On August 14, 2015, the process server arrived at 6:45am and waited in the

23  parking lot. When the vehicle described by Zuniga did not appear in the parking lot by

24  7:15am, the process server spoke to Fiesta's receptionist who said that Mrs. Williamson

25  was out of town "until sometime next week." (*See* **Exhibit 1** – Process Server's

Affidavit of Non-Service).

26

2

On August 19, 2015, the process server returned to Fiesta at 6:45am and again waited in the parking lot until 7:15am for the vehicle to arrive. When the vehicle did not arrive, she again spoke to the receptionist, who this time said that Mrs. Williamson "comes in sporadically and never this early." (*Id.*).

On August 21, 2015 and again on August 22, 2015, the process server attempted service on the Williamsons at their home. (*Id.*). Staff for undersigned counsel verified that their home address was correct through a search of the Maricopa County Recorder's website. Zuniga also has personal knowledge which street Mrs. Williamson lived on. Zuniga's recollection was consistent with the address on the County Recorder's website. When the process arrived, nobody answered the door on either occasion.

On August 26, 2015, the process server again attempted service at Fiesta by arriving to the parking lot at 6:45am. This time, the process server waited until 7:30am for Mrs. Williamson to arrive. When the vehicle described by Zuniga did not arrive, she again spoke with the receptionist who said that Mrs. Williamson "was not in and she rarely comes in and never this early." (Ex. 1).

Zuniga has reason to believe that Defendants are evading service. Zuniga worked at Fiesta for several years and has personal knowledge that Mrs. Williamson does not work "sporadically" – she works every day as a licensed occupational therapist for Fiesta and is very active in the management of Fiesta. Zuniga also has personal knowledge that Mrs. Williamson arrived to work every day at 7am during the approximate three-year period of Zuniga's employment. It is highly suspicious that the receptionist told the process server that Mrs. Williamson "never" arrives to work at 7am.

In addition, Zuniga sent a demand letter to Mrs. Williamson to recover the wages she is owed. Mrs. Williamson is therefore aware of the strong possibility of a lawsuit

3

being filed against her. Indeed, she hired an attorney to respond to Zuniga's demand letter. After five unsuccessful attempts to serve Defendants, undersigned counsel sent an email to the attorney that responded to Zuniga's demand letter, Denise Blommel. Undersigned counsel asked Ms. Blommel if she would accept service. Ms. Blommel responded that she no longer represents Mrs. Williamson or Fiesta and that she was not authorized to forward to a service waiver request to Mrs. Williamson. (*See* **Exhibit 2** – Email exchange with Denise Blommel and undersigned counsel dated August 27, 2015).

Rule 4.1(k), Ariz.R.Civ.P., provides for relief when service of process under Rule 4.1 proves to be impractical. This Rule specifically allows the Court to enter an Order allowing an alternative means of achieving service upon a defendant. Based upon the sworn affidavits of attempted service submitted by Zuniga's process server and the additional facts before the Court, Zuniga requests that the Court allow it to achieve service upon the Defendant Fiesta by doing each of the following: (1) physically attaching the Summons, Complaint, Certificate of Compulsory Arbitration and Order Allowing Alternative Service to the front door of the Fiesta property, which is located at 2302 North 15th Avenue, Phoenix, AZ 85007; (2) mailing the Summons, Complaint, Certificate of Compulsory Arbitration and Order Allowing Alternative Service to Fiesta at 2302 North 15th Avenue, Phoenix, AZ 85007 by first class mail, and (3) emailing a copy of the Summons, Complaint, Certificate of Compulsory Arbitration and Order Allowing Alternative Service to b.williamson@fiestapeds.net, which is Mrs. Williamson's work email address.

Zuniga also requests that the Court allow it to achieve service upon the Defendants Beth Williamson and Randy Williamson by doing each of the following: (1) physically attaching the Summons, Complaint, Certificate of Compulsory Arbitration and Order Allowing Alternative Service to the front door of their home, which is

1   confirmed to be located at 3223 East Randolph Road, Phoenix, AZ 85008; (2) mailing

2   the Summons, Complaint, Certificate of Compulsory Arbitration and Order Allowing

3   Alternative Service to their home at 3223 East Randolph Road, Phoenix, AZ 85008 by

4   first class mail; and (3) emailing a copy of the Summons, Complaint, Certificate of

5   Compulsory   Arbitration   and   Order   Allowing   Alternative   Service

6   to b.williamson@fiestapeds.net, which is Mrs. Williamson's work email address.

7         . These proposed alternative methods of service are appropriate given the

8   circumstances of this case, and is fully authorized by Rule 4.1(k), Ariz.R.Civ.P.

9

10

11         DATED this 2nd day of September, 2015.

12

13                           **Jaburg & Wilk, P.C.**

14                           _____

15                           Kraig J. Marton
                            Jeffrey A. Silence
                            Attorneys for Plaintiff Zuniga

16

17

18

19

20

21

22

23

24

25

26

5

# Exhibit 8

Jaburg & Wilk P.C.
Run: 6/8/2018 10:54:10 AM

Page 1
File: MLDGR

| Client | Code 18262 | Name JoAnne Zuniga |
|---|---|---|
| Matter | 00001 | Employment |

Zuniga

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JXS | Silence, Jeffrey A. | 05/11/18 | B | 0.40 | 110.00 | 4EH2973 | Draft motion for production of defendants' billing report. |
| KJM | Marton, Kraig J. | 05/14/18 | B | 0.90 | 0.00 | 4EG4667 | revise declaration and wrk more on getting efiling done (n.c.) |
| JXS | Silence, Jeffrey A. | 05/14/18 | B | 0.40 | 110.00 | 4EH2974 | Draft Notice of Late Filing of Motion for Fees and Costs. |
| JXS | Silence, Jeffrey A. | 05/15/18 | B | 0.20 | 55.00 | 4EH3002 | Inquire with staff about status of filing and recording judgment. |
| KJM | Marton, Kraig J. | 05/25/18 | B | 1.20 | 540.00 | 4EI1537 | initial review and anaylsis of opposing's time records (.3); review response regarding fee request and outline poitns for replry (.9) |
| JXS | Silence, Jeffrey A. | 05/25/18 | B | 0.60 | 165.00 | 4EI8754 | Review Schwartz's and Mason's billing records, and outline thoughts and reactions to same including what information was redacted or otherwise missing. |
| JXS | Silence, Jeffrey A. | 05/25/18 | B | 0.30 | 82.50 | 4EI8799 | Draft Notice of Withdrawal of Motion for Production of Billing Records. |
| JXS | Silence, Jeffrey A. | 05/25/18 | B | 2.20 | 605.00 | 4EI8985 | Review Defendants' Response to Fee Application, and prepare detailed outline addressing what points I want to make in the Reply in Support of the Fee Application. |
| JXS | Silence, Jeffrey A. | 05/29/18 | B | 0.40 | 110.00 | 4EI9009 | Detailed email to staff with instructions on how to prepare spreadsheet summarizing information in defendants' billing reports. |
| KJM | Marton, Kraig J. | 05/30/18 | B | 0.60 | 270.00 | 4EI8771 | review spreadsheet of time slips from Mason And Schwartz; outline missing items; outline conclusions form spreadsheet |
| JXS | Silence, Jeffrey A. | 05/30/18 | B | 0.40 | 110.00 | 4EI9044 | Send spreadsheet summarizing information in defendants' billing reports to Schwartz and ask him to confirm that our calculations are correct. |
| KJM | Marton, Kraig J. | 05/31/18 | B | 0.20 | 90.00 | 4EJ1670 | review costs judgment and determine to delay recording |
| JXS | Silence, Jeffrey A. | 05/31/18 | B | 0.20 | 55.00 | 4EJ2126 | Discussion with Kraig re defendants not filing an appeal after double checking the docket to ensure no appeal was filed. |
| JXS | Silence, Jeffrey A. | 05/31/18 | B | 0.40 | 110.00 | 4EJ2228 | Review defendants' billing reports with staff (Lori Wipf) when reviewing the chart she prepared summarizing their fees and costs including the information that is missing from their chart. |
| KJM | Marton, Kraig J. | 06/01/18 | B | 0.60 | 270.00 | 4EJ2268 | work with paralegal on form and content of  spreadsheet on defense fees and costs; review final spread sheet by spot check for accuracy |
| JXS | Silence, Jeffrey A. | 06/05/18 | B | 7.00 | 1,925.00 | 4EK6284 | Draft declaration in support of motion for fees and costs. |
| JXS | Silence, Jeffrey A. | 06/06/18 | B | 7.00 | 1,925.00 | 4EK6279 | Finish declaration in support of Motion for Fees and Costs. |
| KJM | Marton, Kraig J. | 06/07/18 | B | 1.30 | 585.00 | 4EK8621 | comprehensive review of review of initial draft reply and Silence declaration; suggest additions and changes (.7); second review of changes made by J Silence - edit portions and add exhibits (.6) |
| JXS | Silence, Jeffrey A. | 06/08/18 | B | 3.80 | 1,045.00 | 4EK9509 | Finalize my declaration in support motion for fees including reviewing and addressing Kraig's comments and suggested revisions. |

## Total Fees: 8,162.50